**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAXIMUM FITNESS INCORPORATED,
an Oregon corporation, and
LAGREE TECHNOLOGIES, INC.,
a California corporation,

      **Plaintiffs,**

vs.                                    **CASE NO.:**

STUDIO PHYSIQUE LLC,
a Florida limited liability company, and
CHRISTINE FIELD,
an individual,

      **Defendants.**

_____/

**COMPLAINT FOR PATENT INFRINGEMENT**
**AND DEMAND FOR JURY TRIAL**

Plaintiffs, Maximum Fitness Incorporated ("Maximum Fitness") and Lagree

Technologies, Inc. ("Lagree Technologies") ("Lagree" or "Plaintiffs"), file this

Complaint against Defendants Studio Physique LLC ("Studio Physique") and

Christine Field ("Field") ("Defendants") for direct and induced patent

infringement.    Lagree seeks permanent injunctive relief, compensatory and

enhanced damages, interest, attorneys' fees, and costs as a result of Defendants'

willful infringement of twenty-three (23) United States patents owned by Lagree

relating to exercise machine technology.

Studio Physique is a former licensee of Lagree Fitness, and Studio Physique

and its founder, Field, are well aware of Lagree's patents and its commitment to

39749558v8

innovation.  Yet Studio Physique, at the direction of Field, repudiated the license and purchased infringing, knock-off products while misrepresenting to consumers that Studio Physique was offering genuine, superior quality Lagree machines.  Both Field and Studio Physique have willfully infringed the patents protecting Lagree's revolutionary Megaformer® machine that was pioneered by legendary fitness professional Sebastien Lagree.

## THE PARTIES

1.      Maximum Fitness Incorporated ("Maximum Fitness") is an Oregon corporation with its principal place of business in Los Angeles County, California.

2.      Lagree Technologies, Inc. ("Lagree Technologies") is a California corporation with its principal place of business in Los Angeles County, California.

3.      Lagree Technologies is the assignee and owner of all right, title, and interest in and to all patents asserted in this action.

4.      Maximum Fitness is an exclusive licensee of the Lagree Patents. Maximum Fitness sells genuine Lagree exercise machines pursuant to the license with Lagree Technologies, including the Megaformer® machine.

5.      Since 2006, Sebastien Lagree has developed successive generations of specially engineered exercise machines, including the Megaformer®.  Lagree Technologies, Maximum Fitness, and their affiliates have invested substantial resources in developing and patenting their proprietary exercise machine technology while amassing a portfolio of over two hundred patents.  Lagree owns

at least twenty-six (26) patents related to the Megaformer® alone.  **Exhibit 1**, Lagree Patents Webpage.

6.      Defendant Studio Physique LLC ("Studio Physique") is a Florida Limited Liability Company formed in 2015 with its principal place of business in St. Petersburg, Florida within Pinellas County, Florida.  **Exhibit 2**, Studio Physique Articles of Formation; **Exhibit 3**, Studio Physique Sunbiz Annual Report.

7.      Studio Physique operates an exercise studio in St. Petersburg, Florida.

8.      Studio Physique is a former licensee of Lagree.  **Exhibit 4**, February 2015 Studio Physique License.  In or around July or August 2025, Studio Physique ceased using legitimate equipment from Lagree and instead purchased infringing, knock-off machines ("Accused Machines") through Alibaba or a similar online marketplace.  Upon information and belief, the Accused Machines were manufactured by Hunan Lanri Technology Co., Ltd., or another overseas supplier. **Exhibit 5**, Alibaba Product Webpage.  The Accused Machines are infringing copies of Lagree's patented Megaformer® M3K+ machine.

9.      Defendant Christine Field ("Field") is an individual who resides in Florida.  Field is the managing member and sole owner of Studio Physique. **Exhibits 1-2**; **Exhibit 6**, Studio Physique Website Bios, *available at https://studiophysique.com/staff/*; *see also* Declaration of Christine L. Field ¶ 1 ("Field Decl."), *Maximum Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-cv-10834-ODW-MBK, ECF No. 28-1 (C.D. Cal. April 13, 2026).

3

39749558v8

10.     Since Studio Physique's formation in 2015, Field has exercised ultimate control over Studio Physique, including control over the infringing activities alleged in this complaint.

11.     Field has final decision-making authority over equipment purchases for Studio Physique, the use of exercise equipment by trainers and customers, class offerings, and all other day-to-day operations that gave rise to the infringing conduct alleged in this complaint. Field Decl. ¶ 2 ("I am a hands-on small business owner."), ¶ 37 ("[I am] a small business owner responsible for client safety, instructor well-being, and business continuity."). Field has admitted under oath that she was responsible for purchasing the infringing Accused Machines. *Id.* ¶ 49 ("I had purchased the equipment . . . . for the studio.").

## JURISDICTION AND VENUE

12.     This is an action for patent infringement under 35 U.S.C. § 271.

13.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, because the action involves a federal question and because the action relates to a patent.

14.     Defendants do business in St. Petersburg, Florida within the Middle District of Florida, by offering group fitness classes attended by individuals who reside in and around the Tampa Bay region. **Exhibit 7**, Studio Physique Homepage, *available at https://studiophysique.com/*. Studio Physique advertises on its website that Studio Physique "is the first and only studio in St.

4

Petersburg, Florida, and Pinellas County to offer the revolutionary Maximum Fitness™ Training Method." *Id.*

15. This Court has personal jurisdiction over Defendants because Defendants: (a) purchased, imported, used, and/or induced others to use infringing products in the Middle District of Florida; (b) purposely directed their business activities toward Florida, including employing Florida residents and advertising and providing services to Florida residents; (c) induced customers to use infringing products in Florida; and (d) have continuous and systematic business contact in Florida through their use of infringing products in Florida.

16. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) because Defendants reside in this judicial district, and Defendants have committed acts of infringement and have a regular and established place of business in this judicial district.

## FACTUAL BACKGROUND

17. Lagree has pushed the bounds of the fitness industry for over two decades. Drawing inspiration from body building and Pilates, Sebastien Lagree pioneered a new workout regime and accompanying machines that focus on core strength and endurance through high-intensity, low-impact, and anti-inflammatory exercise techniques.

18. Sebastien Lagree is also the founder of Lagree Fitness, Inc. ("Lagree Fitness"), a California corporation with its principal place of business in Los Angeles County, California.

5

19.     Together, Maximum Fitness, Lagree Technologies, and Lagree Fitness are a global fitness group that has revolutionized the fitness industry through the development of the Lagree Method® and the ever-evolving line of science-driven, purpose-built Lagree machines.

20.     The Lagree exercise machines allow users to maintain precise control over movement and stay engaged in an exercise for longer periods of time. Movements on the Lagree machines engage up to 600 muscles at a time, which is far more than weight training alone.

21.     Mr. Lagree released his first machine in 2006, the Proformer®, which quickly gained popularity.

22.     Following the success of his initial invention, Mr. Lagree continued his commitment to innovation and, within a few years, released a more evolved machine: the Megaformer®.

23.     Since its initial release, the Megaformer® has gone through several iterations.  An April 16, 2025 article by the Los Angeles Times referred to the Megaformer® line of machines as "a dizzying alphabet" of models, including the "M1, M2, M2S, M3, M3S, M3K, M3K+, M3X, M3E, M3."  The same article recognized that Lagree's machines have continued to evolve with new designs providing new advantages; however, the Megaformer® "has remained the star of the enterprise."

24.     The Megaformer® has two stable platforms and a gliding center carriage that moves back and forth.  Tension is applied to the moving carriage by

6

bias members (*e.g.*, tension springs) that allow a user to tailor a Maximum Fitness® workout to his or her particular fitness level.  Users can perform exercises that incorporate cardio and strength training in an intense yet low-impact workout appropriate for a variety of ages and fitness levels.

