# Exhibit 10

**U.S. Pat. No. 9,744,395**

<u>**Claim Chart for U.S. Patent No. 9,744,395**</u>

| | |
|---|---|
| **<u>Accused Product</u>:** | M3k+ sold by Hunan Lanri Technology Co., Ltd. |
| | https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1 |
| | https://www.instagram.com/p/DOV7bbjEXmh/ |
| | https://www.instagram.com/p/DSYYSHUEXJL/ |
| **<u>Title</u>**: | Pilates Machine Tension Device Support System |
| **<u>Priority Date</u>**: | October 29, 2012 |
| **<u>Issue Date</u>**: | August 29, 2017 |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.3] a second end platform attached to the frame near the second end; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

Page 4 of 67

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.4] a platform movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.5] wherein the platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end; | The movable carriage/platform shown in the product images is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends.  |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.6] a selection device attached to the platform, | The product images[1] reveal a structure beneath the movable platform consistent with a selection device attached to the platform. In the photos, the undercarriage area of multiple machines is visible, showing a plate-like member attached to the underside of the movable carriage. This structure corresponds to the "selection member 50" described in the patent specification as being "attached to the platform 32."  Selection device |

---

[1] *See* https://www.instagram.com/p/DOV7bbjEXmh/.

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | Selection device |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  Selection device |
| [1.7] wherein the selection device includes a first slot and a second slot; | The selection device visible on the accused product includes multiple slots. |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.8] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.9] wherein the first tension device includes a first knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  First knob |
| [1.10] wherein the first knob has a width greater than the first slot, | The first knob on the accused product has a width greater than the first slot in the selection device. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.   Slot width  Knob width |
| [1.11] wherein the first knob is adapted for selectively connecting to the selection device and is received by the first slot; and | The first knob on the accused product is adapted for selectively connecting to the selection device and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.12] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.13] wherein the second tension device includes a second knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Second knob |
| [1.14] wherein the second knob has a width greater than the second slot, | The second knob on the accused product has a width greater than the second slot in the selection device. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.<br><br>Slot width<br>Knob width |
| [1.15] wherein the second knob is adapted for selectively connecting to | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| the selection device and is received by the second slot. | specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system.<br><br> |

**U.S. Pat. No. 9,744,395**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [16.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[2] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [16.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

---

[2] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [16.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |
| [16.3] a second end platform attached to the frame near the second end; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

Page 21 of 67

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [16.4] a platform movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [16.5] wherein the platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end; | The movable carriage/platform shown in the product images [3] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends.<br><br> |
| [16.6] a selection device attached to the platform, | The product images[4] reveal a structure beneath the movable platform consistent with a selection device attached to the platform. In the photos, the undercarriage area of multiple machines is visible, showing a plate-like member attached to the underside of the movable carriage. This structure corresponds to the "selection member 50" described in the patent specification as being "attached to the platform 32." |

[3] *See* https://www.instagram.com/p/DSYYSHUEXJL/.
[4] *See* https://www.instagram.com/p/DOV7bbjEXmh/.

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>Selection device<br><br>Selection device |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Selection device |
| [16.7] wherein the selection device includes a first slot and a second slot, and | The selection device visible on the accused product includes multiple slots. |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [16.8] wherein the slots are vertically oriented and parallel to one another; | The accused product includes a selection device with vertically oriented slots that are parallel to one another. The photos show the undercarriage area of the machines where the selection device is located, consistent with vertically oriented, parallel slots.<br><br> |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [16.9] wherein the selection device includes a vertical portion that extends downwardly from the platform and an angled portion extending from the vertical portion, | The accused product's selection device includes a vertical portion that extends downwardly from the platform and an angled portion extending from the vertical portion. In this two-part geometry, the vertical portion hangs below the platform and the angled portion extends at an angle to retain the knobs in the slots during use. |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Vertical portion    Angled portion |
| [16.10] wherein the angled portion extends away from the tension devices, and | On the accused product, the angled portion of the selection device extends away from the tension devices. |

Page 30 of 67

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Angled portion |
| [16.11] wherein the slots extend upwardly from a lower edge of the angled portion and into the vertical portion; | On the accused product, the slots in the selection device extend upwardly from a lower edge of the angled portion and into the vertical portion. |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Lower edge |
| [16.12] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

