# Exhibit 12

**U.S. Pat. No. 9,868,010**

**Claim Chart for U.S. Patent No. 9,868,010**

**Accused Product:**  M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:  Pilates Machine Tension Device Support System

**Priority Date**:  October 29, 2012

**Issue Date**:  January 16, 2018

Page 1 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

Page 3 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.3] a carriage movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

Page 4 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.4] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end; | The movable carriage/platform shown in the product images [1] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[1] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.5] a selection member attached to the carriage, | The product images reveal a structure beneath the movable platform consistent with a selection member attached to the platform. In the photos, the undercarriage area of multiple machines is visible, showing a plate-like member attached to the underside of the movable carriage. This structure corresponds to the "selection member 50" described in the patent specification as being "attached to the platform 32."<br><br><br>Selection member<br><br><br>Selection member |

Page 8 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.6] wherein the selection member includes a first slot and a second slot; | The selection member visible on the accused product includes multiple slots. |

Page 9 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>First slot    Second slot |
| [1.7] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First tension device |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.8] wherein the first tension device includes a first knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>First knob |
| [1.9] wherein the first knob has a width greater than the first slot, | The first knob on the accused product has a width greater than the first slot in the selection device. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.<br><br>Slot width<br><br>Knob width |
| [1.10] wherein the first knob is adapted for selectively connecting to the selection member; and | The first knob on the accused product is adapted for selectively connecting to the selection device and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position — Biasing member engaged to carriage — Carriage |
| [1.11] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.12] wherein the second tension device includes a second knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.13] wherein the second knob has a width greater than the second slot, | The second knob on the accused product has a width greater than the second slot in the selection device. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

Page 16 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.14] wherein the second knob is adapted for selectively connecting to the selection member; | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform.<br><br> |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position — Biasing member engaged to carriage — Carriage |
| [1.15] wherein the first slot is adapted to receive the first tension device and wherein the second slot is adapted to receive the second tension device. | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device and the second slot receives the second tension device, as shown by the multiple knobs seated in their respective individual slots. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 9,868,010**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[2]  The product images show a machine plainly designed for physical exercise.<br><br> |
| [19.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

---

[2] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

Page 21 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.3] a second end platform attached to the frame near the second end; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

Page 22 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.4] a carriage movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

Page 23 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [19.5] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end, | The movable carriage/platform shown in the product images [3] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[3] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.6] wherein the carriage includes a first edge and a second edge; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end.<br><br><br><br> |

Page 27 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.7] a selection member attached to the carriage near the second edge of the carriage, | The accused product's selection member is attached to the carriage near the second edge of the carriage. The photo shows the undercarriage area of the machines where a plate-like member is visible attached to the underside of the movable carriage near one edge, consistent with a selection member positioned near the second edge of the carriage. <br><br> <br><br> Second edge    Selection member |
| [19.8] wherein the selection member extends downwardly from the carriage, | The selection member on the accused product extends downwardly from the carriage. The selection member hangs below the carriage to engage with the tension devices that pass beneath the carriage. |

Page 28 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Selection member |
| [19.9] wherein the selection member includes a first slot and a second slot, and | The selection member visible on the accused product includes multiple slots. |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [19.10] wherein the slots are vertically orientated and parallel to one another; | The accused product includes a selection device with vertically oriented slots that are parallel to one another. The photos show the undercarriage area of the machines where the selection member is located, consistent with vertically oriented, parallel slots. |

Page 30 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | <br> |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.11] wherein the selection member includes a vertical portion that extends downwardly from the carriage and an angled portion extending from the vertical portion, | The accused product's selection member includes a vertical portion that extends downwardly from the carriage and an angled portion extending from the vertical portion. In this two-part geometry, the vertical portion hangs below the carriage and the angled portion extends at an angle to retain the knobs in the slots during use. |
| | <br>Vertical portion     Angled portion |
| [19.12] wherein the angled portion extends away from the tension devices, and | On the accused product, the angled portion of the selection member extends away from the tension devices. |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | **Angled portion** |
| [19.13] wherein the slots extend upwardly from a lower edge of the angled portion and into the vertical portion; | On the accused product, the slots in the selection member extend upwardly from a lower edge of the angled portion and into the vertical portion. |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Lower edge |
| [19.14] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First tension device |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [19.15] wherein the first tension device includes a first knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First knob |
| [19.16] wherein the first knob has a width greater than the first slot, | The first knob on the accused product has a width greater than the first slot in the selection device. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. Slot width / Knob width |
| [19.17] wherein the first knob is adapted for selectively connecting to the selection member; | The first knob on the accused product is adapted for selectively connecting to the selection device and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The |

Page 36 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  Disengaged Position    Biasing member engaged to carriage    Carriage |
| [19.18] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

Page 38 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [19.19] wherein the second tension device includes a second knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [19.20] wherein the second knob has a width greater than the second slot, | The second knob on the accused product has a width greater than the second slot in the selection device. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

