# Exhibit 18

**U.S. Pat. No. 10,792,528**

**Claim Chart for U.S. Patent No. 10,792,528**

**Accused Product:**    M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:    Pilates Machine Tension Device Support System

**Priority Date**:    October 29, 2012

**Issue Date**:    October 6, 2020

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame including a first rail, | The product images show an elongated frame structure with parallel rails running along its length. The perspective view and dimensioned view clearly show at least a first rail on which the carriage rides. The frame is made of Aluminum/Aluminum Alloy and the rails are visible as elongated horizontal members running the length of the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] wherein the frame is an elongated structure having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.3] a first end platform attached to the frame, | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.4] wherein the first end platform is near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |
| [1.5] a carriage movably positioned upon the first rail, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [1.6] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end of the frame, and | The movable carriage/platform shown in the product images [1] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[1] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

Page 6 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.7] wherein the carriage includes a first edge that faces towards the first end of the frame and a second edge that faces towards the second end of the frame; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end.  |

Page 9 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [1.8] a selection member attached to the carriage near the second edge of the carriage, | The accused product's selection member is attached to the carriage near the second edge of the carriage. The photo shows the undercarriage area of the machines where a plate-like member is visibly attached to the underside of the movable carriage near one edge, consistent with a selection member positioned near the second edge of the carriage.<br><br><br><br>Second edge    Selection member |
| [1.9] wherein the selection member includes a first slot and a second slot; | The selection member visible on the accused product includes multiple slots.<br><br><br><br>Second slot<br><br>First slot |

Page 10 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First slot    Second slot |
| [1.10] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 10,792,528**

<table>
<tr><th colspan="2">CLAIM 1</th></tr>
<tr><th>Claim Element</th><th>Product Analysis</th></tr>
<tr>
<td></td>
<td>

Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.

</td>
</tr>
<tr>
<td>[1.11] wherein the first tension device includes a first selection knob,</td>
<td>The first tension device on the accused product includes a knob at its connecting end.</td>
</tr>
</table>

**U.S. Pat. No. 10,792,528**



| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | First knob |
| [1.12] wherein the first selection knob has a width greater than the first slot within the selection member, | The first knob on the accused product has a width greater than the first slot in the selection member. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |
| | Slot width / Knob width |
| [1.13] wherein the first slot within the selection member is adapted to receive the first tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device. Each slot accommodates the elongated member and knob of its corresponding tension device. |

Page 13 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.14] wherein the first selection knob is adapted for selectively connecting to the selection member, and | The first knob on the accused product is adapted for selectively connecting to the selection member and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

Page 14 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.15] wherein at least a portion of the first selection knob extends outwardly past the second edge of the carriage when the first tension device is received within the first slot of the selection member; | The product images show that when a tension device is received within a slot of the selection member, the knob extends outwardly past the second edge of the carriage. In the images, the knobs are visible protruding beyond the edge of the carriage when engaged with the selection member. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.16] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.17] wherein the second tension device includes a second selection knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.18] wherein the second selection knob has a width greater than the second slot within the selection member, | The second knob on the accused product has a width greater than the second slot in the selection member. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.19] wherein the second slot within the selection member is adapted to receive the second tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The second slot receives the second tension device. Each slot accommodates the elongated member and knob of its corresponding tension device.<br><br> |
| [1.20] wherein the second selection knob is adapted for selectively connecting to the selection member, and | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position<br><br>Biasing member engaged to carriage<br><br>Carriage |
| [1.21] wherein at least a portion of the second selection knob extends outwardly past the second edge of the carriage when the second tension device is received within the second slot of the selection member; | The product images show that when a tension device is received within a slot of the selection member, the knob extends outwardly past the second edge of the carriage. In the images, the knobs are visible protruding beyond the edge of the carriage when engaged with the selection member. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.22] wherein the selection member is configured to allow repeated connection and disconnection of the tension devices; and | On information and belief, the accused product's selection member with slots and knob-based tension devices is designed to allow repeated connection and disconnection of the tension devices during an exercise session. The product images showing the machine in studio use confirm this capability. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.23] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended.<br><br> |
| [1.24] wherein the reserve member includes a first reserve slot and a second reserve slot, | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual tension devices when not in active use. |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.25] wherein the first reserve slot is adapted to receive the first tension device and | On information and belief, the first reserve slot on the accused product is adapted to receive the first tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that ... tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [1.26] wherein the second reserve slot is adapted to receive the second tension device; | On information and belief, the second reserve slot on the accused product is adapted to receive the second tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that ... tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [1.27] wherein the reserve member is below the selection member; | On information and belief, the reserve member on the accused product is positioned below the selection member. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design. The patent specification confirms that "[t]he selection slots 52 are preferably positioned above the reserve slots 49," meaning the reserve member is below the selection member. This positioning allows the user to move tension device knobs upward from the reserve member into the selection member to engage them, or downward from the selection member into the reserve member to disengage them. The accused product, as a functional megaformer with an adjustable tension system, necessarily incorporates this positioning for the reserve member. |

