# Exhibit 20

**U.S. Pat. No. 11,318,340**

## Claim Chart for U.S. Patent No. 11,318,340

**Accused Product:**           M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:                     Pilates Machine Tension Device Support System

**Priority Date**:             October 29, 2012

**Issue Date**:                May 3, 2022

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[1] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first rail, a first end and a second end; | The product images show an elongated frame structure with parallel rails running along its length. The product images also show an elongated frame structure with two distinct ends. The views clearly show at least a first rail on which the carriage rides. The frame is made of Aluminum/Aluminum Alloy and the rails are visible as elongated horizontal members running the length of the frame. |

[1] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] a first end platform attached to the frame, | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end.<br><br> |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.3] wherein the first end platform is near the first end of the frame; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |
| [1.4] a carriage movably positioned upon the first rail, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |
| [1.5] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end of the frame, and | The movable carriage/platform shown in the product images[2] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[2] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.6] wherein the carriage includes a first edge that faces towards the first end of the frame and a second edge that faces towards the second end of the frame; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end. |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.7] a first elongated elastic object and a second elongated elastic object each connected to the frame; and | The accused product includes elongated elastic objects (*i.e.*, tension devices, or springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.8] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being "attached to the frame 12 (*e.g.* to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |
| [1.9] wherein the reserve member is below a bottom surface of the carriage, and | On information and belief, the reserve member on the accused product is positioned below a bottom surface of the carriage. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design. The reserve member parks the elastic object (biasing member) when it is not engaged to the carriage. As seen below, the biasing member is parked below the carriage when in the disengaged position. |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.10] wherein the reserve member includes a first reserve slot and a second reserve slot; | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual elongated elastic objects when not in active use. |
| [1.11] wherein the first elongated elastic object and the second elongated elastic object are each adapted to be selectively connected to the carriage, | The first elongated elastic object and the second elongated elastic object can be adapted to be selectively connected to the carriage via first and second knobs. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system.<br><br> |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.12] wherein the first elongated elastic object applies a first tension force to the carriage when connected to the carriage, and | On information and belief, when connected to the carriage, the first elongated elastic object (spring) on the accused product applies a first tension force to the carriage. Although the precise tension force characteristics of the individual springs are not specified in the product specification, this is inherent in the function of tension springs on a Pilates reformer/megaformer machine. The springs resist movement of the carriage, providing exercise resistance. The accused product, as a functional megaformer with adjustable tension, necessarily incorporates springs that apply tension force to the carriage when connected. |
| [1.13] wherein the second elongated elastic object applies a second tension force to the carriage when connected to the carriage; | On information and belief, when connected to the carriage, the second elongated elastic object (spring) on the accused product applies a second tension force to the carriage. Although the precise tension force characteristics of the individual springs are not specified in the product specification, this is inherent in the function of tension springs on a Pilates reformer/megaformer machine. The springs resist movement of the carriage, providing exercise resistance. The accused product, as a functional megaformer with adjustable tension, necessarily incorporates springs that apply tension force to the carriage when connected. |
| [1.14] wherein the first elongated elastic object and the second elongated elastic object are each adapted to be selectively connected to the reserve member within the first reserve slot and the second reserve slot respectively; and | On information and belief, the first elongated elastic object and the second elongated elastic object on the accused product are each adapted to be selectively connected to the reserve member within the first reserve slot and the second reserve slot respectively. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the megaformer design requires that each tension device can be individually placed into a reserve (non-active) position when disengaged, as shown below. The accused product's adjustable tension system is consistent with a reserve member that allows each tension device to be selectively parked in a reserve position. |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.15] wherein the first elongated elastic object includes a first elongated member and a first selection knob coupled to the first elongated member, and the second elongated object includes a second elongated member and a second selection | The first elongated elastic object on the accused product includes a knob at its connecting end. The second elongated elastic object on the accused product includes a knob at its connecting end. On information and belief, each elongated elastic object on the accused product also includes an elongated member (*e.g.*, cord or cable) coupled to the selection knob. Although the elongated members are not clearly visible in the product images because they are located underneath the movable carriage and within the tension assembly, the patent specification describes these as "non-stretchable elongated members 72 (*e.g.* cord, cable) extending between the stretchable elastic |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| knob coupled to the second elongated member; | portion of the tension devices 70 and the selection knobs 74." The elongated members are a functional necessity of the megaformer tension device design. They connect the stretchable elastic portion (spring) to the selection knob, allowing the knob to interface with the selection member's slots while the spring provides the tension force. The accused product, as a functional megaformer with visible selection knobs and an adjustable tension system, necessarily incorporates elongated members coupled to the selection knobs.<br><br> |
| [1.16] wherein the first reserve slot is adapted to receive the first elongated member or the first selection knob, and the second reserve slot is adapted to receive the second elongated member or the second selection knob; | On information and belief, the first reserve slot on the accused product is adapted to receive the first elongated member or the first selection knob, and the second reserve slot is adapted to receive the second elongated member or the second selection knob. Although the reserve member, its slots, and the selection knobs are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, this is a functional requirement of the megaformer tension adjustment system. The accused product, as a functional megaformer with an adjustable tension system, necessarily incorporates reserve slots adapted to receive the elongated members or selection knobs of the tension devices. |
| [1.17] wherein the first elongated elastic object is not connected to the carriage when connected to the reserve member; | On information and belief, when the first elongated elastic object is connected to the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. |

