# Exhibit 22

**U.S. Pat. No. 9,283,422**

**Claim Chart for U.S. Patent No. 9,283,422**

**Accused Product:**    M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:    Pilates Machine Tension Device Support System

**Priority Date**:    October 29, 2012

**Issue Date**:    March 15, 2016

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[1] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [1.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

---

[1] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] a platform movably positioned upon said frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The platform is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.3] wherein said platform is adapted to be movable along an axis extending between said first end and said second end; | The movable carriage/platform shown in the product images [2] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends.<br><br> |

---

[2] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.4] a plurality of pulleys rotatably and fixedly supported upon said frame, | On information and belief, the accused product includes a plurality of pulleys rotatably and fixedly supported upon the frame. Plaintiff's representative inspected an accused device in or around September 2025, and based on that inspection, Plaintiff alleges that the accused device includes a plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly housing, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to pulleys that are rotatably and fixedly supported upon the frame.<br><br> |
| [1.5] wherein said plurality of pulleys are positioned side-by-side; and | On information and belief, the plurality of pulleys on the accused product are positioned side-by-side just as the tension devices are positioned side-by-side, which is a consequence of the pulleys being connected to the tension devices. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show multiple tension devices/springs arranged in a side-by-side configuration. On information and belief, these tension devices are each coupled to corresponding pulleys that are likewise positioned side-by-side on a common axle. |
| [1.6] a plurality of tension devices each having a first connecting end attached to | The product images show a plurality of tension devices (springs). Multiple springs are visible, each on information and belief having a first connecting end attached to the frame and a second |

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| said frame and a second connecting end opposite of said first connecting end, | connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end.<br><br>Tension devices (springs) first connecting end    Frame<br><br>Tension devices (springs) second connecting end to platform<br><br>Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.7] wherein said second connecting end is adapted for selectively connecting to said platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the platform, consistent with selective connection. |

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.8] wherein said plurality of tension devices are each comprised of an elongated elastic object, | The accused product images show the plurality of tension devices are each comprised of an elongated elastic object (*i.e.*, a spring).  Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.9] wherein said plurality of tension devices are attached between said frame and said platform, | The product images show the tension springs are attached between the frame and the platform/carriage. The springs connect at one end to the frame structure and at the other end to the movable platform. |

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Tension devices (springs) first connecting end — Frame — Tension devices (springs) second connecting end to platform — Platform |
| [1.10] wherein said plurality of tension devices jointly provide a resistance to movement of said platform in a first direction, | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform and jointly provide resistance to the user as they move the platform away from the end of the frame where the springs are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the platform along the frame. |
| [1.11] wherein a level of said resistance is determined by the number of said plurality of tension devices operatively engaged with said platform, | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. On information and belief, the tension devices are coupled to pulleys beneath the platform, and the user manipulates the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level. |

Page 9 of 33

Case 8:26-cv-01835   Document 1-23   Filed 06/24/26   Page 11 of 34 PageID 870

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | \n\nDisengaged Position\n\nBiasing member engaged to carriage\n\nCarriage |
| [1.12] wherein said resistance is increased by operatively engaging additional tension units to said platform, | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. On information and belief, the tension devices are coupled to pulleys beneath the platform, and engaging additional tension devices to the platform increases the total tension force applied. |

Page 10 of 33

**U.S. Pat. No. 9,283,422**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.13] wherein said plurality of tension devices stretch when said platform is moved in said first direction and wherein said plurality of tension devices contract when said platform is moved in a second direction that is opposite of said first direction, | On information and belief, the plurality of tension devices (springs) on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [1.14] wherein as said platform moves in said first direction said level of said resistance is increased, and | As the platform moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law.  As another patent held by Plaintiff explains:  "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14.  The accused product uses tension springs connected between the carriage and the first end of the frame, and therefore the bias force necessarily varies based on the platform's position relative to the first end. |
| [1.15] wherein said plurality of tension devices are wrapped around at least a portion of said plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the platform. |

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [21.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[3] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [21.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

---

[3] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [21.2] a platform movably positioned upon said frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The platform is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |

Page 13 of 33

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [21.3] wherein said platform is adapted to be movable in a reciprocating manner along an axis extending between said first end and said second end; | The movable carriage/platform shown in the product images [4] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends.<br><br> |

---

[4] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
| :---: | :---: |
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [21.4] a plurality of pulleys rotatably and fixedly supported upon said frame, | On information and belief, the accused product includes a plurality of pulleys rotatably and fixedly supported upon the frame. Plaintiff's representative inspected an accused device in or around September 2025, and based on that inspection, Plaintiff alleges that the accused device includes a plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly housing, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to pulleys that are rotatably and fixedly supported upon the frame. |
| [21.5] wherein said plurality of pulleys are positioned side-by-side; and | On information and belief, the plurality of pulleys on the accused product are positioned side-by-side. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show multiple tension devices/springs arranged in a side-by-side configuration. On information and belief, these tension devices are each coupled to corresponding pulleys that are likewise positioned side-by-side on a common axle. |

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [21.6] a plurality of tension springs each having a first connecting end attached to said frame and a second connecting end opposite of said first connecting end, | The product images show a plurality of tension devices (springs). Multiple springs are visible, each on information and belief having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. |

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Tension devices (springs) first connecting end — Frame — Tension devices (springs) second connecting end to platform |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [21.7] wherein said second connecting end is adapted for selectively connecting to said platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the platform, consistent with selective connection. |

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position — Biasing member engaged to carriage — Carriage |
| [21.8] wherein said plurality of tension springs are each comprised of an elongated elastic object; | The accused product images show the plurality of tension devices are each comprised of an elongated elastic object (i.e., a spring). |
| [21.9] wherein said plurality of tension springs are attached between said frame and said platform; | The product images show the tension springs are attached between the frame and the platform/carriage. The springs connect at one end to the frame structure and at the other end to the movable platform. |

