# Exhibit 24

**U.S. Pat. No. 9,474,927**

**Claim Chart for U.S. Patent No. 9,474,927**

**Accused Product:**            M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:            Pilates Machine Tension Device Support System

**Priority Date**:            October 29, 2012

**Issue Date**:            October 25, 2016

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[1] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

[1] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] a platform movably positioned upon said frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.3] wherein said platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between said first end and said second end; | The movable carriage/platform shown in the product images [2] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends.<br><br><br><br> |

---

[2] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.4] a plurality of pulleys rotatably supported upon said frame, | On information and belief, the accused product includes a plurality of pulleys rotatably and fixedly supported upon the frame. Although the pulleys are not directly visible in the product images because they are located underneath the movable carriage and within the tension assembly housing, the product images show tension devices/springs that are visible beneath the carriage and connected to the frame. On information and belief, these tension devices are coupled to pulleys that are likewise rotatably and fixedly supported upon the frame. |

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Tension devices (springs) first connecting end　　Frame <br><br> <br><br> Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses tension devices. |
| [1.5] wherein said plurality of pulleys are positioned below a lower surface of said platform; and | Although the pulleys are not directly visible in the product images because they are located underneath the movable carriage and within the tension assembly housing, the product images show tension devices/springs that are visible beneath the carriage. On information and belief, these tension devices are coupled to pulleys that are positioned below the platform / carriage. |

Page 6 of 32

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.6] a plurality of tension devices each having a first connecting end attached to said frame and a second connecting end opposite of said first connecting end, | The product images show a plurality of tension devices (springs).  Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses tension devices.<br><br>Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. |

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.7] wherein said second connecting end is adapted for selectively connecting to said platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the carriage, consistent with selective connection. |

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position       Biasing member engaged to carriage<br><br>Carriage |
| [1.8] wherein said plurality of tension devices are each comprised of an elongated elastic object, | The accused product images show the plurality of tension devices are each comprised of an elongated elastic object (*i.e.*, a spring).  Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.9] wherein said plurality of tension devices jointly provide a resistance to movement of said platform in a first direction, | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable carriage. On information and belief, these tension devices provide resistance to the user as they move the platform away from the |

Page 9 of 32

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | end of the frame where the springs are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the carriage along the frame. |
| [1.10] wherein a level of said resistance is determined by the number of said plurality of tension devices operatively engaged with said platform, | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and the user manipulates the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level. <br><br> <br><br> Disengaged Position     Biasing member engaged to carriage <br><br> Carriage |

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.11] wherein said resistance is increased by operatively engaging additional tension units to said platform, | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and engaging additional tension devices to the platform increases the total tension force applied. |
| [1.12] wherein said plurality of tension devices connected to said platform stretch when said platform is moved in said first direction and | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable carriage. On information and belief, these tension devices are coupled to pulleys beneath the carriage, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable carriage. |
| [1.13] wherein said plurality of tension devices connected to said platform contract when said platform is moved in a second direction that is opposite of said first direction, | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable carriage. On information and belief, these tension devices are coupled to pulleys beneath the carriage, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable carriage. |
| [1.14] wherein as said platform moves in said first direction said level of said resistance is increased, and | On information and belief, as the platform on the accused product moves in the first direction, the level of resistance is increased. The product images show tension coil springs attached between the frame and the movable platform. As the platform moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law.  As another patent held by Plaintiff explains:  "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14.  The accused product uses tension springs connected between the platform and the first end of the frame, and therefore the bias force necessarily varies based on the platform's position relative to the first end. |

**U.S. Pat. No. 9,474,927**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [1.15] wherein said plurality of tension devices are wrapped around at least a portion of said plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable carriage and within the tension assembly, the product images show tension devices/springs that are visible beneath the carriage. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the carriage. |

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[3] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [19.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

---

[3] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.2] a platform movably positioned upon said frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The carriage is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.3] wherein said platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between said first end and said second end; | The movable carriage/platform shown in the product images [4] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[4] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.4] a plurality of pulleys rotatably supported upon a common concentric axle, | On information and belief, the accused product includes a plurality of pulleys rotatably supported upon a common concentric axle. Although the pulleys and axle are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform and aligned in a row. The accused product like the megaformer with multiple tension springs, incorporates pulleys. The pulleys, like the springs, are aligned. The pulleys are aligned on a common concentric axle to redirect and support the tension devices beneath the carriage.<br><br><br><br>Tension devices (springs) first connecting end<br>Frame |
| [19.5] wherein said common concentric axle is connected to said frame and is substantially transverse with respect to said axis, and | On information and belief, the common concentric axle on the accused product is connected to the frame and is substantially transverse with respect to the axis of movement of the platform. Although the axle and pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the accused product, like the megaformer with tension springs coupled to pulleys, necessarily incorporates a common concentric axle connected to the frame in a substantially transverse orientation to support the pulleys beneath the platform. |
| [19.6] wherein said plurality of pulleys are parallel to one another; and | On information and belief, the plurality of pulleys on the accused product are parallel to one another. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show |

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | multiple tension devices/springs arranged in a side-by-side configuration. On information and belief, these tension devices are each coupled to corresponding pulleys that are likewise parallel to one another on the common concentric axle. |
| [19.7] a plurality of tension devices each having a first connecting end attached to said frame and a second connecting end opposite of said first connecting end, | The product images show a plurality of tension devices (springs).  Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses tension devices.<br><br>Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end.<br><br> |
| [19.8] wherein said second connecting end is adapted for selectively connecting to said platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the platform, consistent with selective connection. |

