# Exhibit 28

**U.S. Pat. No. 9,649,527**

**Claim Chart for U.S. Patent No. 9,649,527**

**Accused Product:**  M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:  Pilates Machine Tension Device Support System

**Priority Date**:  October 29, 2012

**Issue Date**:  May 16, 2017

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[1] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

[1] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

Page 2 of 39

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end.<br><br> |
| [1.3] a second end platform attached to the frame near the second end; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

Page 3 of 39

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.4] a platform movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The platform is visibly supported on the frame rails and is designed to slide along the frame.<br><br> |

Page 4 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.5] wherein the platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end; | The movable carriage/platform shown in the product images [2] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[2] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.6] wherein the first end platform, the second end platform and the platform each have an upper surface, | The product images show that the first end platform, the second end platform, and the movable platform/carriage each have an upper surface. The images show all three surfaces each having a flat upper surface upon which a user can stand or rest. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.7] wherein the upper surfaces for the first end platform, the second end platform and the platform are on or near a common plane; | The product images show that the upper surfaces of the first end platform, the second end platform, and the movable platform are on or near a common plane. The images show all three surfaces at approximately the same height, forming a substantially continuous upper surface. This is characteristic of megaformer-type machines where the end platforms and the platform are designed to be at the same level to allow the user to transition between them during exercises. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.8] a plurality of pulleys rotatably supported upon the frame, | On information and belief, the accused product includes a plurality of pulleys rotatably and fixedly supported upon the frame. Although the pulleys are not directly visible in the product images because they are located underneath the movable carriage and within the tension assembly housing, the product images show tension devices/springs that are visible beneath the carriage and connected to the frame. On information and belief, these tension devices are coupled to pulleys that are likewise rotatably and fixedly supported upon the frame. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. There is no question that the accused product uses tension devices. |
| [1.9] wherein the plurality of pulleys are parallel to one another; and | On information and belief, the plurality of pulleys on the accused product are parallel to one another. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show multiple tension devices/springs arranged in a side-by-side configuration. On information and belief, these tension devices are each coupled to corresponding pulleys that are likewise parallel to one another on the common concentric axle. |
| [1.10] a plurality of tension devices each having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end, | The product images show a plurality of tension devices (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. There is no question that the accused product uses tension devices. |

Page 9 of 39

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. |
| [1.11] wherein the second connecting end is adapted for selectively connecting to the platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the platform, consistent with selective connection. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position<br><br>Biasing member engaged to carriage<br><br>Carriage |
| [1.12] wherein the plurality of tension devices are each comprised of an elongated elastic object, | The accused product images show the plurality of tension devices are each comprised of an elongated elastic object (*i.e.*, a spring).  Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.13] wherein the plurality of tension devices jointly provide a resistance to movement of the platform in a first direction, | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform and jointly provide |

Page 11 of 39

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | resistance to the user as they move the platform away from the end of the frame where the springs are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the platform along the frame. |
| [1.14] wherein a level of the resistance is determined by the number of the plurality of tension devices operatively engaged with the platform, | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and the user manipulates the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level.<br><br> |

Page 12 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.15] wherein the resistance is increased by operatively engaging additional tension units to the platform, | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and engaging additional tension devices to the platform increases the total tension force applied. |
| [1.16] wherein the plurality of tension devices connected to the platform stretch when the platform is moved in the first direction and | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable carriage. On information and belief, these tension devices are coupled to pulleys beneath the carriage, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable carriage. |
| [1.17] wherein the plurality of tension devices connected to the platform contract when the platform is moved in a second direction that is opposite of the first direction, | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [1.18] wherein as the platform moves in the first direction the level of the resistance is increased, and | On information and belief, as the platform on the accused product moves in the first direction, the level of resistance is increased. The product images show tension coil springs attached between the frame and the movable platform. As the platform moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law.  As another patent held by Plaintiff explains: "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14.  The accused product uses tension springs connected between the platform and the first end of the frame, and therefore the bias force necessarily varies based on the platform's position relative to the first end. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.19] wherein the plurality of tension devices are wrapped around at least a portion of the plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the platform. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[3] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [19.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |
| [19.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

---

[3] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.3] a second end platform attached to the frame near the second end; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

Page 16 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.4] a platform movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the two end platforms. The platform is visibly supported on the frame rails and is designed to slide along the frame. |
| [19.5] wherein the platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end; | The movable carriage/platform shown in the product images [4] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

