# Exhibit 30

**U.S. Pat. No. 11,826,605**

**Claim Chart for U.S. Patent No. 11,826,605**

**Accused Product:**       M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:       Exercise Machine Carriage Handle System

**Priority Date**:       October 29, 2012

**Issue Date**:       November 28, 2023

Page 1 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having at least one rail, a first end and a second end, wherein the frame has a longitudinal axis; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

Page 2 of 32

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] a carriage having an upper exercise surface, a first end, a second end opposite of the first end, a first side and a second side opposite of the first side, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides. |

Page 3 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.3] wherein the carriage is movably connected to the at least one rail and adapted to be movable along a portion of the longitudinal axis of the frame during execution of an exercise; | The carriage is movably connected to the rails and adapted to slide along the longitudinal axis of the frame during exercise.<br><br>First position:<br><br><br><br>Second position:<br><br> |

Page 4 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.4] a first grab bar extending outwardly and horizontally the first side of the carriage, | The first grab bar (handle) extends outwardly and horizontally from the side of the carriage.<br><br>First handle/grab bar on first side of carriage<br><br>Second handle/grab bar on second side of carriage |
| [1.5] wherein the first grab bar is comprised of a U-shaped structure; | The grab bar is U-shaped. |

Page 5 of 32

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.6] a second grab bar extending outwardly and horizontally the second side of the carriage, | The second grab bar extends outwardly and horizontally from the sides of the carriage.<br><br> |
| [1.7] wherein the second grab bar is comprised of a U-shaped structure; | The grab bar is U-shaped. |

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.8] wherein the first grab bar and the second grab bar extend beyond a perimeter edge of the upper exercise surface of the carriage; | The first and second grab bars extend beyond the perimeter edge of the exercise surface of the carriage. |

Page 7 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.9] a first opening between the first grab bar and the first side of the carriage; | A first opening (slot) between the first grab bar and the first side of the carriage. |

Page 8 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.10] a second opening between the second grab bar and the second side of the carriage; | A second opening between the second grab bar and the second side of the carriage. |

Page 9 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [1.11] a first end platform connected to the frame and positioned near the first end of the frame, | A first end platform is attached to the frame near the first end. |
| [1.12] wherein the first end platform includes an upper exercise surface; and | The first end platform has an upper surface. |

Page 10 of 32

**U.S. Pat. No. 11,826,605**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.13] wherein the upper exercise surfaces of the carriage and the first end platform are parallel and aligned with respect to one another. | The upper exercise surfaces of the carriage and the first end platform are at substantially the same height and are parallel and aligned with respect to one another.<br><br> |

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [11.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [11.1] a frame having at least one rail, a first end and a second end, wherein the frame has a longitudinal axis; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

Page 12 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [11.2] a carriage having an upper exercise surface, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides.<br><br> |
| [11.3] wherein the carriage is movably connected to the at least one rail and | The carriage is movably connected to the rails and adapted to slide along the longitudinal axis of the frame during exercise. |

Page 13 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| adapted to be movable along a portion of the longitudinal axis of the frame during execution of an exercise; | First position:<br><br><br><br>Second position:<br><br> |
| [11.4] a first end platform connected to the frame and positioned near the first end of the frame, | A first end platform is attached to the frame near the first end. |

Page 14 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [11.5] wherein the first end platform includes an upper exercise surface, a first side and a second side opposite of the first side; | The first end platform has an upper surface, a first side, and a second side.<br><br> |

Page 15 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [11.6] wherein the upper exercise surfaces of the carriage and the first end platform are parallel and aligned with respect to one another; | The upper exercise surfaces of the carriage and the first end platform are at substantially the same height and are parallel and aligned with respect to one another. |
| [11.7] a first grab handle extending outwardly and horizontally the first side of the first end platform, | The first grab bar (handle) extends outwardly and horizontally from the side of the carriage. |

Page 16 of 32

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [11.8] wherein the first grab handle is comprised of a U-shaped structure; | The grab bar is U-shaped. |
| [11.9] a second grab handle extending outwardly and horizontally the second side of the first end platform, | The second grab bar extends outwardly and horizontally from the sides of the carriage. |
| [11.10] wherein the second grab handle is comprised of a U-shaped structure; | The grab bar is U-shaped. |

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [11.11] wherein the first grab handle and the second grab handle extend beyond a perimeter edge of the upper exercise surface of the first end platform; | The first and second grab bars extend beyond the perimeter edge of the exercise surface of the carriage. |

