# Exhibit 32

**U.S. Pat. No. 9,415,253**

**Claim Chart for U.S. Patent No. 9,415,253**

| | |
|---|---|
| **Accused Product:** | M3k+ sold by Hunan Lanri Technology Co., Ltd. |
| | https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1 |
| | https://www.instagram.com/p/DOV7bbjEXmh/ |
| | https://www.instagram.com/p/DSYYSHUEXJL/ |
| **Title**: | Exercise Machine Carriage Handle System |
| **Priority Date**: | October 29, 2012 |
| **Issue Date**: | August 16, 2016 |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a track, a first end and a second end, | The product has a frame with a longitudinal axis with a track (rails), a first end and a second end.  The track is the same as the rails.  *See* '253 Patent Col. 6, ll. 51-52 ("The track is comprised of one or more rails 109."). |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] wherein the track has a longitudinal axis; | The rails are parallel and extend longitudinally along the length of the frame from the first end to the second end.<br><br> |
| [1.3] a carriage having an upper surface, a first end, a second end opposite of the first end, a first side and a second side opposite of the first side, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides. |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.4] wherein the carriage is movably connected to the track and adapted to be movable along a portion of the longitudinal axis of the track during execution of an exercise; | The carriage is movably connected to the track (rails) and adapted to slide along the longitudinal axis of the frame during exercise.<br><br>First position:<br><br>Second position: |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.5] a bias member connected between the frame and the carriage, | The product images show a plurality of bias members (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of bias members. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. There is no question that the accused product uses bias members. Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end connected to the carriage. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.6] wherein the bias member provides a biasing force to the carriage; | The bias members provide a biasing force to the carriage, resisting the carriage's movement away from the end to which the bias members are attached. |
| [1.7] a first handle connected to the carriage near the first side, | The handles (or grab bars) are connected to the carriage near the first side (one lateral edge). |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.8] wherein the first handle is adapted for grasping with a first hand of a user; | The handles are adapted for grasping with a hand of a user. |
| [1.9] a second handle connected to the carriage near the second side, | The product images show a second handle (grab bar) connected to the carriage near the second side (the opposite lateral edge). |

Page 7 of 22

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.10] wherein the second handle is adapted for grasping with a second hand of the user; | The handles are adapted for grasping with a hand of a user. |
| [1.11] wherein the first handle and the second handle are each comprised of an elongated structure and are substantially | The product images show the first handle and the second handle are each an elongated structure and substantially parallel with respect to the longitudinal axis of the track. |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| parallel with respect to the longitudinal axis of the track; |  |
| [1.12] a first opening between the first handle and the carriage, | A first opening between the handle and the carriage. |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.13] wherein the first opening is elongated in a direction substantially parallel to the longitudinal axis of the track; and | The first opening is elongated (longer than it is wide) in a direction substantially parallel to the longitudinal axis of the track. |
| [1.14] a second opening between the second handle and the carriage, | A second opening between the handle and the carriage. |

**U.S. Pat. No. 9,415,253**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [1.15] wherein the second opening is elongated in a direction substantially parallel to the longitudinal axis of the track. | The second opening is elongated (longer than it is wide) in a direction substantially parallel to the longitudinal axis of the track.<br><br> |

| CLAIM 28 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [28.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [28.1] a frame having a track, a first end and a second end, | The product has a frame with a longitudinal axis with a track (rails), a first end and a second end. The track is the same as the rails. *See* '253 Patent Col. 6, ll. 51-52 ("The track is comprised of one or more rails 109."). |

Page 12 of 22

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [28.2] wherein the track has a longitudinal axis; | The rails are parallel and extend longitudinally along the length of the frame from the first end to the second end.<br> |
| [28.3] a carriage having an upper surface, a first end, a second end opposite of the first end, a first side and a second side opposite of the first side, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides.<br> |
| [28.4] wherein the carriage is movably connected to the track and adapted to be movable along a portion of the | The carriage is movably connected to the track (rails) and adapted to slide along the longitudinal axis of the frame during exercise. |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| longitudinal axis of the track during execution of an exercise; | First position: <br><br> <br><br> Second position: <br><br> |
| [28.5] a bias member connected between the frame and the carriage, | The product images show a plurality of bias members (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of bias members. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. There is no question that the accused product uses bias members. Multiple springs are visible in the product images, each |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | having a first connecting end attached to the frame and a second connecting end connected to the carriage. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end.<br><br> |
| [28.6] wherein the bias member provides a biasing force to the carriage; | The bias members provide a biasing force to the carriage, resisting the carriage's movement away from the end to which the bias members are attached. |
| [28.7] a first handle connected to the carriage near the first side, | The handles (or grab bars) are connected to the carriage near the first side (one lateral edge). |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [28.8] wherein the first handle is adapted for grasping with a first hand of a user; and | The handles are adapted for grasping with a hand of a user.<br><br> |
| [28.9] a second handle connected to the carriage near the second side, | The product images show a second handle (grab bar) connected to the carriage near the second side (the opposite lateral edge). |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [28.10] wherein the second handle is adapted for grasping with a second hand of the user; | The handles are adapted for grasping with a hand of a user.<br><br> |
| [28.11] wherein the first handle and the second handle are substantially parallel with respect to one another, the upper | The product images show the first handle and the second handle are parallel with respect to the longitudinal axis of the track and one another. |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| surface of the carriage and the longitudinal axis of the track; | |
| [28.12] wherein the first handle and the second handle are each comprised of an elongated structure having a cylindrical shape; | The first handle and the second handle are each comprised of an elongated structure having a cylindrical shape. |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Handle with elongated structure having a cylindrical shape<br><br>Handle with elongated structure having a cylindrical shape |
| [28.13] wherein the first handle and the second handle each have an upper surface that is near a plane of the upper surface of the carriage; | The images show each handle having have an upper surface that is near a plane of the upper surface of the carriage. |

Page 19 of 22

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [28.14] wherein the carriage includes a first pair of extended portions that extend outwardly from the first side of the carriage and wherein the first handle is attached between the first pair of extended portions forming a first opening between the first handle and the carriage; and | The images show a first pair of extended portions that extend outwardly from the first side of the carriage with the first handle attached between the first pair of extended portions forming a first opening between the first handle and the carriage. |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [28.15] wherein the carriage includes a second pair of extended portions that extend outwardly from the second side of the carriage and wherein the second handle is attached between the second pair of extended portions forming a second opening between the second handle and the carriage. | A second pair of extended portions that extend outwardly from the second side of the carriage with the second handle attached between the second pair of extended portions forming a second opening between the first handle and the carriage. |

**U.S. Pat. No. 9,415,253**

| CLAIM 28 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |