# Exhibit 34

**U.S. Pat. No. 9,498,667**

**Claim Chart for U.S. Patent No. 9,498,667**

**Accused Product:**                M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:                Exercise Machine Carriage Handle System

**Priority Date**:                October 29, 2012

**Issue Date**:                November 22, 2016

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a track, a first end and a second end, | The product has a frame with a longitudinal axis with a track (rails), a first end and a second end. The track is the same as the rails. *See* '253 Patent Col. 6, ll. 51-52 ("The track is comprised of one or more rails 109."). |

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] wherein the track has a longitudinal axis; | The rails are parallel and extend longitudinally along the length of the frame from the first end to the second end.<br> |
| [1.3] a carriage having an upper surface, a first end, a second end opposite of the first end, a first side and a second side opposite of the first side, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides. |

Page 3 of 13

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.4] wherein the carriage is movably connected to the track and adapted to be movable along a portion of the longitudinal axis of the track during execution of an exercise; | The carriage is movably connected to the track (rails) and adapted to slide along the longitudinal axis of the frame during exercise.<br><br>First position: |

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Second position:<br><br> |
| [1.5] a bias member connected between the frame and the carriage, | The product images show a plurality of bias members (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of bias members. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. There is no question that the accused product uses bias members. Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end connected to the carriage. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. |

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [1.6] wherein the bias member provides a biasing force to the carriage; | The bias members provide a biasing force to the carriage, resisting the carriage's movement away from the end to which the bias members are attached. |
| [1.7] a first handle connected to the carriage near the first side, | The handles (or grab bars) are connected to the carriage near the first side (one lateral edge). |

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.8] wherein the first handle is adapted for grasping with a first hand of a user; | The handles are adapted for grasping with a hand of a user.<br><br> |
| [1.9] a second handle connected to the carriage near the second side, | The product images show a second handle (grab bar) connected to the carriage near the second side (the opposite lateral edge). |

Page 7 of 13

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.10] wherein the second handle is adapted for grasping with a second hand of the user; | The handles are adapted for grasping with a hand of a user.<br><br> |
| [1.11] wherein the first handle and the second handle are each comprised of an elongated structure and are substantially | The first handle and the second handle are each an elongated structure and substantially parallel with respect to the longitudinal axis of the track. |

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| parallel with respect to the longitudinal axis of the track; | |
| [1.12] wherein the first handle and the second handle are substantially parallel with respect to the upper surface of the carriage; | The first handle and the second handle are substantially parallel with respect to the upper surface of the carriage. |
| [1.13] wherein the first handle and the second handle have a substantially flush relationship with the upper surface of the carriage; | The product images show the first handle and the second handle are substantially flush with the upper surface of the carriage. |

Page 9 of 13

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> |
| [1.14] a first opening between the first handle and the carriage, | A first opening between the handle and the carriage. |

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.15] wherein the first opening is elongated in a direction substantially parallel to the longitudinal axis of the track; | The first opening is elongated (longer than it is wide) in a direction substantially parallel to the longitudinal axis of the track. |

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.16] a second opening between the second handle and the carriage, | A second opening between the handle and the carriage.<br> |
| [1.17] wherein the second opening is elongated in a direction substantially parallel to the longitudinal axis of the track; | The second opening is elongated (longer than it is wide) in a direction substantially parallel to the longitudinal axis of the track.<br> |

**U.S. Pat. No. 9,498,667**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.18] a first end platform connected to the frame and positioned near the first end of the frame; and | A first end platform is visibly connected to the frame and positioned near the first end. |
| [1.19] a second end platform connected to the frame and positioned near the second end of the frame. | A second end platform is visibly connected to the frame and positioned near the second end. |

Page 13 of 13