# Exhibit 40

**U.S. Pat. No. 11,395,936**

**Claim Chart for U.S. Patent No. 11,395,936**

**Accused Product:**    M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:    Exercise Machine Carriage Handle System

**Priority Date**:    October 29, 2012

**Issue Date**:    July 26, 2022

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having at least one rail, a first end and a second end, | The accused product has a frame with a rail and a first end and a second end. |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] wherein the frame has a longitudinal axis; | The product has a frame with a longitudinal axis. |
| [1.3] a carriage having an upper exercise surface, a first end, a second end opposite of the first end, a first side and a second side opposite of the first side, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides. |

Page 3 of 23

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.4] wherein the carriage is movably connected to the at least one rail and adapted to be movable along a portion of the longitudinal axis of the frame during execution of an exercise; | The carriage is movably connected to the rails and adapted to slide along the longitudinal axis of the frame during exercise.<br><br>First position: |

Page 4 of 23

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Second position:<br> |
| [1.5] a first grab bar extending outwardly from the first side of the carriage, | A first grab bar (handles) extending outwardly from the first side of the carriage.<br> |
| [1.6] wherein the first grab bar is comprised of a U-shaped structure; | The first grab bar has a U-shaped structure. |

Page 5 of 23

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [1.7] a second grab bar extending outwardly from the second side of the carriage, | A second grab bar (handles) extending outwardly from the second side of the carriage. |

Page 6 of 23

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.8] wherein the second grab bar is comprised of a U-shaped structure; | The second grab bar has a U-shaped structure. |
| [1.9] wherein the first grab bar and the second grab bar extend beyond a perimeter edge of the upper exercise surface of the carriage; | The first and second grab bars extend beyond the perimeter edge of the upper exercise surface of the carriage. |
| [1.10] a first opening between the first grab bar and the first side of the carriage; | A first opening between the handle and the carriage. |

Page 7 of 23

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.11] a second opening between the second grab bar and the second side of the carriage; | A second opening between the handle and the carriage. |
| [1.12] a bias member connected to the carriage, | The product images show a plurality of bias members (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of bias members. *See* |

Page 8 of 23

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses bias members.  Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end connected to the carriage. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. |
| [1.13] wherein the bias member provides a biasing force to the carriage; | The bias members provide a biasing force to the carriage, resisting the carriage's movement away from the end to which the bias are attached. |
| [1.14] a first end platform connected to the frame and positioned near the first end of the frame, | A first end platform is visibly connected to the frame and positioned near the first end. |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.15] wherein the first end platform includes an upper exercise surface; and | The first end platform includes an upper exercise surface. |
| [1.16] wherein the upper exercise surfaces of the carriage and the first end platform are parallel and aligned with respect to one another. | The upper exercise surfaces of the carriage and the first end platform are substantially parallel and aligned with respect to one another. |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Surfaces are parallel and aligned |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [20.1] a frame having at least one rail, a first end and a second end, | The accused product has a frame with a rail and a first end and a second end.<br><br> |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [20.2] wherein the frame has a longitudinal axis; | The product has a frame with a longitudinal axis.<br><br> |
| [20.3] a carriage having an upper exercise surface, a first end, a second end opposite of the first end, a first side and a second side opposite of the first side, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides.<br><br> |
| [20.4] wherein the carriage is movably connected to the at least one rail and adapted to be movable along a portion of the longitudinal axis of the frame during execution of an exercise; | The carriage is movably connected to the rails and adapted to slide along the longitudinal axis of the frame during exercise.<br><br>First position: |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Second position: |
| | |
| [20.5] a first grab bar extending outwardly from the first side of the carriage, | A first grab bar (handles) extending outwardly from the first side of the carriage. |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.6] wherein the first grab bar is comprised of a U-shaped structure; | The first grab bar has a U-shaped structure.<br><br> |

Page 15 of 23

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.7] a second grab bar extending outwardly from the second side of the carriage, | A second grab bar (handles) extending outwardly from the second side of the carriage.<br><br> |
| [20.8] wherein the second grab bar is comprised of a U-shaped structure; | The second grab bar has a U-shaped structure. |

Page 16 of 23

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.9] wherein the first grab handle mirrors the second grab handle; | The first grab bar mirrors the second grab bar. Both grab bars appear to be symmetrical, having the same U-shaped structure, the same size, and the same orientation on opposite sides of the carriage. The grab bar is the same as the grab handle. |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.10] wherein the first grab bar and the second grab bar extend beyond a perimeter edge of the upper exercise surface of the carriage; | The first and second grab bars extend beyond the perimeter edge of the upper exercise surface of the carriage.<br><br> |
| [20.11] wherein the first grab handle and the second grab handle each include a longitudinal portion that is straight and parallel with respect to the longitudinal axis of the frame; | The grab bars/handles each include a longitudinal portion that runs along the length of the carriage. |

Page 18 of 23

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.12] a first opening between the first grab bar and the first side of the carriage; | A first opening between the handle and the carriage. |
| [20.13] a second opening between the second grab bar and the second side of the carriage; | A second opening between the handle and the carriage. |

Page 19 of 23

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.14] wherein the first opening and the second opening each are elongated; | The openings between the grab bars and the carriage sides are elongated — they extend along a substantial portion of the length of the carriage and run parallel to the longitudinal axis of the frame.<br><br> |
| [20.15] a bias member connected to the carriage, | The product images show a plurality of bias members (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of bias members. *See* Dkt. No. 27-3, |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48.  There is no question that the accused product uses bias members.  Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end connected to the carriage. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end. |
| [20.16] wherein the bias member provides a biasing force to the carriage; | The bias members provide a biasing force to the carriage, resisting the carriage's movement away from the end to which the bias members are attached. |
| [20.17] a first end platform connected to the frame and positioned near the first end of the frame, | A first end platform is visibly connected to the frame and positioned near the first end. |

#39754912v1

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [20.18] wherein the first end platform includes an upper exercise surface; and | The first end platform includes an upper exercise surface.<br> |
| [20.19] wherein the upper exercise surfaces of the carriage and the first end platform are parallel and aligned with respect to one another. | The upper exercise surfaces of the carriage and the first end platform are substantially parallel and aligned with respect to one another. |

Page 22 of 23

**U.S. Pat. No. 11,395,936**

| CLAIM 20 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

#39754912v1