Exhibit 42

**U.S. Pat. No. 10,118,067**

### Claim Chart for U.S. Patent No. 10,118,067

**Accused Product:**  M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:  Exercise Machine Carriage Handle System

**Priority Date**:  October 29, 2012

**Issue Date**:  November 6, 2018

**U.S. Pat. No. 10,118,067**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br> |
| [1.1] a frame having a pair of parallel rails, a first end and a second end, | A frame having a pair of parallel rails (track), a first end and a second end.<br> |

**U.S. Pat. No. 10,118,067**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.2] wherein the frame has a longitudinal axis; | The frame has a longitudinal axis extending from the first end to the second end. |
| [1.3] a carriage having an upper surface, a first end, a second end opposite of the first end, a first side and a second side opposite of the first side, | The accused product has a movable carriage/platform positioned upon the frame with an upper exercise surface. The carriage has identifiable first and second ends, and first and second sides. |
| [1.4] wherein the carriage is movably connected to the rails and adapted to be movable along a portion of the | The carriage is movably connected to the rails and adapted to slide along the longitudinal axis of the frame during exercise. |

**U.S. Pat. No. 10,118,067**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| longitudinal axis of the frame during execution of an exercise; | First position:<br><br>Second position:<br> |
| [1.5] wherein the first side of the carriage includes a first handle and a second handle; | The first side (one lateral edge) of the carriage includes at least two handles (grab bar). |

**U.S. Pat. No. 10,118,067**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>handle/grab bar |
| [1.6] wherein the second side of the carriage includes a third handle and a fourth handle; | The second side (the opposite lateral edge) of the carriage also includes at least two handles (grab bar).<br><br><br><br>handle/grab bar |

Page 5 of 8

**U.S. Pat. No. 10,118,067**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.7] a bias member connected to the carriage, wherein the bias member provides a biasing force to the carriage; | The product images show a plurality of bias members (springs). Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as part of bias members. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. There is no question that the accused product uses bias members. Multiple springs are visible in the product images, each having a first connecting end attached to the frame and a second connecting end connected to the carriage. The springs are coil-type tension springs with knob-like handles at one end. The knobs exist at the second connecting end.<br><br> |
| [1.8] a first end platform connected to the frame and positioned near the first end of the frame, wherein the first end platform includes an upper surface; and | A first end platform at one end of the frame. This end platform is connected to the frame and positioned near the first end. |

**U.S. Pat. No. 10,118,067**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| |  |
| [1.9] a second end platform connected to the frame and positioned near the second end of the frame, wherein the second end platform includes an upper surface; | A second end platform at the opposite end of the frame. The second end platform includes a flat upper surface. |

**U.S. Pat. No. 10,118,067**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.10] wherein the upper surfaces of the carriage, the first end platform and the second end platform are parallel and aligned with respect to one another. | The upper surfaces of the carriage, the first end platform, and the second end platform appear to be substantially parallel and aligned with respect to one another.<br><br> |