# Exhibit 44

**U.S. Pat. No. 9,868,011**

**Claim Chart for U.S. Patent No. 9,868,011**

**Accused Product:**      M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:      Exercise Machine Resistance Adjustment System

**Priority Date**:      January 22, 2016

**Issue Date**:      January 16, 2018

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [1.1] a frame having a first end, a second end and a rail extending between the first end and the second end; | The product images show an elongated frame structure with two distinct ends and a rail extending between the distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] a carriage movably positioned upon the rail of the frame, and | The carriage glides along rails as shown below.<br><br> |
| [1.3] wherein the carriage is movable between the first end and the second end, | The movable carriage is adapted to move in a reciprocating (back-and-forth) manner along the rail of the frame between the first and second ends. |

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.4] wherein the carriage is comprised of: an upper surface, a first end, a second end opposite of the first end of the carriage, a first side and a second side opposite of the first side, | The accused device has a carriage with two sides, two ends, and an upper surface. |

Page 5 of 15

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [1.5] wherein the first end of the carriage is closer than the second end of the carriage to the first end of the frame; | The carriage first end is closer to the frame first end than the carriage second end. |

Page 6 of 15

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.6] a plurality of left projections distally spaced apart, | The carriage includes left and right projections on the first and second sides of the carriage. |

Page 7 of 15

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.7] wherein the plurality of left projections are adapted to be grasped by a left hand of an exerciser, | The projections are adapted for grasping as some of the projections are specifically shaped as handles.  The second image below shows an exerciser grasping a platform (not the carriage) in a manner that could also apply to grasping the projections extending from the carriage.<br><br><br><br> |
| [1.8] wherein the innermost of the plurality of left projections is closer to the first end of the frame than the outermost of the plurality of left projections; | The accused product has outer projections and an innermost projection between the outer projections.  The innermost projection is closer to the first end of the frame than the outer projection shown below. |

Page 9 of 15

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.9] a plurality of right projections distally spaced apart, | The carriage includes left and right projections on the first and second sides of the carriage. |

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.10] wherein the plurality of right projections are adapted to be grasped by a right hand of an exerciser, | The projections are adapted for grasping as some of the projections are specifically shaped as handles. The second image below shows an exerciser grasping a platform (not the carriage) in a manner that could also apply to grasping the projections extending from the carriage. |

Page 11 of 15

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | Projections shaped as handles<br><br>Similar grasping mechanism |
| [1.11] wherein the innermost of the plurality of right projections is closer to the first end of the frame than the outermost of the plurality of right projections; | The accused product has outer projections and an innermost projection between the outer projections. The innermost projection is closer to the first end of the frame than the outer projection shown in [1.8]. |

Page 12 of 15

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.12] a spring connected between the carriage and the frame that applies a bias force upon the carriage, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage attached at one end to the frame structure.<br><br><br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a biasing mechanism. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.13] wherein the bias force applied to the carriage by the spring is based at least in part on the position of the carriage with respect to the first end of the frame; | The change in bias force with position is an inherent property of a spring. As the carriage moves away from the spring-attachment end (the first end), the springs are stretched further, which increases the resistance force in accordance with Hooke's Law. The patent specification explains: "As the carriage 107 is moved away from first end or second end of the exercise machine, the |

#39742203v1

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine." The accused product uses tension springs connected between the carriage and the first end of the frame, and therefore the bias force necessarily varies based on the carriage's position relative to the first end. |
| [1.14] a first end platform connected to the frame and positioned near the first end of the frame; and | The product images show a first platform at one end of the frame.  This end platform is visibly attached to the frame near the first end. |
| [1.15] a second end platform connected to the frame and positioned near the second end of the frame. | The product images show a second platform at the opposite end of the frame. This end platform is visibly attached to the frame near the second end. |

Page 14 of 15

**U.S. Pat. No. 9,868,011**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

#39742203v1