# Exhibit 46

**U.S. Pat. No. 10,201,724**

## Claim Chart for U.S. Patent No. 10,201,724

| | |
|---|---|
| **Accused Product:** | M3k+ sold by Hunan Lanri Technology Co., Ltd. |
| | https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1 |
| | https://www.instagram.com/p/DOV7bbjEXmh/ |
| | https://www.instagram.com/p/DSYYSHUEXJL/ |
| **Title**: | Exercise Machine Resistance Adjustment System |
| **Priority Date**: | January 22, 2016 |
| **Issue Date**: | February 12, 2019 |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first end, a second end, and a first rail extending between the first end and the second end of the frame; | The product images show an elongated frame structure with two distinct ends and a rail extending between the distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

Page 2 of 28

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Longitudinal Axis |
| [1.2] a carriage movably positioned upon the first rail of the frame, and | The carriage glides along rails as shown below.<br>Rails |
| [1.3] wherein the carriage is movable between the first end and the second end, | The movable carriage is adapted to move in a reciprocating (back-and-forth) manner along the rail of the frame between the first and second ends. |

Page 3 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.4] wherein the carriage is comprised of:<br><br>[1.5] an upper surface, a first end, and a second end opposite of the first end of the carriage, | The accused device has a carriage with two ends and an upper surface.<br><br> |
| [1.6] wherein the first end of the carriage is closer than the second end of the carriage to the first end of the frame; | The carriage first end is closer to the frame first end than the carriage second end. |

Page 5 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.7] a plurality of left handles distally spaced apart, | The carriage includes left and right projections on the first and second sides of the carriage.  The projections serve as handles as does the perimeter bar.  The '724 Patent specification states that "[t]he projections 4000 form handles that are adapted for grabbing with the hands of the user." *See* '724 Patent, Col. 4, ll. 60-61.  Claim 6 states that "the plurality of left handles and the plurality of right handles extend outwardly from a central portion of the carriage."  That the handles can extend outward from the carriage suggests the handles are shaped as projections. |

Page 6 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.8] wherein the plurality of left handles are adapted to be grasped by a left hand of an exerciser, | The projections are adapted for grasping as some of the projections are specifically shaped as handles. The second image below shows an exerciser grasping a platform (not the carriage) in a manner that could also apply to grasping the projections extending from the carriage.<br><br> |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.9] wherein the innermost of the plurality of left handles is closer to the first end of the frame than the outermost of the plurality of left handles; | The accused product has outer projections and an innermost projection between the outer projections. The innermost projection is closer to the first end of the frame than the outer projection shown below.<br><br>Outer handle · Frame second end · Innermost handles · Frame first end |
| [1.10] a plurality of right handles distally spaced apart, | The carriage includes left and right projections on the first and second sides of the carriage. The projections serve as handles as does the perimeter bar. |

Page 9 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.11] wherein the plurality of right handles are adapted to be grasped by a right hand of an exerciser, | The projections are adapted for grasping as some of the projections are specifically shaped as handles. The second image below shows an exerciser grasping a platform (not the carriage) in a manner that could also apply to grasping the projections extending from the carriage. |

Page 10 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Similar grasping mechanism<br> |
| [1.12] wherein the innermost of the plurality of right handles is closer to the first end of the frame than the outermost of the plurality of right handles; and | The accused product has outer projections and an innermost projection between the outer projections. The innermost projection is closer to the first end of the frame than the outer projection shown in [1.9]. |
| [1.13] a left opening surrounding a portion of the plurality of left handles and a right opening surrounding a portion of the plurality of right handles; | The left and right handles are each surrounded by an opening created by a perimeter bar. |

Page 11 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.14] a biasing member connected to the carriage, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage attached at one end to the frame structure. |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | First tension device<br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a biasing mechanism. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.15] wherein the biasing member applies a bias force upon the carriage; and | As the carriage moves away from the spring-attachment end (the first end), the springs are stretched further, which applies a bias in the form of the resistance force in accordance with Hooke's Law.  The patent specification explains: "As the carriage 107 is moved away from first end or second end of the exercise machine, the carriage 107 pulls upon the connected spring(s) 108 such that the resistance force applied to the carriage 108 by the springs increases as the carriage 108 is moved away from the first end of the exercise machine."  The accused product uses tension springs connected between the carriage and the first end of the frame, and therefore the bias force necessarily varies based on the carriage's position relative to the first end. |