25.    A screenshot from a video showcasing the M3K+ model of the Megaformer® is shown below:



*Available at https://www.lagreefitness.com/lagree-vs-pilates*

26.    Taken together, the Lagree Method® and the Megaformer® have been key to Lagree's success.

27.    A 2015 article in *Glamour* touted Lagree's machines as "a workout craze sweeping America" and noted that "celebrities including Kim Kardashian, Sofia Vergara, and even First Lady Michelle Obama have been onto it for years

7

now."  Glamour Magazine, *Here's Something Kim Kardashian, Sofia Vergara, and Michelle Obama Have in Common: Their Workouts* (June 5, 2015), *available at https://www.glamour.com/story/kim-kardashian-workout*

28.    Other notable celebrities that have enjoyed Maximum Fitness® workouts include supermodels like Karlie Kloss, Martha Hunt, and Alessandra Ambrosio, as well as several other well-known celebrities, such as Jennifer Aniston, Scarlett Johansson, Meghan Markle, Jeremy Piven, Gwyneth Paltrow, and Rihanna.

29.    Lagree has grown from a single studio in Los Angeles into a global phenomenon with over 600 licensed studios in more than 40 countries.  Each Lagree studio undergoes a comprehensive licensing process to ensure the Lagree Method® is taught by certified Lagree instructors who have a complete understanding of the Lagree machines used within the studio.

30.    Lagree offers certain customers licenses to use its intellectual property.

31.    Lagree Technologies is the owner of the following United States Patents (collectively, "Lagree Patents"):

> a.    U.S. Patent No. 9,744,395 ("'395 Patent"), issued August 29, 2017, attached as **Exhibit 9**;
> b.    U.S. Patent No. 9,868,010 ("'010 Patent"), issued January 16, 2018, attached as **Exhibit 11**;
> c.    U.S. Patent No. 10,022,577 ("'577 Patent"), issued July 17, 2018, attached as **Exhibit 13**;
> d.    U.S. Patent No. 10,155,129 ("'129 Patent"), issued December 18, 2018, attached as **Exhibit 15**;

8

e.  U.S. Patent No. 10,792,528 ("'528 Patent"), issued October 6, 2020, attached as **Exhibit 17**;

f.  U.S. Patent No. 11,318,340 ("'340 Patent"), issued May 3, 2022, attached as **Exhibit 19**;

g.  U.S. Patent No. 9,283,422 ("'422 Patent"), issued March 15, 2016, attached as **Exhibit 21**;

h.  U.S. Patent No. 9,474,927 ("'927 Patent"), issued October 25, 2016, attached as **Exhibit 23**;

i.  U.S. Patent No. 9,555,282 ("'282 Patent"), issued January 31, 2017, attached as **Exhibit 25**;

j.  U.S. Patent No. 9,649,527 ("'527 Patent"), issued May 16, 2017, attached as **Exhibit 27**;

k.  U.S. Patent No. 11,826,605 ("'605 Patent"), issued November 28, 2023, attached as **Exhibit 29**;

l.  U.S. Patent No. 9,415,253 ("'253 Patent"), issued August 16, 2016, attached as **Exhibit 31**;

m.  U.S. Patent No. 9,498,667 ("'667 Patent"), issued November 22, 2016, attached as **Exhibit 33**;

n.  U.S. Patent No. 9,604,095 ("'095 Patent"), issued March 28, 2017, attached as **Exhibit 35**;

o.  U.S. Patent No. 10,716,964 ("'964 Patent"), issued July 21, 2020, attached as **Exhibit 37**;

p.  U.S. Patent No. 11,395,936 ("'936 Patent"), issued July 26, 2022, attached as **Exhibit 39**;

q.  U.S. Patent No. 10,118,067 ("'067 Patent"), issued November 6, 2018, attached as **Exhibit 41**;

r.  U.S. Patent No. 9,868,011 ("'011 Patent"), issued January 16, 2018, attached as **Exhibit 43**;

s.  U.S. Patent No. 10,201,724 ("'724 Patent"), issued February 12, 2019, attached as **Exhibit 45**

t.  U.S. Patent No. 9,981,156 ("'156 Patent"), issued May 29, 2018, attached as **Exhibit 47**;

u.  U.S. Patent No. 10,143,882 ("'882 Patent"), issued December 4, 2018, attached as **Exhibit 49**;

v.  U.S. Patent No. 10,850,155 ("'155 Patent"), issued December 1, 2020, attached as **Exhibit 51**; and

w.  U.S. Patent No. 11,318,346 ("'346 Patent"), issued May 3, 2022, attached as **Exhibit 53**.

39749558v8

32.   The Lagree Patents relate to exercise machine technology, including the Megaformer® exercise machines incorporating tension device systems, carriage assemblies, and related structures invented by Sebastien Lagree.

33.   On or about February 10, 2015, Studio Physique entered a License ("License") with Lagree Fitness, Inc. granting Studio Physique a license to use the Lagree Method®, certain Lagree trademarks, and Equipment that included the patented Megaformer® machines.  **Exhibit 4**, February 2015 License.

34.   The License recognized that Lagree had "developed and patented certain innovating exercise equipment, including, but not limited to, the 'Megaformer.'" *Id.*

35.   Pursuant to the License, Defendants purchased and used genuine Lagree Megaformer® exercise machines for years.

36.   In or around August 2025, Defendants ceased ordering and using legitimate equipment from Lagree and instead purchased infringing Accused Machines through Alibaba.  **Exhibit 5**, Alibaba Product Webpage.

37.   Beginning in or around July or August 2025, Defendants began promoting the Accused Machines to their customers as "upgraded Megas" and "new Megas," as illustrated below in an excerpt from Studio Physique's Instagram account:

39749558v8



*See* **Exhibit 8**, August 22, 2025 Instagram Post, *available at https://www.instagram.com/p/DNqu-A_x2Js/*

38. The Accused Machines were imported into the United States and delivered to Studio Physique's facility in St. Petersburg, Florida on or about August 25, 2025. Studio Physique replaced its genuine Lagree Megaformer® machines with the Accused Machines, and both Defendants have since been using the Accused Machines to provide paid exercise classes to customers.

39. On or about September 11, 2025, representatives of Lagree visited Studio Physique's studio in St. Petersburg, Florida, and confirmed that the Accused

11

39749558v8

Machines are copies of the patented Megaformer® M3K+ and were neither made by nor authorized by Lagree.

40.    The striking similarities between the genuine Lagree Megaformer® and the Accused Machines is apparent from a visual comparison.  Given the similarities, it is no surprise the Accused Machines infringe the Lagree Patents.

| Megaformer M3K+ | Accused Device |
|---|---|
|  | |
| *https://www.lagreefitness.com/ lagree-vs-pilates* | *https://www.instagram.com/p/DNqu-A_x2Js/* |

41.    Despite visual and functional similarities, the Accused Machines are of noticeably lesser quality than the genuine Lagree Megaformer®.  The substandard quality was revealed during the September 2025 visit by Lagree representatives to Studio Physique's Florida studio.  For example, a Studio Physique instructor reported that a spring on one of the Accused Machines felt loose.  *See* Declaration of Aubrey Wollett ¶ 6, *Maximum Fitness, Inc. & Lagree Technologies, Inc. v. Studio Physique, LLC*, Case No. 2:25-cv-10834-ODW-MBK, ECF No. 27-3 (C.D. Cal. April 13, 2026).  Additionally, the Accused Machines were

39749558v8

built with poor upholstery craftsmanship, as illustrated by the below photograph taken during the September 2025 visit to Studio Physique's studio:



*See* Declaration of Sebastien Lagree ¶¶ 39-44, *Maximum Fitness, Inc. & Lagree Technologies, Inc. v. Studio Physique, LLC*, Case No. 2:25-cv-10834-ODW-MBK, ECF No. 28-1 (C.D. Cal. April 13, 2026).