Page 32 of 67

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [16.13] wherein the first tension device includes a first knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>First knob |
| [16.14] wherein the first knob has a width greater than the first slot, | The first knob on the accused product has a width greater than the first slot in the selection device. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.<br><br>Slot width<br>Knob width |
| [16.15] wherein the first knob is adapted for selectively connecting to the selection device and is received by the first slot; and | The first knob on the accused product is adapted for selectively connecting to the selection device and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position<br>Biasing member engaged to carriage<br>Carriage |
| [16.16] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [16.17] wherein the second tension device includes a second knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Second knob |
| [16.18] wherein the second knob has a width greater than the second slot, | The second knob on the accused product has a width greater than the second slot in the selection device. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.<br><br><br><br>Slot width<br>Knob width |
| [16.19] wherein the second knob is adapted for selectively connecting to | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| the selection device and is received by the second slot. | specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system.  |

**U.S. Pat. No. 9,744,395**

| CLAIM 16 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [20.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.3] a second end platform attached to the frame near the second end; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

Page 43 of 67

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.4] a platform movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Platform |
| [20.5] wherein the platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end, | The movable carriage/platform shown in the product images [5] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[5] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.6] wherein the platform includes a first edge and a second edge; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First edge    Second edge |
| [20.7] a selection device attached to the platform near the second edge of the platform, | As to the location of the attachment, the accused product's selection device is attached to the platform near the second edge of the platform. The photo shows the undercarriage area of the machines where a plate-like member is visible attached to the underside of the movable carriage near one edge, consistent with a selection device positioned near the second edge of the platform. |

Page 49 of 67

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Second edge    Selection device |
| [20.8] wherein the selection device extends downwardly from the platform, | The selection device on the accused product extends downwardly from the platform. The selection member hangs below the platform to engage with the tension devices that pass beneath the platform. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Selection device |
| [20.9] wherein the selection device includes a first slot and a second slot, and | The selection device visible on the accused product includes multiple slots. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.10] wherein the slots are vertically oriented and parallel to one another; | The accused product includes a selection device with vertically oriented slots that are parallel to one another. The photos show the undercarriage area of the machines where the selection device is located, consistent with vertically oriented, parallel slots.<br><br> |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.11] wherein the selection device includes a vertical portion that extends downwardly from the platform and an angled portion extending from the vertical portion, | The accused product's selection device includes a vertical portion that extends downwardly from the platform and an angled portion extending from the vertical portion. In this two-part geometry, the vertical portion hangs below the platform and the angled portion extends at an angle to retain the knobs in the slots during use. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.12] wherein the angled portion extends away from the tension devices, and | On the accused product, the angled portion of the selection device extends away from the tension devices. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Angled portion |
| [20.13] wherein the slots extend upwardly from a lower edge of the angled portion and into the vertical portion; | On the accused product, the slots in the selection device extend upwardly from a lower edge of the angled portion and into the vertical portion. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  Lower edge |
| [20.14] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [20.15] wherein the first tension device includes a first knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | \n\nFirst knob |
| [20.16] wherein the first knob has a width greater than the first slot, | The first knob on the accused product has a width greater than the first slot in the selection device. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.\n\n\n\nSlot width\n\nKnob width |
| [20.17] wherein the first knob is adapted for selectively connecting to the selection device and is received by the first slot; | The first knob on the accused product is adapted for selectively connecting to the selection device and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system.<br><br> |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position  Biasing member engaged to carriage  Carriage |
| [20.18] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [20.19] wherein the second tension device includes a second knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Second knob |
| [20.20] wherein the second knob has a width greater than the second slot, | The second knob on the accused product has a width greater than the second slot in the selection device. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.<br><br>Slot width<br><br><br><br>Knob width |
| [20.21] wherein the second knob is adapted for selectively connecting to | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| the selection device and is received by the second slot; and | specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system.<br><br> |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position — Biasing member engaged to carriage — Carriage |
| [20.22] a reserve device connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system.  The patent specification describes the reserve member 48 as being "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [20.23] wherein the reserve device includes a first reserve slot and a second reserve slot, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |

**U.S. Pat. No. 9,744,395**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.24] wherein the first reserve slot is adapted to receive the first tension device and | On information and belief, the first reserve slot on the accused product is adapted to receive the first tension device. Although the reserve device and its slots are not directly visible in the product images because they are located underneath the movable platform and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." When the user does not want the first tension device to provide resistance, the first tension device's knob is placed into the first reserve slot on the reserve device, holding it in a non-active position. The accused product's adjustable tension feature is consistent with this functionality. |
| [20.25] wherein the second reserve slot is adapted to receive the second tension device. | On information and belief, the second reserve slot on the accused product is adapted to receive the second tension device. Although the reserve device and its slots are not directly visible in the product images because they are located underneath the movable platform and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." When the user does not want the first tension device to provide resistance, the second tension device's knob is placed into the second reserve slot on the reserve device, holding it in a non-active position. The accused product's adjustable tension feature is consistent with this functionality. |