Page 40 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.21] wherein the second knob is adapted for selectively connecting to the selection member; | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform.<br><br> |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position · Biasing member engaged to carriage · Carriage |
| [19.22] wherein the first slot is adapted to receive the first tension device and wherein the second slot is adapted to receive the second tension device; and | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device and the second slot receives the second tension device, as shown by the multiple knobs seated in their respective individual slots. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,868,010**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.23] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |
| [19.24] wherein the reserve member includes a first reserve slot and a second reserve slot, | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual tension devices when not in active use. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[4]  The product images show a machine plainly designed for physical exercise.<br><br> |
| [20.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

---

[4] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [20.3] a second end platform attached to the frame near the second end; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.4] a carriage movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.5] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end; | The movable carriage/platform shown in the product images[5] is adapted to move in a reciprocating manner along the longitudinal axis of the frame between the first and second ends. |

[5] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Second position<br> |
| [20.6] a selection member attached to the carriage, | The product images reveal a structure beneath the movable platform consistent with a selection member attached to the platform. In the photos, the undercarriage area of multiple machines is visible, showing a plate-like member attached to the underside of the movable carriage. This structure corresponds to the "selection member 50" described in the patent specification as being "attached to the platform 32." |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Selection member Selection member |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [20.7] wherein the selection member includes a first slot and a second slot; | The selection member visible on the accused product includes multiple slots. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First slot    Second slot |
| [20.8] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

Page 54 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [20.9] wherein the first tension device includes a first knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>First knob |
| [20.10] wherein the first knob has a width greater than the first slot, | The first knob on the accused product has a width greater than the first slot in the selection device. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.<br><br><br>Slot width<br>Knob width |
| [20.11] wherein the first knob is adapted for selectively connecting to the selection member; | The first knob on the accused product is adapted for selectively connecting to the selection device and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product |

Page 56 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system.<br><br> |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.12] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [20.13] wherein the second tension device includes a second knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [20.14] wherein the second knob has a width greater than the second slot, | The second knob on the accused product has a width greater than the second slot in the selection device. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.15] wherein the second knob is adapted for selectively connecting to the selection member; | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform.<br><br> |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.16] a third tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [20.17] wherein the third tension device includes a third knob, | The third tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.18] wherein the third knob has a width greater than the third slot, | The third knob on the accused product has a width greater than the third slot in the selection device. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Slot width<br><br>Knob width |
| [20.19] wherein the third knob is adapted for selectively connecting to the selection member; | The third knob on the accused product is adapted for selectively connecting to the selection member and is received by the third slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

Page 65 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.20] wherein the first slot is adapted to receive the first tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device and the second slot receives the second tension device, as shown by the multiple knobs seated in their respective individual slots. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.21] wherein the second slot is adapted to receive the second tension device and | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device and the second slot receives the second tension device, as shown by the multiple knobs seated in their respective |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | individual slots. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.22] wherein the third slot is adapted to receive the third tension device; | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The third slot receives the third tension device, as shown by the multiple knobs seated in their respective individual slots. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.23] wherein the slots are vertically oriented and | The accused product includes a selection device with vertically oriented slots that are parallel to one another. The photos show the undercarriage area of the machines where the selection member is located, consistent with vertically oriented, parallel slots. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.24] wherein the slots extend upwardly from a lower edge of the selection member; and | On the accused product, the slots in the selection member extend upwardly from a lower edge of the angled portion and into the vertical portion. |

Page 72 of 76

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Lower edge |
| [20.25] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system.  The patent specification describes the reserve member 48 as being "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.26] wherein the reserve member includes a first reserve slot, a second reserve slot and a third reserve slot, | On information and belief, the reserve member on the accused product includes at least a first reserve slot, a second reserve slot, and a third reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first, second, and third reserve slot to accommodate the individual tension devices when not in active use. |

**U.S. Pat. No. 9,868,010**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.27] wherein the first reserve slot is adapted to receive the first tension device, | On information and belief, the first reserve slot on the accused product is adapted to receive the first tension device. Although the reserve device and its slots are not directly visible in the product images because they are located underneath the movable platform and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." When the user does not want the first tension device to provide resistance, the first tension device's knob is placed into the first reserve slot on the reserve device, holding it in a non-active position. The accused product's adjustable tension feature is consistent with this functionality. |
| [20.28] wherein the second reserve slot is adapted to receive the second tension device and | On information and belief, the second reserve slot on the accused product is adapted to receive the second tension device. Although the reserve device and its slots are not directly visible in the product images because they are located underneath the movable platform and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." When the user does not want the first tension device to provide resistance, the second tension device's knob is placed into the second reserve slot on the reserve device, holding it in a non-active position. The accused product's adjustable tension feature is consistent with this functionality. |
| [20.29] wherein the third reserve slot is adapted to receive the third tension device. | On information and belief, the third reserve slot on the accused product is adapted to receive the third tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |

**U.S. Pat. No. 9,868,010**