U.S. Pat. No. 10,792,528

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.28] wherein the first tension device is not connected to the carriage when positioned within the first reserve slot; | On information and belief, when the first tension device is positioned within the first reserve slot of the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. The patent specification explains that tension devices placed into the reserve member "are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32," and that "[i]f the selection knob 74 is not engaged with the selection member 50, the corresponding tension device 70 will not be stretched when the platform 32 is moved from the first position to the second position." The accused product's adjustable tension feature is consistent with a system where tension devices can be parked in a reserve (disconnected) position.<br><br> |
| [1.29] wherein the second tension device is not connected to the carriage when positioned within the second reserve slot. | On information and belief, when the second tension device is positioned within the second reserve slot of the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the |

**U.S. Pat. No. 10,792,528**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | reserve member in the megaformer design. The patent specification explains that tension devices placed into the reserve member "are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32," and that "[i]f the selection knob 74 is not engaged with the selection member 50, the corresponding tension device 70 will not be stretched when the platform 32 is moved from the first position to the second position." The accused product's adjustable tension feature is consistent with a system where tension devices can be parked in a reserve (disconnected) position. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [31.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [31.1] a frame including a first rail, | The product images show an elongated frame structure with parallel rails running along its length. The perspective view and dimensioned view clearly show at least a first rail on which the carriage rides. The frame is made of Aluminum/Aluminum Alloy and the rails are visible as elongated horizontal members running the length of the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [31.2] wherein the frame is an elongated structure having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis.<br><br> |

Page 30 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [31.3] a first end platform attached to the frame, | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end.<br><br> |
| [31.4] wherein the first end platform is near the first end of the frame; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |
| [31.5] a second end platform attached to the frame, | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [31.6] wherein the second end platform is near the second end of the frame; | The product images show a raised platform at the second end. |
| [31.7] a carriage movably positioned upon the first rail, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [31.8] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end of the frame, and | The movable carriage/platform shown in the product images [2] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[2] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [31.9] wherein the carriage includes a first end and a second end; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end.<br><br> |
| [31.10] a selection member attached to the carriage near the second end of the carriage, | The accused product's selection member is attached to the carriage near the second edge of the carriage. The photo shows the undercarriage area of the machines where a plate-like member is visibly attached to the underside of the movable carriage near one edge, consistent with a selection member positioned near the second edge of the carriage.<br><br> |

Page 36 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [31.11] wherein the selection member extends downwardly from the carriage, | The selection member on the accused product extends downwardly from the carriage. The selection member hangs below the carriage to engage with the tension devices that pass beneath the carriage. <br><br> <br> Selection member |
| [31.12] wherein the selection member includes a first slot and a second slot, and | The selection member visible on the accused product includes multiple slots. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

U.S. Pat. No. 10,792,528

| CLAIM 31 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [31.13] wherein the slots are vertically orientated and parallel to one another; | The accused product includes a selection member with vertically oriented slots that are parallel to one another. The photos show the undercarriage area of the machines where the selection member is located, consistent with vertically oriented, parallel slots. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [31.14] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [31.15] wherein the first tension device includes a first selection knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [31.16] wherein the first selection knob has a width greater than the first slot, | The first knob on the accused product has a width greater than the first slot in the selection member. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |
| [31.17] wherein the first selection knob is adapted for selectively connecting to the selection member; | The first knob on the accused product is adapted for selectively connecting to the selection member and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
|  | specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system.<br><br> |

U.S. Pat. No. 10,792,528

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position<br><br>Biasing member engaged to carriage<br><br>Carriage |
| [31.18] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |

Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [31.19] wherein the second tension device includes a second selection knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [31.20] wherein the second selection knob has a width greater than the second slot, | The second knob on the accused product has a width greater than the second slot in the selection member. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [31.21] wherein the second selection knob is adapted for selectively connecting to the selection member; | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform.<br><br> |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position<br><br>Biasing member engaged to carriage<br><br>Carriage |
| [31.22] wherein the selection member includes a vertical portion that extends downwardly from the carriage and an angled portion extending from the vertical portion, | The accused product's selection member includes a vertical portion that extends downwardly from the carriage and an angled portion extending from the vertical portion. In this two-part geometry, the vertical portion hangs below the carriage and the angled portion extends at an angle to retain the knobs in the slots during use. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>Vertical portion  Angled portion |
| [31.23] wherein the angled portion extends away from the tension devices, and | On the accused product, the angled portion of the selection member extends away from the tension devices. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Angled portion |
| [31.24] wherein the slots extend upwardly from a lower edge of the angled portion and into the vertical portion; | On the accused product, the slots in the selection member extend upwardly from a lower edge of the angled portion and into the vertical portion. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Lower edge |
| [31.25] wherein the first slot is adapted to receive the first tension device and | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [31.26] wherein the second slot is adapted to receive the second tension device; and | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The second slot receives the second tension device. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [31.27] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [31.28] wherein the reserve member includes a first reserve slot and a second reserve slot, | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual tension devices when not in active use. |