**U.S. Pat. No. 11,318,340**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.18] wherein the second elongated elastic object is not connected to the carriage when connected to the reserve member. | On information and belief, when the second elongated elastic object is connected to the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. |

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [12.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[3] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [12.1] a frame having a first rail, a first end and a second end; | The product images show an elongated frame structure with parallel rails running along its length. The product images also show an elongated frame structure with two distinct ends. The views clearly show at least a first rail on which the carriage rides. The frame is made of Aluminum/Aluminum Alloy and the rails are visible as elongated horizontal members running the length of the frame. |

---

[3] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [12.2] a first end platform attached to the frame, | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end.<br><br> |
| [12.3] wherein the first end platform is near the first end of the frame; | The first end platform is visibly attached to the frame near the first end. |

Page 16 of 42

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [12.4] a second end platform attached to the frame, | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |
| [12.5] wherein the second end platform is near the second end of the frame; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |
| [12.6] a carriage movably positioned upon the first rail, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame. |

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [12.7] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end of the frame, and | The movable carriage/platform shown in the product images[4] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends.<br><br> |

---

[4] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [12.8] wherein the carriage includes a first edge that faces towards the first end of the frame and a second edge that faces towards the second end of the frame; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end.<br><br>First edge   Second edge |
| [12.9] wherein the first edge and the second edge of the carriage are transverse with respect to a longitudinal axis of the frame; | The product images show the carriage is a generally rectangular platform with edges that are transverse (perpendicular) to the longitudinal axis of the frame.<br><br>Longitudinal Axis<br>First edge   Second edge<br>Transverse orientation |

Page 20 of 42

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [12.10] a first elongated elastic object and a second elongated elastic object each connected to the frame; and | The accused product includes elongated elastic objects (*i.e.*, tension devices, or springs) connected to the frame. The product images show tension springs beneath the movable carriage that are attached at one end to the frame structure. <br><br> <br><br> Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [12.11] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being "attached to the frame 12 (*e.g.* to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member |

Page 21 of 42

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |
| [12.12] wherein the reserve member is below a bottom surface of the carriage, and | On information and belief, the reserve member on the accused product is positioned below a bottom surface of the carriage. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design. The reserve member parks the elastic object (biasing member) when it is not engaged to the carriage. As seen below, the biasing member is parked below the carriage when in the disengaged position. |

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position — Biasing member engaged to carriage — Carriage |
| [12.13] wherein the reserve member includes a first reserve slot and a second reserve slot; | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform |

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual elongated elastic objects when not in active use. |
| [12.14] wherein the first elongated elastic object and the second elongated elastic object are each adapted to be selectively connected to the carriage, | The first elongated elastic object and the second elongated elastic object can be adapted to be selectively connected to the carriage via first and second knobs. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. Elongated elastic object is shown below as being selectively engaged with the carriage. |