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [21.10] wherein said plurality of tension springs jointly provide a resistance to movement of said platform in a first direction; | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform and jointly provide resistance to the user as they move the platform away from the end of the frame where the springs are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the platform along the frame. |
| [21.11] wherein a level of said resistance is determined by the number of said plurality of tension springs operatively engaged with said platform; | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. On information and belief, the tension devices are coupled to pulleys beneath the platform, and the user manipulates |

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level. |
| [21.12] wherein said resistance is increased by operatively engaging additional tension units to said platform; | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. On information and belief, the tension devices are coupled to pulleys beneath the platform, and engaging additional tension devices to the platform increases the total tension force applied.<br><br><br><br>Disengaged Position     Biasing member engaged to carriage<br><br>Carriage |
| [21.13] wherein said plurality of tension springs stretch when said platform is | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second |

**U.S. Pat. No. 9,283,422**

| CLAIM 21 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| moved in said first direction and wherein said plurality of tension springs contract when said platform is moved in a second direction that is opposite of said first direction; | direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [21.14] wherein as said platform moves in said first direction said level of said resistance is increased; | On information and belief, as the platform on the accused product moves in the first direction, the level of resistance is increased. As another patent held by Plaintiff explains: "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14.  The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves further from the spring anchor point, the springs stretch further, increasing the restoring force. This is an inherent property of tension coil springs — the further they are stretched, the greater the restoring force they exert. |
| [21.15] wherein said plurality of tension springs are wrapped around at least a portion of said plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the platform. |

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [24.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[5] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [24.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

[5] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [24.2] a platform movably positioned upon said frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The platform is visibly supported on the frame rails and is designed to slide along the frame. |

Page 24 of 33

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [24.3] wherein said platform is adapted to be movable in a reciprocating manner along an axis extending between said first end and said second end; | The movable carriage/platform shown in the product images [6] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[6] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [24.4] a plurality of pulleys rotatably supported upon said frame, | On information and belief, the accused product includes a plurality of pulleys rotatably and fixedly supported upon the frame.  Plaintiff's representative inspected an accused device in or around September 2025, and based on that inspection, Plaintiff alleges that the accused device includes a plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly housing, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to pulleys that are rotatably and fixedly supported upon the frame. |
| [24.5] wherein said plurality of pulleys are positioned below a lower surface of said platform; and | The pulleys on the accused product are coupled to the springs, which are positioned below the platform.  The pulleys are likewise below the platform.<br><br> |
| [24.6] a plurality of tension springs each having a first connecting end attached to said frame and a second connecting end opposite of said first connecting end, | The product images show a plurality of tension devices (springs).  Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses tension devices. |

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Multiple springs are visible in the product images with having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end.<br><br> |
| [24.7] wherein said second connecting end is adapted for selectively connecting to said platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the platform, consistent with selective connection. |

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [24.8] wherein said plurality of tension springs are each comprised of an elongated elastic object; | The accused product images show the plurality of tension devices are each comprised of an elongated elastic object (*i.e.*, a spring).  Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [24.9] wherein said plurality of tension springs are attached between said frame and said platform; | The product images show the tension springs are attached between the frame and the platform/carriage. The springs connect at one end to the frame structure and at the other end to the movable platform. |

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [24.10] wherein said plurality of tension springs jointly provide a resistance to movement of said platform in a first direction; | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform and jointly provide resistance to the user as they move the platform away from the end of the frame where the springs are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the platform along the frame. |
| [24.11] wherein a level of said resistance is determined by the number of said plurality of tension springs operatively engaged with said platform; | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. The tension devices are coupled to pulleys beneath the platform, and the user manipulates the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level. |

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position  Biasing member engaged to carriage  Carriage |
| [24.12] wherein said resistance is increased by operatively engaging additional tension units to said platform; | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. The tension devices are coupled to pulleys beneath the platform, and engaging additional tension devices to the platform increases the total tension force applied. |

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [24.13] wherein said plurality of tension springs stretch a first distance when said platform is moved in said first direction a second distance, | On information and belief, the plurality of tension springs on the accused product stretch a first distance when the platform is moved in the first direction a second distance. Although the precise stretch characteristics of the springs are not specified in the product specification, the product images show tension coil springs beneath the platform. On information and belief, these tension springs are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the springs stretch a corresponding distance. The accused product's tension springs necessarily stretch when the platform is moved in the first direction. |
| [24.14] wherein said first distance is approximately equal to said second distance; | On information and belief, the first distance (spring stretch) on the accused product is approximately equal to the second distance (platform movement). Although the precise geometry of the spring attachment points cannot be fully determined from the available product images because the pulleys and tension assembly are located underneath the movable platform, the accused product's tension springs are coupled to pulleys beneath the platform. The wrapping of the tension devices around the pulleys creates a configuration where the second segment stretches while the first segment remains the same length, resulting in a stretch distance approximately equal to the platform movement distance. |
| [24.15] wherein said plurality of tension springs contract when said platform is moved in a second direction that is opposite of said first direction; | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [24.16] wherein as said platform moves in said first direction said level of said resistance is increased; | As the platform moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law.  As another patent held by Plaintiff explains:  "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14.  The accused product uses tension springs connected between the platform and the first end of the frame, and therefore the bias force necessarily varies based on the platform's position relative to the first end. |

**U.S. Pat. No. 9,283,422**

| CLAIM 24 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [24.17] wherein said plurality of tension springs are wrapped around at least a portion of said plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the platform. |