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position<br><br>Biasing member engaged to carriage<br><br>Carriage |
| [19.9] wherein said plurality of tension devices are each comprised of an elongated elastic object, | The accused product images show the plurality of tension devices are each comprised of an elongated elastic object (*i.e.*, a spring).  Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [19.10] wherein said plurality of tension devices jointly provide a resistance to movement of said platform in a first direction, | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform and jointly provide resistance to the user as they move the platform away from the end of the frame where the springs |

Page 19 of 32

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the platform along the frame. |
| [19.11] wherein a level of said resistance is determined by the number of said plurality of tension devices operatively engaged with said platform, | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and the user manipulates the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level.<br><br><br>Disengaged Position<br>Biasing member engaged to carriage<br>Carriage |

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.12] wherein said resistance is increased by operatively engaging additional tension units to said platform, | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and engaging additional tension devices to the platform increases the total tension force applied. |
| [19.13] wherein said plurality of tension devices connected to said platform stretch when said platform is moved in said first direction and | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable carriage. On information and belief, these tension devices are coupled to pulleys beneath the carriage, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable carriage. |
| [19.14] wherein said plurality of tension devices connected to said platform contract when said platform is moved in a second direction that is opposite of said first direction, | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [19.15] wherein as said platform moves in said first direction said level of said resistance is increased, and | On information and belief, as the platform on the accused product moves in the first direction, the level of resistance is increased. The product images show tension coil springs attached between the frame and the movable platform. As the platform moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law. As another patent held by Plaintiff explains: "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14. The accused product uses tension springs connected between the platform and the first end of the frame, and therefore the bias force necessarily varies based on the platform's position relative to the first end. |

**U.S. Pat. No. 9,474,927**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.16] wherein said plurality of tension devices are wrapped around at least a portion of said plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the platform. |

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[5] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [20.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

---

[5] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.2] a platform movably positioned upon said frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The platform is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |

Page 24 of 32

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.3] wherein said platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between said first end and said second end; | The movable carriage/platform shown in the product images[6] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis between the first and second ends. |

---

[6] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.4] a plurality of pulleys rotatably supported upon said frame, | On information and belief, the accused product includes a plurality of pulleys rotatably and fixedly supported upon the frame. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly housing, the product images show tension devices/springs that are visible beneath the platform and connected to the frame. On information and belief, these tension devices are coupled to pulleys that are likewise rotatably and fixedly supported upon the frame.<br><br> |
| [20.5] wherein said plurality of pulleys are positioned between said first end and said second end of said frame, | The plurality of pulleys on the accused product are positioned between the first end and the second end of the frame. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs visible beneath the platform in an area between the rear edge and the front edge of the platform / carriage, which is between the two ends of the frame. On information and belief, the tension devices are coupled to pulleys that are positioned between the first end and the second end of the frame. |

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [20.6] wherein said plurality of pulleys are positioned below a lower surface of said platform, and | The pulleys on the accused product are coupled to the tension devices, which are positioned below the platform. The pulleys are likewise below the platform. |
| [20.7] wherein said platform is adapted to pass over said plurality of pulleys; and | The platform on the accused product is adapted to pass over the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show the platform/carriage |

Page 27 of 32

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | moving along the full length of the frame between the first end and the second end. On information and belief, the tension devices visible beneath the platform are coupled to pulleys positioned beneath the platform, and as the platform moves from the first position toward the second end, it passes over the pulleys. |
| [20.8] a plurality of tension devices each having a first connecting end attached to said frame and a second connecting end opposite of said first connecting end, | The product images show a plurality of tension devices (springs).  Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses tension devices. <br><br> Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. <br><br> |
| [20.9] wherein said second connecting end is adapted for selectively connecting to said platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the platform, consistent with selective connection. |

Page 28 of 32

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position<br><br>Biasing member engaged to carriage<br><br>Carriage |
| [20.10] wherein said plurality of tension devices are each comprised of an elongated elastic object, | The accused product images show the plurality of tension devices are each comprised of an elongated elastic object (*i.e.*, a spring).  Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [20.11] wherein said plurality of tension devices jointly provide a resistance to movement of said platform in a first direction, | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform and jointly provide resistance to the user as they move the platform away from the end of the frame where the springs |

Page 29 of 32

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the platform along the frame. |
| [20.12] wherein a level of said resistance is determined by the number of said plurality of tension devices operatively engaged with said platform, | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. On information and belief, the tension devices are coupled to pulleys beneath the platform, and the user manipulates the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level.<br><br><br><br>Disengaged Position — Biasing member engaged to carriage — Carriage |
| [20.13] wherein said resistance is increased by operatively engaging additional tension units to said platform, | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and engaging additional tension devices to the platform increases the total tension force applied. |

Page 30 of 32

**U.S. Pat. No. 9,474,927**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.14] wherein said plurality of tension devices connected to said platform stretch when said platform is moved in said first direction and | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [20.15] wherein said plurality of tension devices connected to said platform contract when said platform is moved in a second direction that is opposite of said first direction, | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [20.16] wherein as said platform moves in said first direction said level of said resistance is increased, and | On information and belief, as the platform on the accused product moves in the first direction, the level of resistance is increased. The product images show tension coil springs attached between the frame and the movable platform. As the platform moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law.  As another patent held by Plaintiff explains:  "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14.  The accused product uses tension springs connected between the platform and the first end of the frame, and therefore the bias force necessarily varies based on the platform's position relative to the first end. |
| [20.17] wherein said plurality of tension devices are wrapped around at least a portion of said plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the platform. |

**U.S. Pat. No. 9,474,927**