---

[4] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

Page 17 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.6] wherein the first end platform, the second end platform and the platform each have an upper surface, | The product images show that the first end platform, the second end platform, and the movable platform/carriage each have an upper surface. The images show all three surfaces each having a flat upper surface upon which a user can stand or rest.<br><br> |
| [19.7] wherein the upper surfaces for the first end platform, the second end platform and the platform are on or near a common plane; | The product images show that the upper surfaces of the first end platform, the second end platform, and the movable platform are on or near a common plane. The images show all three surfaces at approximately the same height, forming a substantially continuous upper surface. This is characteristic of megaformer-type machines where the end platforms and the platform are designed to be at the same level to allow the user to transition between them during exercises. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.8] a plurality of pulleys rotatably supported upon a common concentric axle, | On information and belief, the accused product includes a plurality of pulleys rotatably supported upon a common concentric axle. Although the pulleys and axle are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform and aligned in a row. The accused product like the megaformer with multiple tension springs, incorporates pulleys. The pulleys, like the springs, are aligned. The pulleys are aligned on a common concentric axle to redirect and support the tension devices beneath the carriage. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Tension devices (springs) first connecting end    Frame <br><br> |
| [19.9] wherein the common concentric axle is connected to the frame and is substantially transverse with respect to the axis, and | On information and belief, the common concentric axle on the accused product is connected to the frame and is substantially transverse with respect to the axis of movement of the platform. Although the axle and pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the accused product, like the megaformer with tension springs coupled to pulleys, necessarily incorporates a common concentric axle connected to the frame in a substantially transverse orientation to support the pulleys beneath the platform. |
| [19.10] wherein the plurality of pulleys are parallel to one another; and | On information and belief, the plurality of pulleys on the accused product are parallel to one another. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show multiple tension devices/springs arranged in a side-by-side configuration. On information and belief, these tension devices are each coupled to corresponding pulleys that are likewise parallel to one another on the common concentric axle. |
| [19.11] a plurality of tension devices each having a first connecting end attached to | The product images show a plurality of tension devices (springs).  Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| the frame and a second connecting end opposite of the first connecting end, | No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses tension devices.<br><br>Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end.<br><br> |
| [19.12] wherein the second connecting end is adapted for selectively connecting to the platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the platform, consistent with selective connection. |

Page 22 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  Disengaged Position  Biasing member engaged to carriage  Carriage |
| [19.13] wherein the plurality of tension devices are each comprised of an elongated elastic object, | The accused product images show the plurality of tension devices are each comprised of an elongated elastic object (*i.e.*, a spring).  Testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [19.14] wherein the plurality of tension devices jointly provide a resistance to movement of the platform in a first direction, | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform and jointly provide |

Page 23 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | resistance to the user as they move the platform away from the end of the frame where the springs are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the platform along the frame. |
| [19.15] wherein a level of the resistance is determined by the number of the plurality of tension devices operatively engaged with the platform, | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and the user manipulates the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level.<br><br><br><br>Page 24 of 39 |

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.16] wherein the resistance is increased by operatively engaging additional tension units to the platform, | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. On information and belief, the tension devices are coupled to pulleys beneath the platform, and engaging additional tension devices to the platform increases the total tension force applied. |
| [19.17] wherein the plurality of tension devices connected to the platform stretch when the platform is moved in the first direction and | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [19.18] wherein the plurality of tension devices connected to the platform contract when the platform is moved in a second direction that is opposite of the first direction, | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [19.19] wherein as the platform moves in the first direction the level of the resistance is increased, and | On information and belief, as the platform on the accused product moves in the first direction, the level of resistance is increased. The product images show tension coil springs attached between the frame and the movable platform. As the platform moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law.  As another patent held by Plaintiff explains:  "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14.  The accused product uses tension springs connected between the platform and the first end of the frame, and therefore the bias force necessarily varies based on the platform's position relative to the first end. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.20] wherein the plurality of tension devices are wrapped around at least a portion of the plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the platform. |

Page 26 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[5] The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [20.1] a frame having a first end and a second end; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |
| [20.2] a first end platform attached to the frame near the first end; | The product images show a raised platform at one end of the frame that serves as a surface for the user to stand or rest upon during exercises. This end platform is visibly attached to the frame near the first end. |

[5] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.3] a second end platform attached to the frame near the second end; | The product images show a second raised platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end.<br><br> |
| [20.4] a platform movably positioned upon the frame, | The product images show a movable carriage/platform positioned upon the frame between the end platforms. The platform is visibly supported on the frame rails and designed to slide along the frame. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.5] wherein the platform is adapted to be movable in a reciprocating manner along at least a portion of an axis extending between the first end and the second end; | The movable carriage/platform shown in the product images[6] is adapted to move in a reciprocating (back-and-forth) manner along the longitudinal axis of the frame between the first and second ends. |

[6] *See* https://www.instagram.com/p/DSYYSHUEXJL/.