Page 18 of 32

#3975092ov1

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [11.12] a first opening between the first grab handle and the first side of the first end platform; and | A first opening (slot) between the first grab bar and the first side of the carriage.<br><br><br><br>opening/slot |
| [11.13] a second opening between the second grab handle and the second side of the first end platform. | A second opening between the second grab bar and the second side of the carriage. |

Page 19 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 11 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| |  opening/slot |

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [20.1] a frame having at least one rail, a first end and a second end, wherein the frame has a longitudinal axis; | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| |  |
| [20.2] a carriage having an upper exercise surface, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides. |
| [20.3] wherein the carriage is movably connected to the at least one rail and | The carriage is movably connected to the rails and adapted to slide along the longitudinal axis of the frame during exercise. |

Page 22 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| adapted to be movable along a portion of the longitudinal axis of the frame during execution of an exercise; | First position: Second position: |
| [20.4] a bias member adapted to be connected to the carriage, | The product images show a plurality of bias members (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of bias members. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. There is no question that the accused product uses bias members. Multiple springs are visible in the product images, each |

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| | having a first connecting end attached to the frame and a second connecting end connected to the carriage. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end.<br><br> |
| [20.5] wherein the bias member provides a biasing force to the carriage; | The bias members provide a biasing force to the carriage, resisting the carriage's movement away from the end to which the bias are attached. |
| [20.6] a first end platform connected to the frame and positioned near the first end of the frame, | A first end platform is attached to the frame near the first end. |

#3975o92ov1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| |  |
| [20.7] wherein the first end platform includes an upper exercise surface, a first side and a second side opposite of the first side; | The first end platform has an upper surface. |
| [20.8] wherein the upper exercise surfaces of the carriage and the first end platform | The upper exercise surfaces of the carriage and the first end platform are at substantially the same height and are parallel and aligned with respect to one another. |

Page 25 of 32

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| are parallel and aligned with respect to one another; | |
| [20.9] a first grab handle extending outwardly from the first side of the first end platform, | The first grab bar (handle) extends outwardly and horizontally from the side of the carriage.<br> |
| [20.10] wherein the first grab handle is comprised of a U-shaped structure; | The grab bar is U-shaped. |

Page 26 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| |  |
| [20.11] a second grab handle extending outwardly from the second side of the first end platform, | The second grab bar extends outwardly and horizontally from the sides of the carriage. |
| [20.12] wherein the second grab handle is comprised of a U-shaped structure; | The grab bar is U-shaped. |

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 |
|---|



| [20.13] wherein the first grab handle and the second grab handle extend beyond a perimeter edge of the upper exercise surface of the first end platform; | The first and second grab bars extend beyond the perimeter edge of the exercise surface of the carriage. |
|---|---|



Page 28 of 32

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| [20.14] wherein the first grab handle and the second grab handle are each centrally located with respect to the first end platform; | The first and second grab handles are centrally located with respect to the first end platform.  |
| [20.15] wherein the first grab handle and the second grab handle each include a longitudinal portion that is straight and parallel with respect to the longitudinal axis of the frame; | The first and second grab handles each include a longitudinal portion that appears to be straight and parallel with respect to the longitudinal axis of the frame.  |
| [20.16] wherein the first grab handle mirrors the second grab handle; | The first grab handle mirrors the second grab handle. |

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| | |
| [20.17] a first opening between the first grab handle and the first side of the first end platform; | A visible opening/gap between the first grab handle and the first side of the first end platform. This opening is formed between the U-shaped handle structure and the lateral edge of the end platform, allowing a user's hand to grasp the handle. |
| [20.18] a second opening between the second grab handle and the second side of the first end platform; and | A visible opening/gap between the second grab handle and the second side of the first end platform. |

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 |
|---|



| [20.19] a second end platform connected to the frame and positioned near the second end of the frame, | A second end platform connected to the frame and positioned near the second end of the frame (opposite the first end platform). |
|---|---|

Page 31 of 32

#39750920v1

**U.S. Pat. No. 11,826,605**

| CLAIM 20 | |
|---|---|
| | |
| [20.20] wherein the second end platform includes an upper exercise surface, and | The second end platform has a flat upper exercise surface. |
| [20.21] wherein the upper exercise surfaces of the carriage, the first end platform and the second end platform are parallel and aligned with respect to one another. | The product images show that the upper exercise surfaces of the carriage, the first end platform, and the second end platform all appear to be at substantially the same height and are parallel and aligned with respect to one another. The perspective view images show all three surfaces at a common plane. |

Page 32 of 32