Page 13 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |
| [1.16] a first end platform connected to the frame and positioned near the first end of the frame. | The product images show a first platform at one end of the frame.  This end platform is visibly attached to the frame near the first end.<br><br> |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [19.1] a frame having a first end, a second end, and a first rail extending between the first end and the second end of the frame; | The product images show an elongated frame structure with two distinct ends and a rail extending between the distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

Page 15 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [19.2] a carriage movably positioned upon the first rail of the frame, and | The carriage glides along rails as shown below. |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| [19.3] wherein the carriage is movable between the first end and the second end, | The movable carriage is adapted to move in a reciprocating (back-and-forth) manner along the rail of the frame between the first and second ends. First position |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>Second position |
| [19.4] wherein the carriage is comprised of:<br><br>[19.5] an upper surface, a first end, and a second end opposite of the first end of the carriage, | The accused product has a carriage with two ends and an upper surface. |

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.6] wherein the first end of the carriage is closer than the second end of the carriage to the first end of the frame; | The carriage first end is closer to the frame first end than the carriage second end. |

Page 19 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.7] a plurality of left handles distally spaced apart, | The carriage includes left and right projections on the first and second sides of the carriage. The projections serve as handles as does the perimeter bar. The '724 Patent specification states that "[t]he projections 4000 form handles that are adapted for grabbing with the hands of the user." *See* '724 Patent, Col. 4, ll. 60-61. Claim 6 and the present claim 19 state that "the plurality of left handles and the plurality of right handles extend outwardly from a central portion of the carriage." That the handles can extend outward from the carriage suggests the handles are shaped as projections. |

Page 20 of 28

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.8] wherein the plurality of left handles are adapted to be grasped by a left hand of an exerciser, | The projections are adapted for grasping as some of the projections are specifically shaped as handles. The second image below shows an exerciser grasping a platform (not the carriage) in a manner that could also apply to grasping the projections extending from the carriage. <br><br> <br><br> |

Page 22 of 28

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.9] wherein the innermost of the plurality of left handles is closer to the first end of the frame than the outermost of the plurality of left handles; and | The accused product has outer projections and an innermost projection between the outer projections. The innermost projection is closer to the first end of the frame than the outer projection shown below.<br><br> |
| [19.10] a plurality of right handles distally spaced apart, | The carriage includes left and right projections on the first and second sides of the carriage. The projections serve as handles as does the perimeter bar. |

Page 23 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [19.11] wherein the plurality of right handles are adapted to be grasped by a right hand of an exerciser, | The projections are adapted for grasping as some of the projections are specifically shaped as handles. The second image below shows an exerciser grasping a platform (not the carriage) in a manner that could also apply to grasping the projections extending from the carriage. |

Page 24 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Similar grasping mechanism<br> |
| [19.12] wherein the innermost of the plurality of right handles is closer to the first end of the frame than the outermost of the plurality of right handles; | The accused product has outer projections and an innermost projection between the outer projections.  The innermost projection is closer to the first end of the frame than the outer projection shown in [19.9]. |
| [19.13] wherein the plurality of left handles and the plurality of right handles extend outwardly from a central portion of the carriage; | The handles extend outward from the carriage. |

Page 25 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [19.14] a biasing member connected to the carriage, | The accused product includes tension devices (springs) connected to the frame. The product images show tension springs beneath the movable carriage attached at one end to the frame structure. |

Page 26 of 28

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a biasing mechanism. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [19.15] wherein the biasing member applies a bias force upon the carriage; and | See analysis at [1.15]. The springs apply a bias force upon the carriage, pulling it toward the first end of the frame. '724 Patent Col. 4, ll. 13-23. |

#39743474v1

**U.S. Pat. No. 10,201,724**

| CLAIM 19 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [19.16] a first end platform connected to the frame and positioned near the first end of the frame. | The product images show a first platform at one end of the frame. This end platform is visibly attached to the frame near the first end.<br><br> |

Page 28 of 28

#39743474v1