39749558v8

42.    On September 29, 2025, Lagree sent Field and Studio Physique a cease-and-desist letter terminating the License due to Studio Physique's material breach in purchasing and using the Accused Machines.  Despite the cease-and-desist letter, Studio Physique and Field continue to infringe the Lagree Patents by operating with the Accused Machines.

43.    The Megaformer® machines that Defendants previously purchased were marked with patent notices identifying the Lagree Patents.

44.    Lagree maintains a patent marking webpage at https://www.lagreefitness.com/patents listing all United States patents affiliated with the various Lagree exercise machines, providing constructive notice to the public under 35 U.S.C. § 287.  **Exhibit 1**, Lagree Patent Webpage.  This webpage lists each patent asserted in this complaint.

45.    Defendants had actual knowledge of Lagree's patents through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines that Defendants purchased and used for approximately ten years; (c) Lagree's patent listing webpage; (d) the September 2025 cease-and-desist letter sent by Lagree to Field and Studio Physique; and (e) through litigation brought by Lagree against Studio Physique in California ("California Litigation") for infringement of Lagree's trademarks and breach of the License, *see Maximum Fitness, Inc. & Lagree Technologies, Inc. v. Studio Physique, LLC*, Case No. 2:25-cv-10834-ODW-MBK (C.D. Cal.).

14

46.    A First Amended Complaint was filed in the California Litigation on December 23, 2025 that specifically referenced the patents relating to the Megaformer®, which provided Defendants with additional actual notice of the Lagree Patents.

47.    Despite having actual and constructive knowledge of the Lagree Patents, Defendants deliberately purchased the Accused Machines that practice the inventions claimed in the Lagree Patents, imported them into the United States, and have continued to use, promote, and induce Studio Physique's trainers and customers to use, the Accused Machines in Studio Physique's studio(s) in this judicial district.

48.    Defendants purchased the Accused Machines specifically because of the similarities to Lagree's genuine Megaformer® machines.  The similarities are what enabled Field and Studio Physique to falsely promote the Accused Machines to customers as "Upgraded Megas."

49.    Through the Alibaba website, or a similar website Defendants used to purchase the Accused Machines, Field and Studio Physique were aware of the similarities between the genuine Lagree machines and the knock-off Accused Machines.  The Alibaba website lists several pictures and a video of the Accused Machines that allowed Field and Studio Physique to draw a comparison to a genuine Lagree Megaformer®.  However, as shown below, the Alibaba website clearly identified the supplier as Hunan Lanri Technology Co., Ltd. ("Hunan Lanri"), and the pictures of the Accused Machines included a watermark and/or

15

39749558v8

text indicating that the Accused Machines were not made by Lagree but instead by Hunan Lanri.





*See* **Exhibit 5**, Alibaba Product Webpage.

16

50. Not only did Defendants have actual and constructive knowledge of Lagree's patents, but Defendants' efforts to obtain and use knock-off copies of the Lagree Megaformer® were unmistakably intentional.

51. Defendants Field and Studio Physique are aware that the Accused Machines infringe the Lagree Patents, or based on the similarities between machines, Defendants know that there is a high probability the Accused Machines infringe the Lagree Patents, yet Defendants have deliberately avoided taking action to investigate infringement. Defendants' conduct demonstrates a conscious, deliberate decision to proceed with infringement despite an objectively high likelihood that their actions constitute patent infringement.

52. Field and Studio Physique caused Studio Physique's trainers and staff to advertise and promote the Accused Devices to customers as authentic Lagree machines. Once customers were in the door, Field and Studio Physique deliberately induced customers to infringe the Lagree Patents by causing trainers and staff to conduct group fitness classes where customers used the infringing Accused Machines. Field and Studio Physique know, or should know, that their actions have induced customers to infringe the Lagree Patents.

53. Upon information and belief, Christine Field made or authorized the decision to purchase the Accused Machines precisely because Field reviewed the Alibaba or a similar website, and Field was aware of the similarities between the Accused Machines and the Lagree Megaformer®. *See* Field Decl. ¶ 37 ("Studio Physique explored reasonable alternatives . . . . In July 2025, Studio Physique

17

39749558v8

introduced a single demonstration reformer style machine it found available for purchase from an online seller . . . . Studio Physique purchased 12 more of the same machines from the same supplier."), ¶ 49 ("I had purchased the equipment . . . . for the studio.").

54.    Field knows that the Accused Machines infringe the Lagree Patents. Alternatively, Field knows that there is a high probability the Accused Machines infringe the Lagree Patents, but Field has deliberately avoided taking action, individually or on behalf of Studio Physique, to investigate the infringement.

55.    Upon information and belief, Field also promoted or authorized the promotion of the Accused Machines as "Upgraded Megas" with the intent of inducing customers to use the infringing Accused Machines.  Field commented on the Instagram post shown above and attached as **Exhibit 8**, which illustrates that Field was aware of, authorized, or published Studio Physique's promotions encouraging customers to use the infringing machines.

56.    Field has conducted or authorized group fitness classes that use the infringing Accused Machines.

57.    Field has personally used the Accused Machines.  According to Field's biography on Studio Physique's website, Field teaches classes at Studio Physique. *See* **Exhibit 6**, Studio Physique Website Bios.  Upon information and belief, Field has personally operated and used the Accused Machines in the course of teaching those classes and used the Accused Machines in her personal capacity to exercise outside of group fitness classes.

18

58.    Field has benefited from Studio Physique's infringement by receiving revenues from Studio Physique that were derived from fees paid by Studio Physique's customers who use the infringing machines at Studio Physique's studio and/or during group fitness classes conducted by Studio Physique.

59.    During all times that Studio Physique has infringed the Lagree Patents, Field has continually exerted decision making authority and control over Studio Physique and has been involved in running its day-to-day business activities, including making purchasing decisions, authorizing and conducting fitness classes using the Accused Machines, and collecting money from customers for the use of the Accused Machines.  *See* Field Decl. ¶ 2 ("I am not a corporate operator.  I am a hands-on small business owner.").

## COUNT I
## Direct Infringement of U.S. Patent No. 9,744,395 ("'395 Patent")

60.    Lagree realleges paragraphs 1-59 as if fully restated herein.

61.    Lagree Technologies is the owner of the '395 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.  A copy of the '395 Patent is attached as **Exhibit 9**.

62.    A claim chart identifying how the Accused Machines infringe at least claims 1, 16, and 20 of the '395 Patent is attached as **Exhibit 10**.

63.    Studio Physique has directly infringed and continues to directly infringe at least claims 1, 16, and 20 of the '395 Patent by purchasing, importing,

19

and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

64. Studio Physique's infringement of the '395 Patent has been and continues to be willful. Studio Physique has actual or constructive knowledge of the '395 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) the patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '395 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

65. As a direct and proximate result of Studio Physique's infringement of the '395 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT II
### Induced Infringement of the '395 Patent by Studio Physique and Christine Field

66. Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '395 Patent as if fully restated herein.

67. This is a claim for induced infringement under 35 U.S.C. § 271(b).

39749558v8

68.    Lagree Technologies is the owner of the '395 Patent, which is exclusively licensed to Maximum Fitness, and the patent is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

69.    Studio Physique has and continues to directly infringe at least claims 1, 16, and 20 of the '395 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

70.    A claim chart identifying how the Accused Machines infringe at least claims 1, 16, and 20 of the '395 Patent is attached as **Exhibit 10**.