U.S. Pat. No. 10,792,528

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [31.29] wherein the first reserve slot is adapted to receive the first tension device and | On information and belief, the first reserve slot on the accused product is adapted to receive the first tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that ... tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [31.30] wherein the second reserve slot is adapted to receive the second tension device; and | On information and belief, the second reserve slot on the accused product is adapted to receive the second tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that ... tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [31.31] wherein the reserve member is below the selection member; | On information and belief, the reserve member on the accused product is positioned below the selection member. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design. The patent specification confirms that "[t]he selection slots 52 are preferably positioned above the reserve slots 49," meaning the reserve member is below the selection member. This positioning allows the user to move tension device knobs upward from the reserve member into the selection member to engage them, or downward from the selection member into the reserve member to disengage them. The accused product, as a functional megaformer with an adjustable tension system, necessarily incorporates this positioning for the reserve member. |
| [31.32] wherein the first tension device is not connected to the carriage when positioned within the first reserve slot; | On information and belief, when the first tension device is positioned within the first reserve slot of the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
|---|---|
| **Claim Element** | **Product Analysis** |
|  | tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. The patent specification explains that tension devices placed into the reserve member "are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32," and that "[i]f the selection knob 74 is not engaged with the selection member 50, the corresponding tension device 70 will not be stretched when the platform 32 is moved from the first position to the second position." The accused product's adjustable tension feature is consistent with a system where tension devices can be parked in a reserve (disconnected) position.<br><br> |
| [31.33] wherein the second tension device is not connected to the carriage when positioned within the second reserve slot. | On information and belief, when the second tension device is positioned within the second reserve slot of the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. The patent specification explains that tension devices placed into the reserve member "are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32," and that "[i]f the selection knob 74 is not engaged with the selection member 50, the corresponding tension device 70 will not be stretched when the platform 32 |

**U.S. Pat. No. 10,792,528**

| CLAIM 31 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | is moved from the first position to the second position." The accused product's adjustable tension feature is consistent with a system where tension devices can be parked in a reserve (disconnected) position. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [35.1] a frame including a first rail, | The product images show an elongated frame structure with parallel rails running along its length. The perspective view and dimensioned view clearly show at least a first rail on which the carriage rides. The frame is made of Aluminum/Aluminum Alloy and the rails are visible as elongated horizontal members running the length of the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.2] wherein the frame is an elongated structure having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.3] a first end platform attached to the frame, | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

Page 60 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.4] wherein the first end platform is near the first end of the frame; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |
| [35.5] a second end platform attached to the frame, | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.6] wherein the second end platform is near the second end of the frame; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |
| [35.7] a carriage movably positioned upon the first rail, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.8] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end of the frame, and | The movable carriage/platform shown in the product images[3] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

[3] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

Page 63 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.9] wherein the carriage includes a first edge that faces towards the first end of the frame and a second edge that faces towards the second end of the frame; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.10] a selection member attached to the carriage near the second edge of the carriage, | The accused product's selection member is attached to the carriage near the second edge of the carriage. The photo shows the undercarriage area of the machines where a plate-like member is visibly attached to the underside of the movable carriage near one edge, consistent with a selection member positioned near the second edge of the carriage.  Second edge    Selection member |
| [35.11] wherein the selection member includes a first slot and a second slot; | The selection member visible on the accused product includes multiple slots.  Second slot  First slot |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>First slot　　Second slot |
| [35.12] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [35.13] wherein the first tension device includes a first selection knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [35.14] wherein the first selection knob has a width greater than the first slot, | The first knob on the accused product has a width greater than the first slot in the selection member. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |
| [35.15] wherein the first slot is adapted to receive the first tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device. Each slot accommodates the elongated member and knob of its corresponding tension device. |

Page 70 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.16] wherein the first selection knob is adapted for selectively connecting to the selection member, and | The first knob on the accused product is adapted for selectively connecting to the selection member and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [35.17] wherein at least a portion of the first selection knob extends outwardly past the second edge of the carriage when the first tension device is received within the first slot; and | The product images show that when a tension device is received within a slot of the selection member, the knob extends outwardly past the second edge of the carriage. In the images, the knobs are visible protruding beyond the edge of the carriage when engaged with the selection member. |