U.S. Pat. No. 11,318,340

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [12.15] wherein the first elongated elastic object applies a first tension force to the carriage when connected to the carriage, and | On information and belief, when connected to the carriage, the first elongated elastic object (spring) on the accused product applies a first tension force to the carriage. Although the precise tension force characteristics of the individual springs are not specified in the product specification, this is inherent in the function of tension springs on a Pilates reformer/megaformer machine. The springs resist movement of the carriage, providing exercise resistance. The accused product, as a functional megaformer with adjustable tension, necessarily incorporates springs that apply tension force to the carriage when connected. |
| [12.16] wherein the second elongated elastic object applies a second tension force to the carriage when connected to the carriage; | On information and belief, when connected to the carriage, the second elongated elastic object (spring) on the accused product applies a second tension force to the carriage. Although the precise tension force characteristics of the individual springs are not specified in the product specification, this is inherent in the function of tension springs on a Pilates reformer/megaformer machine. The springs resist movement of the carriage, providing exercise resistance. The accused product, as a functional megaformer with adjustable tension, necessarily incorporates springs that apply tension force to the carriage when connected. |
| [12.17] wherein the first elongated elastic object and the second elongated elastic object are each adapted to be selectively connected to the reserve member within the first reserve slot and the second reserve slot respectively; and | On information and belief, the first elongated elastic object and the second elongated elastic object on the accused product are each adapted to be selectively connected to the reserve member within the first reserve slot and the second reserve slot respectively. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the megaformer design requires that each tension device can be individually placed into a reserve (non-active) position. The accused product's adjustable tension system is consistent with a reserve member that allows each tension device to be selectively parked in a reserve position. |
| [12.18] wherein the first elongated elastic object includes a first elongated member and a first selection knob coupled to the first elongated member, and the second elongated object includes a second elongated member and a second selection knob coupled to the second elongated member; | The first elongated elastic object on the accused product includes a knob at its connecting end. The second elongated elastic object on the accused product includes a knob at its connecting end. On information and belief, each elongated elastic object on the accused product also includes an elongated member (*e.g.*, cord or cable) coupled to the selection knob. Although the elongated members are not clearly visible in the product images because they are located underneath the movable carriage and within the tension assembly, the patent specification describes these as "non-stretchable elongated members 72 (*e.g.* cord, cable) extending between the stretchable elastic portion of the tension devices 70 and the selection knobs 74." The elongated members are a functional necessity of the megaformer tension device design. They connect the stretchable elastic portion (spring) to the selection knob, allowing the knob to interface with the selection member's slots while the spring provides the tension force. The accused product, as a functional megaformer |

Page 25 of 42

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | with visible selection knobs and an adjustable tension system, necessarily incorporates elongated members coupled to the selection knobs.<br><br> |
| [12.19] wherein the first reserve slot is adapted to receive the first elongated member or the first selection knob, and the second reserve slot is adapted to receive the second elongated member or the second selection knob; | On information and belief, the first reserve slot on the accused product is adapted to receive the first elongated member or the first selection knob, and the second reserve slot is adapted to receive the second elongated member or the second selection knob. Although the reserve member, its slots, and the selection knobs are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, this is a functional requirement of the megaformer tension adjustment system. The accused product, as a functional megaformer with an adjustable tension system, necessarily incorporates reserve slots adapted to receive the elongated members or selection knobs of the tension devices. |
| [12.20] wherein the first elongated elastic object is not connected to the carriage when connected to the reserve member; | On information and belief, when the first elongated elastic object is connected to the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. |

**U.S. Pat. No. 11,318,340**

| CLAIM 12 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [12.21] wherein the second elongated elastic object is not connected to the carriage when connected to the reserve member. | On information and belief, when the second elongated elastic object is connected to the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. |

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [19.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[5] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [19.1] a frame having a first rail, a first end and a second end; | The product images show an elongated frame structure with parallel rails running along its length. The product images also show an elongated frame structure with two distinct ends. The views clearly show at least a first rail on which the carriage rides. The frame is made of Aluminum/Aluminum Alloy and the rails are visible as elongated horizontal members running the length of the frame. |

---

[5] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.2] a first end platform attached to the frame, | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end.<br><br> |
| [19.3] wherein the first end platform is near the first end of the frame; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

U.S. Pat. No. 11,318,340

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.4] a carriage movably positioned upon the first rail, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |
| [19.5] wherein the carriage is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end of the frame, and | The movable carriage/platform shown in the product images [6] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[6] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [19.6] wherein the carriage includes a first edge that faces towards the first end of the frame and a second edge that faces towards the second end of the frame; | The product images show the movable carriage/platform has a first edge facing toward one end of the frame and a second edge facing toward the opposite end. |