Page 29 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.6] a plurality of pulleys rotatably supported upon the frame, | On information and belief, the accused product includes a plurality of pulleys rotatably and fixedly supported upon the frame. Although the pulleys are not directly visible in the product images |

Page 30 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | because they are located underneath the movable carriage and within the tension assembly housing, the product images show tension devices/springs that are visible beneath the carriage and connected to the frame. On information and belief, these tension devices are coupled to pulleys that are likewise rotatably and fixedly supported upon the frame.<br><br><br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses tension devices. |
| [20.7] wherein the plurality of pulleys are positioned between the first end and the second end of the frame; | The plurality of pulleys on the accused product are positioned between the first end and the second end of the frame. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs visible beneath the platform in an area between the rear edge and the front edge of the platform / carriage, which is between the two ends of the frame. On information and belief, the tension devices are coupled to pulleys that are positioned between the first end and the second end of the frame. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>Tension devices (springs) first connecting end — Frame — Tension devices (springs) second connecting end to platform — Platform |
| [20.8] wherein the plurality of pulleys are near a central location between the first end and the second end of the frame; | On information and belief, the plurality of pulleys on the accused product are positioned near a central location between the first end and the second end of the frame. The product images show a plurality of tension devices/springs visible beneath the platform, positioned in an area near the center of the frame between the two ends. Because the visible tension devices emerge from and are routed through the tension assembly area at this central location, on information and belief, the pulleys around which these tension devices are wrapped are likewise positioned near a central location between the first end and the second end of the frame. |
| [20.9] wherein the plurality of pulleys are positioned side-by-side; | On information and belief, the plurality of pulleys on the accused product are positioned side-by-side. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show multiple tension devices/springs arranged in a side-by-side configuration. On information and belief, these tension devices are each coupled to corresponding pulleys that are likewise side-by-side to one another on the common concentric axle. |
| [20.10] wherein the plurality of pulleys all have the same diameter; | On information and belief, the plurality of pulleys on the accused product all have the same diameter. The product images show multiple tension devices/springs that are of uniform size and configuration, suggesting they are each wrapped around pulleys of the same diameter. |

Page 32 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.11] wherein the plurality of pulleys are independently rotatable with respect to one another; and | On information and belief, the plurality of pulleys on the accused product are independently rotatable with respect to one another. The product images show multiple tension devices/springs beneath the platform, and the accused product allows individual tension devices to be selectively engaged or disengaged from the platform. This selective engagement functionality, visible from the individual knobs, requires that each pulley rotate independently, so that only the pulleys associated with engaged springs rotate when the platform moves, while pulleys associated with disengaged springs remain stationary. The visible selective engagement mechanism on the accused product is consistent with independently rotatable pulleys.<br><br> |
| [20.12] a plurality of tension devices each having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end, | The product images show a plurality of tension devices (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. There is no question that the accused product uses tension devices. |

Page 33 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end opposite of the first connecting end. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. |
| [20.13] wherein the second connecting end is adapted for selectively connecting to the platform; | The product images show the tension springs with knob-like handles at their second connecting ends, which are adapted for selectively connecting to the platform/carriage. The knobs can be engaged or disengaged from the platform, consistent with selective connection. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Disengaged Position   Biasing member engaged to carriage   Carriage |
| [20.14] wherein the plurality of tension devices each have a first segment extending from the first connecting end, a second segment extending towards the second connecting end, and an intermediate segment that is adjacent to and contacting an outer portion of a corresponding pulley of the plurality of pulleys; | On information and belief, the tension devices each have a first segment extending from the first connecting end (attached to the frame), a second segment extending towards the second connecting end (connected to the platform), and an intermediate segment that is adjacent to and contacting an outer portion of a corresponding pulley. This U-shaped configuration is visible, where the springs wrap around the pulleys, with the intermediate segment directly visible. |