71.    Field and Studio Physique have actual or constructive knowledge of the '395 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

72.    Studio Physique and Field have actively induced and continue to actively induce infringement of the '395 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

73.    Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '395 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

21

74. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '395 Patent.

75. Despite having actual knowledge of the '395 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '395 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

76. As a direct and proximate result of Defendants' induced infringement of the '395 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT III
## Direct Infringement of U.S. Patent No. 9,868,010 ("'010 Patent")

77. Lagree realleges paragraphs 1-59 as if fully restated herein.

78. Lagree Technologies is the owner of the '010 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '010 Patent is attached as **Exhibit 11**.

79. A claim chart identifying how the Accused Machines infringe at least claims 1, 19, and 20 of the '010 Patent is attached as **Exhibit 12**.

80. Studio Physique has directly infringed and continues to directly infringe at least claims 1, 19, and 20 of the '010 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

39749558v8

81.    Studio Physique's infringement of the '010 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '010 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '010 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

82.    As a direct and proximate result of Studio Physique's infringement of the '010 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT IV
## Induced Infringement of the '010 Patent by Studio Physique and Christine Field

83.    Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '010 Patent as if fully restated herein.

84.    This is a claim for induced infringement under 35 U.S.C. § 271(b).

85.    Lagree Technologies is the owner of the '010 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

23

39749558v8

86. Studio Physique has and continues to directly infringe at least claims 1, 19, and 20 of the '010 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

87. A claim chart identifying how the Accused Machines infringe at least claims 1, 19, and 20 of the '010 Patent is attached as **Exhibit 12**.

88. Field and Studio Physique have actual or constructive knowledge of the '010 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

89. Studio Physique and Field have actively induced and continue to actively induce infringement of the '010 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

90. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '010 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

91. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '010 Patent.

24

92.   Despite having actual knowledge of the '010 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '010 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

93.   As a direct and proximate result of Defendants' induced infringement of the '010 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT V**
**Direct Infringement of U.S. Patent No. 10,022,577 ("'577 Patent")**

94.   Lagree realleges paragraphs 1-59  as if fully restated herein.

95.   Lagree Technologies is the owner of the '577 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '577 Patent is attached as **Exhibit 13**.

96.   A claim chart identifying how the Accused Machines infringe at least claims 1, 17, and 18 of the '577 Patent is attached as **Exhibit 14**.

97.   Studio Physique has directly infringed and continues to directly infringe at least claims 1, 17, and 18 of the '577 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

98.   Studio Physique's infringement of the '577 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '577 Patent through: (a) the License referencing Lagree's patented equipment;

25

39749558v8

(b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '577 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

99.     As a direct and proximate result of Studio Physique's infringement of the '577 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT VI
## Induced Infringement of the '577 Patent by Studio Physique and Christine Field

100.    Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '577 Patent as if fully restated herein.

101.    This is a claim for induced infringement under 35 U.S.C. § 271(b).

102.    Lagree Technologies is the owner of the '577 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

103.    Studio Physique has and continues to directly infringe at least claims 1, 17, and 18 of the '577 Patent by purchasing, importing, and using within the

26

United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

104.   A claim chart identifying how the Accused Machines infringe at least claims 1, 17, and 18 of the '577 Patent is attached as **Exhibit 14**.

105.   Field and Studio Physique have actual or constructive knowledge of the '577 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

106.   Studio Physique and Field have actively induced and continue to actively induce infringement of the '577 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

107.   Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '577 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

108.   Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '577 Patent.

109.   Despite having actual knowledge of the '577 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '577

39749558v8

Patent through use of the Accused Machines by customers, trainers, employees, and staff.

110.    As a direct and proximate result of Defendants' induced infringement of the '577 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT VII
## Direct Infringement of U.S. Patent No. 10,155,129 ("'129 Patent")

111.    Lagree realleges paragraphs 1-59  as if fully restated herein.

112.    Lagree Technologies is the owner of the '129 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '129 Patent is attached as **Exhibit 15**.

113.    A claim chart identifying how the Accused Machines infringe at least claims 1, 24, and 27 of the '129 Patent is attached as **Exhibit 16**.

114.    Studio Physique has directly infringed and continues to directly infringe at least claims 1, 24, and 27 of the '129 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

115.    Studio Physique's infringement of the '129 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '129 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at

28

www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '129 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

116. As a direct and proximate result of Studio Physique's infringement of the '129 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT VIII
## Induced Infringement of the '129 Patent by Studio Physique and Christine Field

117. Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '129 Patent as if fully restated herein.

118. This is a claim for induced infringement under 35 U.S.C. § 271(b).

119. Lagree Technologies is the owner of the '129 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

120. Studio Physique has and continues to directly infringe at least claims 1, 24, and 27 of the '129 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

39749558v8

121.    A claim chart identifying how the Accused Machines infringe at least claims 1, 24, and 27 of the '129 Patent is attached as **Exhibit 16**.

122.    Field and Studio Physique have actual or constructive knowledge of the '129 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

123.    Studio Physique and Field have actively induced and continue to actively induce infringement of the '129 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

124.    Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '129 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

125.    Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '129 Patent.

126.    Despite having actual knowledge of the '129 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '129 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

39749558v8

127. As a direct and proximate result of Defendants' induced infringement of the '129 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT IX
## Direct Infringement of U.S. Patent No. 10,792,528 ("'528 Patent")

128. Lagree realleges paragraphs 1-59 as if fully restated herein.

129. Lagree Technologies is the owner of the '528 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '528 Patent is attached as **Exhibit 17**.

130. A claim chart identifying how the Accused Machines infringe at least claims 1, 31, 35, 44, and 54 of the '528 Patent is attached as **Exhibit 18**.

131. Studio Physique has directly infringed and continues to directly infringe at least claims 1, 31, 35, 44, and 54 of the '528 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

132. Studio Physique's infringement of the '528 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '528 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique

31

from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '528 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

133.    As a direct and proximate result of Studio Physique's infringement of the '528 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT X
## Induced Infringement of the '528 Patent by Studio Physique and Christine Field

134.    Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '528 Patent as if fully restated herein.

135.    This is a claim for induced infringement under 35 U.S.C. § 271(b).

136.    Lagree Technologies is the owner of the '528 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

137.    Studio Physique has and continues to directly infringe at least claims 1, 31, 35, 44, and 54 of the '528 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

138.    A claim chart identifying how the Accused Machines infringe at least claims 1, 31, 35, 44, and 54 of the '528 Patent is attached as **Exhibit 18**.

39749558v8

139.    Field and Studio Physique have actual or constructive knowledge of the '528 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

140.    Studio Physique and Field have actively induced and continue to actively induce infringement of the '528 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

141.    Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '528 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

142.    Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '528 Patent.

143.    Despite having actual knowledge of the '528 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '528 Patent through use of infringing machines.

144.    As a direct and proximate result of Defendants' induced infringement of the '528 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT XI**

33

**Direct Infringement of U.S. Patent No. 11,318,340 ("'340 Patent")**

145.   Lagree realleges paragraphs 1-59  as if fully restated herein.

146.   Lagree Technologies is the owner of the '340 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '340 Patent is attached as **Exhibit 19**.

147.   A claim chart identifying how the Accused Machines infringe at least claims 1, 12, and 19 of the '340 Patent is attached as **Exhibit 20**.

148.   Studio Physique has directly infringed and continues to directly infringe at least claims 1, 12, and 19 of the '340 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

149.   Studio Physique's infringement of the '340 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '340 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '340 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

150.    As a direct and proximate result of Studio Physique's infringement of the '340 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XII
## Induced Infringement of the '340 Patent by Studio Physique and Christine Field

151.    Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '340 Patent as if fully restated herein.