U.S. Pat. No. 10,792,528

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.18] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

U.S. Pat. No. 10,792,528

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [35.19] wherein the second tension device includes a second selection knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [35.20] wherein the second selection knob has a width greater than the second slot, | The second knob on the accused product has a width greater than the second slot in the selection member. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

U.S. Pat. No. 10,792,528

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.21] wherein the second slot is adapted to receive the second tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The second slot receives the second tension device. Each slot accommodates the elongated member and knob of its corresponding tension device.<br><br> |
| [35.22] wherein the second selection knob is adapted for selectively connecting to the selection member, and | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [35.23] wherein at least a portion of the second selection knob extends outwardly past the second edge of the carriage when the second tension device is received within the second slot; | The product images show that when a tension device is received within a slot of the selection member, the knob extends outwardly past the second edge of the carriage. In the images, the knobs are visible protruding beyond the edge of the carriage when engaged with the selection member. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | 2nd edge of carriage — Selection Knob |
| [35.24] wherein the selection member is configured to allow repeated connection and disconnection of the tension devices; | On information and belief, the accused product's selection member with slots and knob-based tension devices is designed to allow repeated connection and disconnection of the tension devices during an exercise session. The product images showing the machine in studio use confirm this capability. |

U.S. Pat. No. 10,792,528

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.25] wherein at least a portion of each tension device is an elongated elastic object; | The product images show spring-based tension devices, which are elongated elastic objects. The close-up spring mechanism image shows coil springs, which are a type of elongated elastic object as described in the patent specification. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.26] wherein the slots are vertically oriented and parallel to one another; | The accused product includes a selection device with vertically oriented slots that are parallel to one another. The photos show the undercarriage area of the machines where the selection member is located, consistent with vertically oriented, parallel slots. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.27] wherein the slots extend upwardly from a lower edge of the selection member; | On the accused product, the slots in the selection member extend upwardly from a lower edge of the angled portion and into the vertical portion.<br><br><br><br>Lower edge |
| [35.28] wherein the selection member includes an angled portion that extends downwardly with respect to the carriage and away from the tension devices; and | On the accused product, the angled portion of the selection member extends away from the tension devices. |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>Angled portion |
| [35.29] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension |

Page 85 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended.<br><br> |
| [35.30] wherein the reserve member includes a first reserve slot and a second reserve slot, | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual tension devices when not in active use. |

U.S. Pat. No. 10,792,528

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.31] wherein the first reserve slot is adapted to receive the first tension device and | On information and belief, the first reserve slot on the accused product is adapted to receive the first tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [35.32] wherein the second reserve slot is adapted to receive the second tension device; | On information and belief, the second reserve slot on the accused product is adapted to receive the second tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [35.33] wherein the reserve member is below the selection member; | On information and belief, the reserve member on the accused product is positioned below the selection member. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design. The patent specification confirms that "[t]he selection slots 52 are preferably positioned above the reserve slots 49," meaning the reserve member is below the selection member. This positioning allows the user to move tension device knobs upward from the reserve member into the selection member to engage them, or downward from the selection member into the reserve member to disengage them. The accused product, as a functional megaformer with an adjustable tension system, necessarily incorporates this positioning for the reserve member. |
| [35.34] wherein the first tension device is not connected to the carriage when positioned within the first reserve slot; | On information and belief, when the first tension device is positioned within the first reserve slot of the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
|  | tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. The patent specification explains that tension devices placed into the reserve member "are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32," and that "[i]f the selection knob 74 is not engaged with the selection member 50, the corresponding tension device 70 will not be stretched when the platform 32 is moved from the first position to the second position." The accused product's adjustable tension feature is consistent with a system where tension devices can be parked in a reserve (disconnected) position. |
| [35.35] wherein the second tension device is not connected to the carriage when positioned within the second reserve slot. | On information and belief, when the second tension device is positioned within the second reserve slot of the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. The patent specification explains that tension devices placed into the reserve member "are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32," and that "[i]f the selection knob 74 is not engaged with the selection member 50, the corresponding tension device 70 will not be stretched when the platform 32 |

**U.S. Pat. No. 10,792,528**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | is moved from the first position to the second position." The accused product's adjustable tension feature is consistent with a system where tension devices can be parked in a reserve (disconnected) position. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [44.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [44.1] a frame including a first rail and a second rail, | The product images show the frame includes both a first rail and a second rail. Two parallel rails are visible running along the length of the frame on opposing sides, upon which the carriage rides. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [44.2] wherein the frame is an elongated structure having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis.<br><br> |
| [44.3] a first end platform attached to the frame, | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.4] wherein the first end platform is near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |
| [44.5] a second end platform attached to the frame, | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