U.S. Pat. No. 11,318,340

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First edge            Second edge |
| [19.7] wherein the first edge and the second edge of the carriage are transverse with respect to a longitudinal axis of the frame; | The product images show the carriage is a generally rectangular platform with edges that are transverse (perpendicular) to the longitudinal axis of the frame.<br><br>Longitudinal Axis      First edge      Second edge      Transverse orientation |
| [19.8] a first elongated elastic object and a second elongated elastic object each connected to the frame; | On information and belief, the reserve member on the accused product is positioned below a bottom surface of the carriage. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design.  The |

Page 33 of 42

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | reserve member parks the elastic object (biasing member) when it is not engaged to the carriage. As seen below, the biasing member is parked below the carriage when in the disengaged position.<br><br> |
| [19.9] wherein the first elongated elastic object and the second elongated elastic object are each comprised of a spring, a tension spring, a tension coil spring or an elastic band; | Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48 |

Page 34 of 42

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.10] wherein the first elongated elastic object has a different tension force than the second elongated elastic object; | On information and belief, the first elongated elastic object on the accused product has a different tension force than the second elongated elastic object. Although the precise tension force values of the individual springs are not specified in the product specification, the close-up image of the spring mechanism area shows knobs of different colors. The visible color differentiation of the knobs on the accused product is consistent with springs having different tension forces.<br><br> |
| [19.11] wherein the first elongated elastic object and the second elongated elastic object are each adapted to be selectively connected to near the second edge of the carriage; and | The product images show the elongated elastic objects are adapted to be selectively connected near the second edge of the carriage. The images show selection knobs visible as protruding elements at the ends of the tension devices near the second edge of the carriage. This is the claimed megaformer design where the tension devices connect to the carriage via knobs received in slots of a selection member located near the second edge of the carriage. |

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
|  | |
| [19.12] a reserve member connected to the frame, | On information and belief, the accused product includes a reserve member connected to the frame. Plaintiff's representative inspected an accused product in or around September 2025, and based on that inspection, Plaintiff alleges that the accused product has a reserve member. While the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, the accused product necessarily incorporates a reserve member as part of its tension adjustment system. The patent specification describes the reserve member 48 as being "attached to the frame 12 (*e.g.* to the intermediate member 28) or attached to the cross member 46 of the tension assembly 40." The accused product is described as "Adjustable" and "Multifunction," which is consistent with a tension adjustment system that includes both a selection member (for active tension devices) and a reserve member (for inactive tension devices). Without a reserve member, the user would have no place to park unused tension devices, and the adjustable tension feature would not function as intended. |

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.13] wherein the reserve member is below a bottom surface of the carriage, and | On information and belief, the reserve member on the accused product is positioned below a bottom surface of the carriage. Although the reserve member is not directly visible in the product images because it is located underneath the movable carriage and other components of the tension assembly, this spatial relationship is a functional requirement of the megaformer design. The reserve member parks the elastic object (biasing member) when it is not engaged to the carriage. As seen below, the biasing member is parked below the carriage when in the disengaged position.<br><br><br>Disengaged Position    Biasing member engaged to carriage<br><br><br>Carriage |

Page 37 of 42

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [19.14] wherein the reserve member includes a first reserve slot and a second reserve slot; | On information and belief, the reserve member on the accused product includes at least a first reserve slot and a second reserve slot. Although the reserve member is not directly visible in the product images because it is positioned underneath the movable carriage and other components, the design requires multiple reserve slots corresponding to the multiple tension devices, allowing each tension device to be individually parked in a reserve position. The patent specification describes the reserve slots 49 as receiving "the selection knobs 74 and the elongated members 72 of the corresponding tension devices 70 that are placed into a reserve position so they are not connected to the platform 32 thereby reducing the amount of tension force applied to the platform 32." The accused product's adjustable, multifunction tension system is consistent with a reserve member having at least a first and second reserve slot to accommodate the individual elongated elastic objects when not in active use. |
| [19.15] wherein the first elongated elastic object and the second elongated elastic object are each adapted to be selectively connected to the carriage, | The first elongated elastic object and the second elongated elastic object can be adapted to be selectively connected to the carriage via first and second knobs. This selective engagement mechanism allows users to adjust the tension level by choosing which tension devices are actively connected to the platform. The product specification identifies the machine as having "Adjustable" and "Multifunction" features, consistent with this selective tension connection system. |