Page 35 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.15] wherein the first segment is parallel to the second segment, | On information and belief, the first segment of each tension device on the accused product is parallel to the second segment. Although the pulleys and the tension device segments are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the accused product's tension devices are wrapped around pulleys in a U-shaped configuration where the first segment (below) and the second segment (above) run parallel to each other along the longitudinal axis of the frame. |
| [20.16] wherein the first segment stretches in a first direction and | On information and belief, the first segment of each tension device stretches in a first direction when the platform moves. As the platform moves away from the spring anchor point, the first segment stretches in the direction of platform movement. |
| [20.17] wherein the second segment stretches in a second direction, | On information and belief, the second segment of each tension device stretches in a second direction. Because the spring wraps around the pulley, the second segment extends in the opposite direction from the first segment, stretching toward the platform connection point. |

Page 36 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.18] wherein the first direction is opposite of the second direction, and | On information and belief, the first direction (in which the first segment stretches) is opposite of the second direction (in which the second segment stretches). This is inherent in the U-shaped wrapping configuration around the pulleys: the first segment extends in one direction from the pulley while the second segment extends in the opposite direction. |
| [20.19] wherein the first segment is below the second segment; | On information and belief, the first segment of each tension device is below the second segment. In the U-shaped wrapping configuration, the first segment (extending from the frame attachment) runs below the pulley while the second segment (extending toward the platform) runs above the pulley. |
| [20.20] wherein at least a portion of each of the plurality of tension devices is comprised of a tension coil spring, | The accused product images show at least a portion of the plurality of tension devices comprised of coiled spring elements.  Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of a tension device.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [20.21] wherein the plurality of tension devices jointly provide a resistance to movement of the platform in a first direction, | On information and belief, the plurality of tension devices on the accused product jointly provide a resistance to movement of the platform in a first direction. The product images show multiple tension springs that are attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform and jointly provide resistance to the user as they move the platform away from the end of the frame where the springs are anchored. This is inherent in the design of megaformer/Pilates reformer machines — the springs resist the user's movement of the platform along the frame. |
| [20.22] wherein a level of the resistance is determined by the number of the plurality of tension devices operatively engaged with the platform, | On information and belief, the level of resistance on the accused product is determined by the number of tension devices operatively engaged with the platform. The product images show multiple tension springs with individual knob-like handles, consistent with a system where the user selectively engages or disengages individual springs to adjust resistance levels. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and the user manipulates the selection knobs to determine which tension devices are connected to the platform, thereby adjusting the overall resistance level. |

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Disengaged Position<br><br>Biasing member engaged to carriage<br><br>Carriage |
| [20.23] wherein the resistance is increased by operatively engaging additional tension units to the platform, | On information and belief, the resistance on the accused product is increased by operatively engaging additional tension units to the platform. The product images show multiple springs with individual knob-like handles, consistent with a system where additional springs can be engaged to increase resistance. On information and belief, the tension devices are coupled to pulleys beneath the carriage, and engaging additional tension devices to the platform increases the total tension force applied. |
| [20.24] wherein the plurality of tension devices connected to the platform stretch when the platform is moved in the first direction and | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor |

Page 38 of 39

39748455v1

**U.S. Pat. No. 9,649,527**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [20.25] wherein the plurality of tension devices connected to the platform contract when the platform is moved in a second direction that is opposite of the first direction, | On information and belief, the plurality of tension devices on the accused product stretch when the platform is moved in the first direction and contract when the platform is moved in the second direction (opposite of the first direction). The product images show tension coil springs attached between the frame and the movable platform. On information and belief, these tension devices are coupled to pulleys beneath the platform, and as the platform moves away from the spring anchor point, the tension devices stretch, and as the platform moves back toward the anchor point, the tension devices contract. This stretching and contracting behavior is inherent in the operation of tension coil springs attached between the frame and a movable platform. |
| [20.26] wherein as the platform moves in the first direction the level of the resistance is increased, and | On information and belief, as the platform on the accused product moves in the first direction, the level of resistance is increased. The product images show tension coil springs attached between the frame and the movable platform. As the platform moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law. As another patent held by Plaintiff explains: "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." U.S. Patent 10,201,724, Col. 4, ll. 11-14. The accused product uses tension springs connected between the platform and the first end of the frame, and therefore the bias force necessarily varies based on the platform's position relative to the first end. |
| [20.27] wherein the plurality of tension devices are wrapped around at least a portion of the plurality of pulleys. | On information and belief, the plurality of tension devices on the accused product are wrapped around at least a portion of the plurality of pulleys. Although the pulleys are not directly visible in the product images because they are located underneath the movable platform and within the tension assembly, the product images show tension devices/springs that are visible beneath the platform. On information and belief, these tension devices are coupled to and wrapped around pulleys beneath the platform. |

Page 39 of 39

39748455v1