152.    This is a claim for induced infringement under 35 U.S.C. § 271(b).

153.    Lagree Technologies is the owner of the '340 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

154.    Studio Physique has and continues to directly infringe at least claims 1, 12, and 19 of the '340 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

155.    A claim chart identifying how the Accused Machines infringe at least claims 1, 12, and 19 of the '340 Patent is attached as **Exhibit 20**.

156.    Field and Studio Physique have actual or constructive knowledge of the '340 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

35

157.	Studio Physique and Field have actively induced and continue to actively induce infringement of the '340 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

158.	Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '340 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

159.	Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '340 Patent.

160.	Despite having actual knowledge of the '340 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '340 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

161.	As a direct and proximate result of Defendants' induced infringement of the '340 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XIII
## Direct Infringement of U.S. Patent No. 9,283,422 ("'422 Patent")

162.	Lagree realleges paragraphs 1-59  as if fully restated herein.

39749558v8

163. Lagree Technologies is the owner of the '422 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '422 Patent is attached as **Exhibit 21**.

164. A claim chart identifying how the Accused Machines infringe at least claims 1, 21, and 24 of the '422 Patent is attached as **Exhibit 22**.

165. Studio Physique has directly infringed and continues to directly infringe at least claims 1, 21, and 24 of the '422 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

166. Studio Physique's infringement of the '422 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '422 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '422 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

167.   As a direct and proximate result of Studio Physique's infringement of the '422 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XIV
## Induced Infringement of the '422 Patent by Studio Physique and Christine Field

168.   Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '422 Patent as if fully restated herein.

169.   This is a claim for induced infringement under 35 U.S.C. § 271(b).

170.   Lagree Technologies is the owner of the '422 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

171.   Studio Physique has and continues to directly infringe at least claims 1, 21, and 24 of the '422 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

172.   A claim chart identifying how the Accused Machines infringe at least claims 1, 21, and 24 of the '422 Patent is attached as **Exhibit 22**.

173.   Field and Studio Physique have actual or constructive knowledge of the '422 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

38

174.    Studio Physique and Field have actively induced and continue to actively induce infringement of the '422 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

175.    Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '422 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

176.    Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '422 Patent.

177.    Despite having actual knowledge of the '422 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '422 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

178.    As a direct and proximate result of Defendants' induced infringement of the '422 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XV
### Direct Infringement of U.S. Patent No. 9,474,927 ("'927 Patent")

179.    Lagree realleges paragraphs 1-59  as if fully restated herein.

39749558v8

180. Lagree Technologies is the owner of the '927 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '927 Patent is attached as **Exhibit 23**.

181. A claim chart identifying how the Accused Machines infringe at least claims 1, 19, and 20 of the '927 Patent is attached as **Exhibit 24**.

182. Studio Physique has directly infringed and continues to directly infringe at least claims 1, 19, and 20 of the '927 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

183. Studio Physique's infringement of the '927 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '927 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '927 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

184. As a direct and proximate result of Studio Physique's infringement of the '927 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XVI
## Induced Infringement of the '927 Patent by Studio Physique and Christine Field

185. Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '927 Patent as if fully restated herein.

186. This is a claim for induced infringement under 35 U.S.C. § 271(b).

187. Lagree Technologies is the owner of the '927 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

188. Studio Physique has and continues to directly infringe at least claims 1, 19, and 20 of the '927 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

189. A claim chart identifying how the Accused Machines infringe at least claims 1, 19, and 20 of the '927 Patent is attached as **Exhibit 24**.

190. Field and Studio Physique have actual or constructive knowledge of the '927 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

41

39749558v8

191.   Studio Physique and Field have actively induced and continue to actively induce infringement of the '927 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

192.   Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '927 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

193.   Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '927 Patent.

194.   Despite having actual knowledge of the '927 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '927 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

195.   As a direct and proximate result of Defendants' induced infringement of the '927 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XVII
## Direct Infringement of U.S. Patent No. 9,555,282 ("'282 Patent")

196.   Lagree realleges paragraphs 1-59  as if fully restated herein.

42

39749558v8

197. Lagree Technologies is the owner of the '282 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '282 Patent is attached as **Exhibit 25**.

198. A claim chart identifying how the Accused Machines infringe at least claims 1, 19, and 20 of the '282 Patent is attached as **Exhibit 26**.

199. Studio Physique has directly infringed and continues to directly infringe at least claims 1, 19, and 20 of the '282 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

200. Studio Physique's infringement of the '282 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '282 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '282 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

201. As a direct and proximate result of Studio Physique's infringement of the '282 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT XVIII**
**Induced Infringement of the '282 Patent by Studio Physique and Christine Field**

202. Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '282 Patent as if fully restated herein.

203. This is a claim for induced infringement under 35 U.S.C. § 271(b).

204. Lagree Technologies is the owner of the '282 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

205. Studio Physique has and continues to directly infringe at least claims 1, 19, and 20 of the '282 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

206. A claim chart identifying how the Accused Machines infringe at least claims 1, 19, and 20 of the '282 Patent is attached as **Exhibit 26**.

207. Field and Studio Physique have actual or constructive knowledge of the '282 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

39749558v8

208. Studio Physique and Field have actively induced and continue to actively induce infringement of the '282 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

209. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '282 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

210. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '282 Patent.

211. Despite having actual knowledge of the '282 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '282 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

212. As a direct and proximate result of Defendants' induced infringement of the '282 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XIX
### Direct Infringement of U.S. Patent No. 9,649,527 ("'527 Patent")

213. Lagree realleges paragraphs 1-59 as if fully restated herein.

45

214. Lagree Technologies is the owner of the '527 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '527 Patent is attached as **Exhibit 27**.

215. A claim chart identifying how the Accused Machines infringe at least claims 1, 19, and 20 of the '527 Patent is attached as **Exhibit 28**.

216. Studio Physique has directly infringed and continues to directly infringe at least claims 1, 19, and 20 of the '527 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

217. Studio Physique's infringement of the '527 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '527 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '527 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

218.   As a direct and proximate result of Studio Physique's infringement of the '527 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XX
## Induced Infringement of the '527 Patent by Studio Physique and Christine Field

219.   Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '527 Patent as if fully restated herein.

220.   This is a claim for induced infringement under 35 U.S.C. § 271(b).

221.   Lagree Technologies is the owner of the '527 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

222.   Studio Physique has and continues to directly infringe at least claims 1, 19, and 20 of the '527 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

223.   A claim chart identifying how the Accused Machines infringe at least claims 1, 19, and 20 of the '527 Patent is attached as **Exhibit 28**.

224.   Field and Studio Physique have actual or constructive knowledge of the '527 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

47

225.   Studio Physique and Field have actively induced and continue to actively induce infringement of the '527 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

226.   Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '527 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

227.   Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '527 Patent.

228.   Despite having actual knowledge of the '527 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '527 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

229.   As a direct and proximate result of Defendants' induced infringement of the '527 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXI
## Direct Infringement of U.S. Patent No. 11,826,605 ("'605 Patent")

230.   Lagree realleges paragraphs 1-59  as if fully restated herein.

39749558v8

231. Lagree Technologies is the owner of the '605 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '605 Patent is attached as **Exhibit 29**.

232. A claim chart identifying how the Accused Machines infringe at least claims 1, 11, and 20 of the '605 Patent is attached as **Exhibit 30**.

233. Studio Physique has directly infringed and continues to directly infringe at least claims 1, 11, and 20 of the '605 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

234. Studio Physique's infringement of the '605 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '605 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '605 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

235.    As a direct and proximate result of Studio Physique's infringement of the '605 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXII
## Induced Infringement of the '605 Patent by Studio Physique and Christine Field

236.    Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '605 Patent as if fully restated herein.