Page 93 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.6] wherein the second end platform is near the second end of the frame; | The product images show a raised platform at the second end. |
| [44.7] a carriage movably positioned upon the first rail and the second rail, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

U.S. Pat. No. 10,792,528

| CLAIM 44 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [44.8] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end of the frame, and | The movable carriage/platform shown in the product images [4] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[4] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [44.9] wherein the carriage includes a first edge that faces towards the first end of the frame and a second edge that faces towards the second end of the frame; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end.  |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [44.10] a selection member attached to the carriage near the second edge of the carriage, | The accused product's selection member is attached to the carriage near the second edge of the carriage. The photo shows the undercarriage area of the machines where a plate-like member is visibly attached to the underside of the movable carriage near one edge, consistent with a selection member positioned near the second edge of the carriage.<br><br><br>Second edge    Selection member |
| [44.11] wherein the selection member includes a first slot and a second slot; | The selection member visible on the accused product includes multiple slots.<br><br><br>Second slot<br>First slot |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First slot    Second slot |
| [44.12] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First tension device connected to frame    Frame |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [44.13] wherein the first tension device includes a first selection knob, | The first tension device on the accused product includes a knob at its connecting end. |

U.S. Pat. No. 10,792,528

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [44.14] wherein the first selection knob has a width greater than the first slot within the selection member, | The first knob on the accused product has a width greater than the first slot in the selection member. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |
| [44.15] wherein the first slot within the selection member is adapted to receive the first tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.16] wherein the first selection knob is adapted for selectively connecting to the selection member, and | The first knob on the accused product is adapted for selectively connecting to the selection member and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
|  | |
| [44.17] wherein at least a portion of the first selection knob extends outwardly past the second edge of the carriage when the first tension device is received within the first slot of the selection member; | The product images show that when a tension device is received within a slot of the selection member, the knob extends outwardly past the second edge of the carriage. In the images, the knobs are visible protruding beyond the edge of the carriage when engaged with the selection member. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.18] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [44.19] wherein the second tension device includes a second selection knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [44.20] wherein the second selection knob has a width greater than the second slot within the selection member, | The second knob on the accused product has a width greater than the second slot in the selection member. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [44.21] wherein the second slot within the selection member is adapted to receive the second tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The second slot receives the second tension device. Each slot accommodates the elongated member and knob of its corresponding tension device.<br><br> |
| [44.22] wherein the second selection knob is adapted for selectively connecting to the selection member, and | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [44.23] wherein at least a portion of the second selection knob extends outwardly past the second edge of the carriage when the second tension device is received within the second slot of the selection member; | The product images show that when a tension device is received within a slot of the selection member, the knob extends outwardly past the second edge of the carriage. In the images, the knobs are visible protruding beyond the edge of the carriage when engaged with the selection member. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | 2nd edge of carriage  Selection Knob |
| [44.24] wherein the first selection knob and the second selection knob each have a round shape; | The selection knobs visible in the product images have a round shape. The close-up images show the knobs as round/bulbous elements at the ends of the tension device cords, consistent with the claimed round shape. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.25] wherein the selection member is configured to allow repeated connection and disconnection of the tension devices; | On information and belief, the accused product's selection member with slots and knob-based tension devices is designed to allow repeated connection and disconnection of the tension devices during an exercise session. The product images showing the machine in studio use confirm this capability. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.26] wherein at least a portion of each tension device is an elongated elastic object; | The product images show spring-based tension devices, which are elongated elastic objects. The close-up spring mechanism image shows coil springs, which are a type of elongated elastic object as described in the patent specification. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.27] wherein each elongated elastic object is comprised of a spring; | Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [44.28] wherein the selection member includes a vertical portion that extends downwardly from the carriage and an angled portion extending downwardly from the vertical portion, | The accused product's selection member includes a vertical portion that extends downwardly from the carriage and an angled portion extending from the vertical portion. In this two-part geometry, the vertical portion hangs below the carriage and the angled portion extends at an angle to retain the knobs in the slots during use. <br><br> <br><br> Vertical portion    Angled portion |
| [44.29] wherein the angled portion extends towards the second end of the frame; | On the accused product, the angled portion of the selection member extends downward toward the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Angled portion |
| [44.30] wherein the slots within the selection member are vertically oriented and parallel to one another; | The accused product includes a selection device with vertically oriented slots that are parallel to one another. The photos show the undercarriage area of the machines where the selection member is located, consistent with vertically oriented, parallel slots. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [44.31] wherein the slots within the selection member extend upwardly from a lower edge of the selection member; | On the accused product, the slots in the selection member extend upwardly from a lower edge of the angled portion and into the vertical portion. Lower edge |
| [44.32] wherein the slots within the selection member pass through the angled portion and into the vertical portion of the selection member; | The slots within the selection member pass through the angled portion and into the vertical portion of the selection member, as visible in the product images showing the slot configuration extending through both portions of the selection member. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.33] wherein the angled portion is adapted to prevent the selection knobs from falling downwardly when the selection knobs are connected to the selection member; | The angled portion of the selection member is adapted to prevent the selection knobs from falling downwardly when the selection knobs are connected to the selection member. This is the functional purpose of the angled portion. The downward angle creates a retaining geometry that holds the knobs in place during carriage movement. |