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [19.16] wherein the first elongated elastic object applies a first tension force to the | On information and belief, when connected to the carriage, the first elongated elastic object (spring) on the accused product applies a first tension force to the carriage. Although the precise tension force characteristics of the individual springs are not specified in the product specification, |

Page 39 of 42

U.S. Pat. No. 11,318,340

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| carriage when connected to the carriage, and | this is inherent in the function of tension springs on a Pilates reformer/megaformer machine. The springs resist movement of the carriage, providing exercise resistance. The accused product, as a functional megaformer with adjustable tension, necessarily incorporates springs that apply tension force to the carriage when connected. |
| [19.17] wherein the second elongated elastic object applies a second tension force to the carriage when connected to the carriage; | On information and belief, when connected to the carriage, the second elongated elastic object (spring) on the accused product applies a second tension force to the carriage. Although the precise tension force characteristics of the individual springs are not specified in the product specification, this is inherent in the function of tension springs on a Pilates reformer/megaformer machine. The springs resist movement of the carriage, providing exercise resistance. The accused product, as a functional megaformer with adjustable tension, necessarily incorporates springs that apply tension force to the carriage when connected. |
| [19.18] wherein the first elongated elastic object and the second elongated elastic object are each adapted to be selectively connected to the reserve member within the first reserve slot and the second reserve slot respectively; and | On information and belief, the first elongated elastic object and the second elongated elastic object on the accused product are each adapted to be selectively connected to the reserve member within the first reserve slot and the second reserve slot respectively. Although the reserve member and its slots are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, the megaformer design requires that each tension device can be individually placed into a reserve (non-active) position. The accused product's adjustable tension system is consistent with a reserve member that allows each tension device to be selectively parked in a reserve position. |
| [19.19] wherein the first elongated elastic object includes a first elongated member and a first selection knob coupled to the first elongated member, and the second elongated object includes a second elongated member and a second selection knob coupled to the second elongated member; | The first elongated elastic object on the accused product includes a knob at its connecting end. The second elongated elastic object on the accused product includes a knob at its connecting end. On information and belief, each elongated elastic object on the accused product also includes an elongated member (*e.g.*, cord or cable) coupled to the selection knob. Although the elongated members are not clearly visible in the product images because they are located underneath the movable carriage and within the tension assembly, the patent specification describes these as "non-stretchable elongated members 72 (*e.g.* cord, cable) extending between the stretchable elastic portion of the tension devices 70 and the selection knobs 74." The elongated members are a functional necessity of the megaformer tension device design. They connect the stretchable elastic portion (spring) to the selection knob, allowing the knob to interface with the selection member's slots while the spring provides the tension force. The accused product, as a functional megaformer with visible selection knobs and an adjustable tension system, necessarily incorporates elongated members coupled to the selection knobs. |

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.20] wherein the first reserve slot is adapted to receive the first elongated member or the first selection knob, and the second reserve slot is adapted to receive the second elongated member or the second selection knob; | On information and belief, the first reserve slot on the accused product is adapted to receive the first elongated member or the first selection knob, and the second reserve slot is adapted to receive the second elongated member or the second selection knob. Although the reserve member, its slots, and the selection knobs are not directly visible in the product images because they are located underneath the movable carriage and other components of the tension assembly, this is a functional requirement of the megaformer tension adjustment system. The accused product, as a functional megaformer with an adjustable tension system, necessarily incorporates reserve slots adapted to receive the elongated members or selection knobs of the tension devices. |
| [19.21] wherein the first elongated elastic object is not connected to the carriage when connected to the reserve member; | On information and belief, when the first elongated elastic object is connected to the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. |

Page 41 of 42

**U.S. Pat. No. 11,318,340**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.22] wherein the second elongated elastic object is not connected to the carriage when connected to the reserve member. | On information and belief, when the second elongated elastic object is connected to the reserve member on the accused product, it is not connected to the carriage. Although the reserve member and its interaction with the tension devices are not directly visible in the product images because these components are located underneath the movable carriage and other components of the tension assembly, this disconnected state is the fundamental purpose of the reserve member in the megaformer design. |