237.    This is a claim for induced infringement under 35 U.S.C. § 271(b).

238.    Lagree Technologies is the owner of the '605 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

239.    Studio Physique has and continues to directly infringe at least claims 1, 11, and 20 of the '605 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

240.    A claim chart identifying how the Accused Machines infringe at least claims 1, 11, and 20 of the '605 Patent is attached as **Exhibit 30**.

241.    Field and Studio Physique have actual or constructive knowledge of the '605 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

50

39749558v8

242. Studio Physique and Field have actively induced and continue to actively induce infringement of the '605 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

243. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '605 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

244. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '605 Patent.

245. Despite having actual knowledge of the '605 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '605 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

246. As a direct and proximate result of Defendants' induced infringement of the '605 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXIII
## Direct Infringement of U.S. Patent No. 9,415,253 ("'253 Patent")

247. Lagree realleges paragraphs 1-59 as if fully restated herein.

51

248. Lagree Technologies is the owner of the '253 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '253 Patent is attached as **Exhibit 31**.

249. A claim chart identifying how the Accused Machines infringe at least claims 1 and 28 of the '253 Patent is attached as **Exhibit 32**.

250. Studio Physique has directly infringed and continues to directly infringe one or more claims of the '253 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

251. Studio Physique's infringement of the '253 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '253 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '253 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

252.  As a direct and proximate result of Studio Physique's infringement of the '253 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXIV
## Induced Infringement of the '253 Patent by Studio Physique and Christine Field

253.  Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '253 Patent as if fully restated herein.

254.  This is a claim for induced infringement under 35 U.S.C. § 271(b).

255.  Lagree Technologies is the owner of the '253 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

256.  Studio Physique has and continues to directly infringe at least claims 1 and 28 of the '253 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

257.  A claim chart identifying how the Accused Machines infringe at least claims 1 and 28 of the '253 Patent is attached as **Exhibit 32**.

258.  Field and Studio Physique have actual or constructive knowledge of the '253 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

53

39749558v8

259.    Studio Physique and Field have actively induced and continue to actively induce infringement of the '253 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

260.    Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '253 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

261.    Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '253 Patent.

262.    Despite having actual knowledge of the '253 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '253 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

263.    As a direct and proximate result of Defendants' induced infringement of the '253 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

### COUNT XXV
### Direct Infringement of U.S. Patent No. 9,498,667 ("'667 Patent")

264.    Lagree realleges paragraphs 1-59  as if fully restated herein.

54

265. Lagree Technologies is the owner of the '667 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '667 Patent is attached as **Exhibit 33**.

266. A claim chart identifying how the Accused Machines infringe at least claim 1 of the '667 Patent is attached as **Exhibit 34**.

267. Studio Physique has directly infringed and continues to directly infringe one or more claims of the '667 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

268. Studio Physique's infringement of the '667 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '667 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '667 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

269. As a direct and proximate result of Studio Physique's infringement of the '667 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT XXVI**
**Induced Infringement of the '667 Patent by Studio Physique and Christine Field**

270. Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '667 Patent as if fully restated herein.

271. This is a claim for induced infringement under 35 U.S.C. § 271(b).

272. Lagree Technologies is the owner of the '667 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

273. Studio Physique has and continues to directly infringe at least claim 1 of the '667 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

274. A claim chart identifying how the Accused Machines infringe at least claim 1 of the '667 Patent is attached as **Exhibit 34**.

275. Field and Studio Physique have actual or constructive knowledge of the '667 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

56

276. Studio Physique and Field have actively induced and continue to actively induce infringement of the '667 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

277. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '667 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

278. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '667 Patent.

279. Despite having actual knowledge of the '667 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '667 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

280. As a direct and proximate result of Defendants' induced infringement of the '667 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXVII
## Direct Infringement of U.S. Patent No. 9,604,095 ("'095 Patent")

281. Lagree realleges paragraphs 1-59 as if fully restated herein.

57

282. Lagree Technologies is the owner of the '095 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '095 Patent is attached as **Exhibit 35**.

283. A claim chart identifying how the Accused Machines infringe at least claim 1 of the '095 Patent is attached as **Exhibit 36**.

284. Studio Physique has directly infringed and continues to directly infringe one or more claims of the '095 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

285. Studio Physique's infringement of the '095 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '095 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '095 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

286.    As a direct and proximate result of Studio Physique's infringement of the '095 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

### COUNT XXVIII
### Induced Infringement of the '095 Patent by Studio Physique and Christine Field

287.    Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '095 Patent as if fully restated herein.

288.    This is a claim for induced infringement under 35 U.S.C. § 271(b).

289.    Lagree Technologies is the owner of the '095 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

290.    Studio Physique has and continues to directly infringe at least claim 1 of the '095 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

291.    A claim chart identifying how the Accused Machines infringe at least claim 1 of the '095 Patent is attached as **Exhibit 36**.

292.    Field and Studio Physique have actual or constructive knowledge of the '095 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

59

39749558v8

293. Studio Physique and Field have actively induced and continue to actively induce infringement of the '095 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

294. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '095 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

295. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '095 Patent.

296. Despite having actual knowledge of the '095 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '095 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

297. As a direct and proximate result of Defendants' induced infringement of the '095 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXIX
## Direct Infringement of U.S. Patent No. 10,716,964 ("'964 Patent")

298. Lagree realleges paragraphs 1-59 as if fully restated herein.

60

299. Lagree Technologies is the owner of the '964 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '964 Patent is attached as **Exhibit 37**.

300. A claim chart identifying how the Accused Machines infringe at least claims 1 and 20 of the '964 Patent is attached as **Exhibit 38**.

301. Studio Physique has directly infringed and continues to directly infringe one or more claims of the '964 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

302. Studio Physique's infringement of the '964 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '964 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '964 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

303.   As a direct and proximate result of Studio Physique's infringement of the '964 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXX
## Induced Infringement of the '964 Patent by Studio Physique and Christine Field

304.   Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '964 Patent as if fully restated herein.

305.   This is a claim for induced infringement under 35 U.S.C. § 271(b).

306.   Lagree Technologies is the owner of the '964 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

307.   Studio Physique has and continues to directly infringe at least claims 1 and 20 of the '964 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

308.   A claim chart identifying how the Accused Machines infringe at least claims 1 and 20 of the '964 Patent is attached as **Exhibit 38**.

309.   Field and Studio Physique have actual or constructive knowledge of the '964 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

62

310. Studio Physique and Field have actively induced and continue to actively induce infringement of the '964 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

311. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '964 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

312. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '964 Patent.

313. Despite having actual knowledge of the '964 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '964 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

314. As a direct and proximate result of Defendants' induced infringement of the '964 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXXI
## Direct Infringement of U.S. Patent No. 11,395,936 ("'936 Patent")

315. Lagree realleges paragraphs 1-59 as if fully restated herein.

63

316.    Lagree Technologies is the owner of the '936 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '936 Patent is attached as **Exhibit 39**.

317.    A claim chart identifying how the Accused Machines infringe at least claims 1 and 20 of the '936 Patent is attached as **Exhibit 40**.

318.    Studio Physique has directly infringed and continues to directly infringe one or more claims of the '936 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

319.    Studio Physique's infringement of the '936 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '936 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '936 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

320.    As a direct and proximate result of Studio Physique's infringement of the '936 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXXII
## Induced Infringement of the '936 Patent by Studio Physique and Christine Field

321.    Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '936 Patent as if fully restated herein.