U.S. Pat. No. 10,792,528

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [44.34] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being |

U.S. Pat. No. 10,792,528

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |
| [44.35] wherein the reserve member includes a first reserve slot and a second reserve slot, | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are |

Page 122 of 161

U.S. Pat. No. 10,792,528

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual tension devices when not in active use. |
| [44.36] wherein the first reserve slot is adapted to receive the first tension device and | On information and belief, the first reserve slot on the accused product is adapted to receive the first tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [44.37] wherein the second reserve slot is adapted to receive the second tension device; and | On information and belief, the second reserve slot on the accused product is adapted to receive the second tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that … tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [44.38] wherein the reserve member is below the selection member; | On information and belief, the reserve member on the accused product is positioned below the selection member. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design. The patent specification confirms that "[t]he selection slots 52 are preferably positioned above the reserve slots 49," meaning the reserve member is below the selection member. This positioning allows the user to move tension device knobs upward from the reserve member into the selection member to engage them, or downward from the |

U.S. Pat. No. 10,792,528

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | selection member into the reserve member to disengage them. The accused product, as a functional megaformer with an adjustable tension system, necessarily incorporates this positioning for the reserve member. |
| [44.39] wherein the first tension device is not connected to the carriage when positioned within the first reserve slot; | On information and belief, when the first tension device is positioned within the first reserve slot of the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. The patent specification explains that tension devices placed into the reserve member "are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32," and that "[i]f the selection knob 74 is not engaged with the selection member 50, the corresponding tension device 70 will not be stretched when the platform 32 is moved from the first position to the second position." The accused product's adjustable tension feature is consistent with a system where tension devices can be parked in a reserve (disconnected) position. |

**U.S. Pat. No. 10,792,528**

| CLAIM 44 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [44.40] wherein the second tension device is not connected to the carriage when positioned within the second reserve slot. | On information and belief, when the second tension device is positioned within the second reserve slot of the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. The patent specification explains that tension devices placed into the reserve member "are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32," and that "[i]f the selection knob 74 is not engaged with the selection member 50, the corresponding tension device 70 will not be stretched when the platform 32 is moved from the first position to the second position." The accused product's adjustable tension feature is consistent with a system where tension devices can be parked in a reserve (disconnected) position. |

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [54.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.1] a frame including a first rail and a second rail, | The product images show an elongated frame structure with parallel rails running along its length. The perspective view and dimensioned view clearly show at least a first rail on which the carriage rides. The frame is made of Aluminum/Aluminum Alloy and the rails are visible as elongated horizontal members running the length of the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.2] wherein the frame is an elongated structure having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis.<br><br> |

U.S. Pat. No. 10,792,528

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [54.3] a first end platform attached to the frame, | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end.<br><br> |
| [54.4] wherein the first end platform is near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |
| [54.5] a second end platform attached to the frame, | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [54.6] wherein the second end platform is near the second end of the frame; | The product images show a raised platform at the second end. |
| [54.7] a carriage movably positioned upon the first rail and the second rail, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

Page 129 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.8] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end of the frame, and | The movable carriage/platform shown in the product images [5] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

[5] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [54.9] wherein the carriage includes a first edge that faces towards the first end of the frame and a second edge that faces towards the second end of the frame; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end.<br><br> |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [54.10] a selection member attached to the carriage near the second edge of the carriage, | The accused product's selection member is attached to the carriage near the second edge of the carriage. The photo shows the undercarriage area of the machines where a plate-like member is visibly attached to the underside of the movable carriage near one edge, consistent with a selection member positioned near the second edge of the carriage.<br><br><br><br>Second edge    Selection member |
| [54.11] wherein the selection member includes a first slot and a second slot; | The selection member visible on the accused product includes multiple slots.<br><br><br><br>Second slot<br><br>First slot |

Page 134 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First slot    Second slot |
| [54.12] a first tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [54.13] wherein the first tension device includes a first selection knob, | The first tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>First knob |
| [54.14] wherein the first selection knob has a width greater than the first slot within the selection member, | The first knob on the accused product has a width greater than the first slot in the selection member. The knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function.<br><br>Slot width<br><br>Knob width |
| [54.15] wherein the first slot within the selection member is adapted to receive the first tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The first slot receives the first tension device. Each slot accommodates the elongated member and knob of its corresponding tension device. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.16] wherein the first selection knob is adapted for selectively connecting to the selection member, and | The first knob on the accused product is adapted for selectively connecting to the selection member and is received by the first slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