322.    This is a claim for induced infringement under 35 U.S.C. § 271(b).

323.    Lagree Technologies is the owner of the '936 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

324.    Studio Physique has and continues to directly infringe at least claims 1 and 20 of the '936 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

325.    A claim chart identifying how the Accused Machines infringe at least claims 1 and 20 of the '936 Patent is attached as **Exhibit 40**.

326.    Field and Studio Physique have actual or constructive knowledge of the '936 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

65

39749558v8

327.  Studio Physique and Field have actively induced and continue to actively induce infringement of the '936 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

328.  Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '936 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

329.  Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '936 Patent.

330.  Despite having actual knowledge of the '936 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '936 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

331.  As a direct and proximate result of Defendants' induced infringement of the '936 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXXIII
## Direct Infringement of U.S. Patent No. 10,118,067 ("'067 Patent")

332.  Lagree realleges paragraphs 1-59  as if fully restated herein.

66

333. Lagree Technologies is the owner of the '067 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '067 Patent is attached as **Exhibit 41**.

334. A claim chart identifying how the Accused Machines infringe at least claim 1 of the '067 Patent is attached as **Exhibit 42**.

335. Studio Physique has directly infringed and continues to directly infringe one or more claims of the '067 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

336. Studio Physique's infringement of the '067 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '067 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '067 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

337.   As a direct and proximate result of Studio Physique's infringement of the '067 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXXIV
## Induced Infringement of the '067 Patent by Studio Physique and Christine Field

338.   Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '067 Patent as if fully restated herein.

339.   This is a claim for induced infringement under 35 U.S.C. § 271(b).

340.   Lagree Technologies is the owner of the '067 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

341.   Studio Physique has and continues to directly infringe at least claim 1 of the '067 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

342.   A claim chart identifying how the Accused Machines infringe at least claim 1 of the '067 Patent is attached as **Exhibit 42**.

343.   Field and Studio Physique have actual or constructive knowledge of the '067 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

39749558v8

344.  Studio Physique and Field have actively induced and continue to actively induce infringement of the '067 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

345.  Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '067 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

346.  Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '067 Patent.

347.  Despite having actual knowledge of the '067 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '067 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

348.  As a direct and proximate result of Defendants' induced infringement of the '067 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXXV
## Direct Infringement of U.S. Patent No. 9,868,011 ("'011 Patent")

349.  Lagree realleges paragraphs 1-59  as if fully restated herein.

69

39749558v8

350. Lagree Technologies is the owner of the '011 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '011 Patent is attached as **Exhibit 43**.

351. A claim chart identifying how the Accused Machines infringe at least claim 1 of the '011 Patent is attached as **Exhibit 44**.

352. Studio Physique has directly infringed and continues to directly infringe at least claim 1 of the '011 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

353. Studio Physique's infringement of the '011 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '011 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '011 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

354.  As a direct and proximate result of Studio Physique's infringement of the '011 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXXVI
## Induced Infringement of the '011 Patent by Studio Physique and Christine Field

355.  Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '011 Patent as if fully restated herein.

356.  This is a claim for induced infringement under 35 U.S.C. § 271(b).

357.  Lagree Technologies is the owner of the '011 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

358.  Studio Physique has and continues to directly infringe at least claim 1 of the '011 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

359.  A claim chart identifying how the Accused Machines infringe at least claim 1 of the '011 Patent is attached as **Exhibit 44**.

360.  Field and Studio Physique have actual or constructive knowledge of the '011 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

71

39749558v8

361.   Studio Physique and Field have actively induced and continue to actively induce infringement of the '011 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

362.   Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '011 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

363.   Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '011 Patent.

364.   Despite having actual knowledge of the '011 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '011 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

365.   As a direct and proximate result of Defendants' induced infringement of the '011 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXXVII
## Direct Infringement of U.S. Patent No. 10,201,724 ("'724 Patent")

366.   Lagree realleges paragraphs 1-59  as if fully restated herein.

72

367. Lagree Technologies is the owner of the '724 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '724 Patent is attached as **Exhibit 45**.

368. A claim chart identifying how the Accused Machines infringe at least claims 1 and 19 of the '724 Patent is attached as **Exhibit 46**.

369. Studio Physique has directly infringed and continues to directly infringe at least claims 1 and 19 of the '724 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

370. Studio Physique's infringement of the '724 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '724 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '724 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

371. As a direct and proximate result of Studio Physique's infringement of the '724 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XXXVIII
## Induced Infringement of the '724 Patent by Studio Physique and Christine Field

372. Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '724 Patent as if fully restated herein.

373. This is a claim for induced infringement under 35 U.S.C. § 271(b).

374. Lagree Technologies is the owner of the '724 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

375. Studio Physique has and continues to directly infringe at least claims 1 and 19 of the '724 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

376. A claim chart identifying how the Accused Machines infringe at least claims 1 and 19 of the '724 Patent is attached as **Exhibit 46**.

377. Field and Studio Physique have actual or constructive knowledge of the '724 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

74

39749558v8

378.    Studio Physique and Field have actively induced and continue to actively induce infringement of the '724 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

379.    Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '724 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

380.    Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '724 Patent.

381.    Despite having actual knowledge of the '724 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '724 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

382.    As a direct and proximate result of Defendants' induced infringement of the '724 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

### COUNT XXXIX
### Direct Infringement of U.S. Patent No. 9,981,156 ("'156 Patent")

383.    Lagree realleges paragraphs 1-59  as if fully restated herein.

384.    Lagree Technologies is the owner of the '156 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '156 Patent is attached as **Exhibit 47**.

385.    A claim chart identifying how the Accused Machines infringe at least claim 1 of the '156 Patent is attached as **Exhibit 48**.

386.    Studio Physique has directly infringed and continues to directly infringe at least claim 1 of the '156 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

387.    Studio Physique's infringement of the '156 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '156 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '156 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

388.    As a direct and proximate result of Studio Physique's infringement of the '156 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XL
## Induced Infringement of the '156 Patent by Studio Physique and Christine Field

389.    Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '156 Patent as if fully restated herein.

390.    This is a claim for induced infringement under 35 U.S.C. § 271(b).

391.    Lagree Technologies is the owner of the '156 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

392.    Studio Physique has and continues to directly infringe at least claim 1 of the '156 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

393.    A claim chart identifying how the Accused Machines infringe at least claim 1 of the '156 Patent is attached as **Exhibit 48**.

394.    Field and Studio Physique have actual or constructive knowledge of the '156 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

77

39749558v8

395.    Studio Physique and Field have actively induced and continue to actively induce infringement of the '156 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

396.    Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '156 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

397.    Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '156 Patent.

398.    Despite having actual knowledge of the '156 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '156 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

399.    As a direct and proximate result of Defendants' induced infringement of the '156 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XLI
## Direct Infringement of U.S. Patent No. 10,143,882 ("'882 Patent")

400.    Lagree realleges paragraphs 1-59  as if fully restated herein.

78

401. Lagree Technologies is the owner of the '882 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '882 Patent is attached as **Exhibit 49**.

402. A claim chart identifying how the Accused Machines infringe at least claims 1, 35, and 46 of the '882 Patent is attached as **Exhibit 50**.

403. Studio Physique has directly infringed and continues to directly infringe at least claims 1, 35, and 46 of the '882 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

404. Studio Physique's infringement of the '882 Patent has been and continues to be willful. Studio Physique had actual or constructive knowledge of the '882 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '882 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

405.   As a direct and proximate result of Studio Physique's infringement of the '882 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XLII
## Induced Infringement of the '882 Patent by Studio Physique and Christine Field

406.   Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '882 Patent as if fully restated herein.