Page 138 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

U.S. Pat. No. 10,792,528

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position  Biasing member engaged to carriage  Carriage |
| [54.17] wherein at least a portion of the first selection knob extends outwardly past the second edge of the carriage when the first tension device is received within the first slot of the selection member; | The product images show that when a tension device is received within a slot of the selection member, the knob extends outwardly past the second edge of the carriage. In the images, the knobs are visible protruding beyond the edge of the carriage when engaged with the selection member. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.18] a second tension device connected to the frame, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

Page 141 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [54.19] wherein the second tension device includes a second selection knob, | The second tension device on the accused product includes a knob at its connecting end. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [54.20] wherein the second selection knob has a width greater than the second slot within the selection member, | The second knob on the accused product has a width greater than the second slot in the selection member. This knob must be wider than the slot to be retained within the slot and prevent the knob from passing entirely through. Without this dimensional relationship, the selective engagement mechanism would not function. |

Page 143 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [54.21] wherein the second slot within the selection member is adapted to receive the second tension device, | The product images show individual slots in the selection member, each adapted to receive a corresponding tension device. The second slot receives the second tension device. Each slot accommodates the elongated member and knob of its corresponding tension device.<br><br> |
| [54.22] wherein the second selection knob is adapted for selectively connecting to the selection member, and | The second knob on the accused product is adapted for selectively connecting to the selection device and is received by the second slot. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position / Biasing member engaged to carriage / Carriage |
| [54.23] wherein at least a portion of the second selection knob extends outwardly past the second edge of the carriage when the second tension device is received within the second slot of the selection member; | The product images show that when a tension device is received within a slot of the selection member, the knob extends outwardly past the second edge of the carriage. In the images, the knobs are visible protruding beyond the edge of the carriage when engaged with the selection member. |

Page 146 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.24] wherein the first selection knob and the second selection knob each have a round shape; | The selection knobs visible in the product images have a round shape. The close-up images show the knobs as round/bulbous elements at the ends of the tension device cords, consistent with the claimed round shape. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.25] wherein the selection member is configured to allow repeated connection and disconnection of the tension devices; | On information and belief, the accused product's selection member with slots and knob-based tension devices is designed to allow repeated connection and disconnection of the tension devices during an exercise session. The product images showing the machine in studio use confirm this capability. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.26] wherein at least a portion of each tension device is an elongated elastic object, | The product images show spring-based tension devices, which are elongated elastic objects. The close-up spring mechanism image shows coil springs, which are a type of elongated elastic object as described in the patent specification. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.27] wherein each elongated elastic object is comprised of a spring; | Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC,* Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [54.28] wherein the selection member includes a vertical portion that extends downwardly from the carriage and an angled portion extending downwardly from the vertical portion, | The accused product's selection member includes a vertical portion that extends downwardly from the carriage and an angled portion extending from the vertical portion. In this two-part geometry, the vertical portion hangs below the carriage and the angled portion extends at an angle to retain the knobs in the slots during use.<br><br><br><br>Vertical portion    Angled portion |
| [54.29] wherein the angled portion extends towards the second end of the frame; | On the accused product, the angled portion of the selection member extends downward toward the frame. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Angled portion |
| [54.30] wherein the slots within the selection member are vertically oriented and parallel to one another; | The accused product includes a selection device with vertically oriented slots that are parallel to one another. The photos show the undercarriage area of the machines where the selection member is located, consistent with vertically oriented, parallel slots. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [54.31] wherein the slots within the selection member extend upwardly from a lower edge of the selection member; | On the accused product, the slots in the selection member extend upwardly from a lower edge of the angled portion and into the vertical portion.<br><br><br><br>Lower edge |
| [54.32] wherein the slots within the selection member pass through the angled portion and into the vertical portion of the selection member; | The slots within the selection member pass through the angled portion and into the vertical portion of the selection member, as visible in the product images showing the slot configuration extending through both portions of the selection member. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.33] wherein the angled portion is adapted to prevent the selection knobs from falling downwardly when the selection knobs are connected to the selection member; and | The angled portion of the selection member is adapted to prevent the selection knobs from falling downwardly when the selection knobs are connected to the selection member. This is the functional purpose of the angled portion. The downward angle creates a retaining geometry that holds the knobs in place during carriage movement. |

U.S. Pat. No. 10,792,528

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.34] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | "attached to the frame 12 (e.g. to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |
| [54.35] wherein the reserve member includes a first reserve slot and a second reserve slot, | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are |