407.   This is a claim for induced infringement under 35 U.S.C. § 271(b).

408.   Lagree Technologies is the owner of the '882 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

409.   Studio Physique has and continues to directly infringe at least claims 1, 35, and 46 of the '882 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

410.   A claim chart identifying how the Accused Machines infringe at least claims 1, 35, and 46 of the '882 Patent is attached as **Exhibit 50**.

411.   Field and Studio Physique have actual or constructive knowledge of the '882 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

39749558v8

412. Studio Physique and Field have actively induced and continue to actively induce infringement of the '882 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

413. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '882 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

414. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '882 Patent.

415. Despite having actual knowledge of the '882 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '882 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

416. As a direct and proximate result of Defendants' induced infringement of the '882 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XLIII
## Direct Infringement of U.S. Patent No. 10,850,155 ("'155 Patent")

417. Lagree realleges paragraphs 1-59  as if fully restated herein.

81

418.   Lagree Technologies is the owner of the '155 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '155 Patent is attached as **Exhibit 51**.

419.   A claim chart identifying how the Accused Machines infringe at least claim 1 of the '155 Patent is attached as **Exhibit 52**.

420.   Studio Physique has directly infringed and continues to directly infringe at least claim 1 of the '155 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

421.   Studio Physique's infringement of the '155 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '155 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '155 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

422.   As a direct and proximate result of Studio Physique's infringement of the '155 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XLIV
## Induced Infringement of the '155 Patent by Studio Physique and Christine Field

423.   Lagree realleges paragraphs 1-59 and the paragraphs of the count for direct infringement of the '155 Patent as if fully restated herein.

424.   This is a claim for induced infringement under 35 U.S.C. § 271(b).

425.   Lagree Technologies is the owner of the '155 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

426.   Studio Physique has and continues to directly infringe at least claim 1 of the '155 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

427.   A claim chart identifying how the Accused Machines infringe at least claim 1 of the '155 Patent is attached as **Exhibit 52**.

428.   Field and Studio Physique have actual or constructive knowledge of the '155 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

83

39749558v8

429. Studio Physique and Field have actively induced and continue to actively induce infringement of the '155 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

430. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '155 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

431. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '155 Patent.

432. Despite having actual knowledge of the '155 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '155 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

433. As a direct and proximate result of Defendants' induced infringement of the '155 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XLV
## Direct Infringement of U.S. Patent No. 11,318,346 ("'346 Patent")

434. Lagree realleges paragraphs 1-59  as if fully restated herein.

84

39749558v8

435. Lagree Technologies is the owner of the '346 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force. A copy of the '346 Patent is attached as **Exhibit 53**.

436. A claim chart identifying how the Accused Machines infringe at least claim 1 of the '346 Patent is attached as **Exhibit 54**.

437. Studio Physique has directly infringed and continues to directly infringe at least claim 1 of the '346 Patent by purchasing, importing, and using exercise machines that embody the patented inventions both literally and under the doctrine of equivalents.

438. Studio Physique's infringement of the '346 Patent has been and continues to be willful.  Studio Physique had actual or constructive knowledge of the '346 Patent through: (a) the License referencing Lagree's patented equipment; (b) the patent marking on the genuine Megaformer® machines Studio Physique purchased and used for years; (c) Lagree's patent listing webpage at www.lagreefitness.com/patents and attached as an exhibit to this complaint; (d) a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree; and (e) through the California Litigation. Despite this knowledge, Studio Physique deliberately purchased the infringing Accused Machines that practice the inventions claimed in the '346 Patent and has continued to use such machines in willful disregard of Lagree's patent rights.

39749558v8

439.   As a direct and proximate result of Studio Physique's infringement of the '346 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT XLVI
## Induced Infringement of the '346 Patent by Studio Physique and Christine Field

440.   Lagree realleges paragraphs 1-59  and the paragraphs of the count for direct infringement of the '346 Patent as if fully restated herein.

441.   This is a claim for induced infringement under 35 U.S.C. § 271(b).

442.   Lagree Technologies is the owner of the '346 Patent, which is exclusively licensed to Maximum Fitness, and the patent is valid, enforceable, and currently in force.

443.   Studio Physique has and continues to directly infringe at least claim 1 of the '346 Patent by purchasing, importing, and using within the United States, Accused Machines that embody the patented inventions both literally and under the doctrine of equivalents.

444.   A claim chart identifying how the Accused Machines infringe at least claim 1 of the '346 Patent is attached as **Exhibit 54**.

445.   Field and Studio Physique have actual or constructive knowledge of the '346 Patent through the License, the patent marking on genuine Megaformer® machines, the patent listing at www.lagreefitness.com/patents, a September 2025 cease-and-desist letter received by Field and Studio Physique from Lagree, and through the California Litigation.

39749558v8

446. Studio Physique and Field have actively induced and continue to actively induce infringement of the '346 Patent by instructing, directing, and encouraging Studio Physique's customers, trainers, employees, and staff to use the infringing machines in a manner that infringes the asserted claims.

447. Studio Physique and Field conduct and/or authorize classes, instruction, and training on the infringing machines with knowledge that such use constitutes infringement of the '346 Patent or that such use has a high probability of infringing, and Defendants take such actions intending to cause infringement.

448. Studio Physique and Field have deliberately avoided taking any action to investigate or prevent infringement of the '346 Patent.

449. Despite having actual knowledge of the '346 Patent, Studio Physique and Field continue to knowingly and actively induce infringement of the '346 Patent through use of the Accused Machines by customers, trainers, employees, and staff.

450. As a direct and proximate result of Defendants' induced infringement of the '346 Patent, Lagree has suffered and will continue to suffer damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendants as follows:

A. Finding that Defendants have infringed the Lagree Patents;

39749558v8

B. Entering a permanent injunction against Defendants and their respective officers, directors, agents, servants, employees, affiliates, attorneys, and all persons in active concert or participation with them, enjoining them from further infringement of the Lagree Patents;

C. Awarding Maximum Fitness compensatory damages adequate to fully compensate for Defendants' infringement, including but not limited to: (i) lost profits resulting from Defendants' infringement, including lost sales, price erosion, and damage to Lagree's goodwill and market position; (ii) to the extent lost profits are not proven on any claim, awarding Plaintiffs a reasonable royalty for Defendants' unauthorized use of the patented technology; and (iii) any combination of lost profits and reasonable royalty damages as appropriate under the facts, together with prejudgment and post-judgment interest thereon at the maximum rate permitted by law;

D. Finding that Defendants' infringement was willful and awarding enhanced damages up to three times the amount of damages assessed;

E. Finding this to be an exceptional case and awarding Plaintiffs reasonable attorneys' fees and costs pursuant to 35 U.S.C. § 285;

F. Awarding Plaintiffs reasonable costs incurred in this action;

G. Awarding Plaintiffs pre-judgment and post-judgment interest at the highest rate allowed by law; and

88

H. Awarding Plaintiffs an ongoing royalty for any post-judgment infringement by Defendant, should the Court determine that a permanent injunction is not warranted;

I. Awarding Plaintiffs such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Maximum Fitness Incorporated and Lagree Technologies, Inc. hereby demands a trial by jury on all issues so triable.

Dated:  June 24, 2026.            Respectfully submitted,


/s/ *Jeff Fabian*
Jeffrey B. Fabian, Trial Counsel
Florida Bar No. 85868
jfabian@shumaker.com
Secondary Email: mdesilles@shumaker.com
Ron Christaldi
Florida Bar No. 87025
rchristaldi@shumaker.com
Secondary Email: kwolfe@shumaker.com
Samantha Regala
Florida Bar No. 1032553
sregala@shumaker.com
Secondary Email: ldyer@shumaker.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600

Attorneys for Plaintiffs

39749558v8