U.S. Pat. No. 10,792,528

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
|  | placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual tension devices when not in active use. |
| [54.36] wherein the first reserve slot is adapted to receive the first tension device and | On information and belief, the first reserve slot on the accused product is adapted to receive the first tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that ... tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [54.37] wherein the second reserve slot is adapted to receive the second tension device; | On information and belief, the second reserve slot on the accused product is adapted to receive the second tension device. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the system requires that each tension device can be individually placed into a reserve (non-active) position. The patent specification describes the operation: "the user manipulates the selection knobs 74 for each of the corresponding tension devices 70 so that ... tension devices 70 that are not to be connected to the platform 32 have their corresponding selection knobs 74 connected to the stationary reserve member 48." The accused product's adjustable tension feature is consistent with this functionality. |
| [54.38] wherein the reserve member is below the selection member; | On information and belief, the reserve member on the accused product is positioned below the selection member. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design. The patent specification confirms that "[t]he selection slots 52 are preferably positioned above the reserve slots 49," meaning the reserve member is below the selection |

U.S. Pat. No. 10,792,528

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | member. This positioning allows the user to move tension device knobs upward from the reserve member into the selection member to engage them, or downward from the selection member into the reserve member to disengage them. The accused product, as a functional megaformer with an adjustable tension system, necessarily incorporates this positioning for the reserve member. |
| [54.39] wherein each tension device includes a non-stretchable elongated member extending between the elongated elastic object and the member; | On information and belief, each tension device on the accused product includes a non-stretchable elongated member (e.g., cord or cable) extending between the elongated elastic object (spring) and the selection knob. Although these components are not clearly visible in the product images because they are located underneath the movable carriage and within the tension assembly. The accused product, as a functional megaformer with an adjustable tension selection system, necessarily incorporates non-stretchable elongated members to connect the elastic springs to the selection knobs. |
| [54.40] wherein each non-stretchable elongated member is narrower than the elongated elastic object and the slots within the selection member; | On information and belief, each non-stretchable elongated member on the accused product is narrower than the elongated elastic object and the slots within the selection member. Although these dimensional relationships are not directly observable in the product images because the components are located underneath the movable carriage, this is a functional necessity of the megaformer tension selection system. Without this dimensional relationship, the cords/cables could not pass through the slots to connect the springs to the selection knobs. The accused product's functional tension selection system necessarily incorporates this feature. |
| [54.41] wherein the selection member includes a third slot, a fourth slot, a fifth slot, a sixth slot and a seventh slot; | The product images show the selection member includes multiple slots beyond just the first and second slots. The images show what appear to be at least seven vertical slots in the selection member, consistent with the claim requirement for a third, fourth, fifth, sixth, and seventh slot. |

Page 159 of 161

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [54.42] wherein the first slot, the second slot, the third slot, the fourth slot, the fifth slot, the sixth slot and the seventh slot are equidistantly spaced apart; | The slots visible in the selection member in the product images appear to be equidistantly spaced apart, consistent with the uniform slot spacing of megaformer selection members. |
| [54.43] wherein the reserve member includes a third reserve slot, a fourth reserve slot, a fifth reserve slot, a sixth reserve slot and a seventh reserve slot; | On information and belief, the reserve member on the accused product includes a third reserve slot, a fourth reserve slot, a fifth reserve slot, a sixth reserve slot, and a seventh reserve slot, in addition to the first and second reserve slots. Although the reserve member and its slots are not directly visible in the product images because the reserve member is located underneath the movable carriage and other components of the tension assembly, the megaformer design requires reserve slots corresponding to each tension device. |
| [54.44] wherein the first reserve slot, the second reserve slot, the third reserve slot, the fourth reserve slot, the fifth reserve slot, the sixth reserve slot and the seventh reserve slot are equidistantly spaced apart; | On information and belief, the seven reserve slots on the accused product's reserve member are equidistantly spaced apart. Although the reserve member and its slot spacing are not directly visible in the product images because the reserve member is located underneath the movable carriage and other components of the tension assembly. The accused product's functional tension adjustment system is consistent with equidistantly spaced reserve slots aligned with the corresponding selection slots. |

**U.S. Pat. No. 10,792,528**

| CLAIM 54 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [54.45] wherein an amount of tension force for each of the tension devices is indicated by color coding of the selection knobs. | The product images show the selection knobs appear to be color-coded. On information and belief, the amount of tension force for each of the tension devices on the accused product is indicated by color coding of the selection knobs. While the product images confirm that the knobs are visually distinguishable by color, the product specification does not expressly state what the different colors signify. However, color-coded selection knobs are a feature of megaformer-type machines used to allow users to quickly identify the tension level of each device. On information and belief, the different knob colors visible on the accused product correspond to different tension force levels for the respective tension devices, consistent with the megaformer practice of using color coding to indicate tension force.  |