# Exhibit 48

**U.S. Pat. No. 9,981,156**

**Claim Chart for U.S. Patent No. 9,981,156**

**Accused Product:**   M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:   Exercise Machine With Multiple Contact Surfaces

**Priority Date**:   October 21, 2015

**Issue Date**:   May 29, 2018

Page 1 of 13

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine with multiple contact surfaces, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first end, a second end and a longitudinal axis, | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

Page 2 of 13

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] wherein the frame includes a rail; | Platform glides along two rails shown below.<br><br> |

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.3] a first stationary platform connected to the frame near the first end; | First platform is a stationary platform, as shown below where the center platform (called a carriage) slides relative to the stationary platform. |
| [1.4] a second stationary platform connected to the frame near the second end; | There are two platforms shown below:  Both are stationary. |

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.5] a carriage movably connected to the rail,<br><br>[1.6] wherein the carriage is movable between the first end and the second end of the rail and | The carriage translates across the rail from the first end to the second end.<br><br> |

Page 5 of 13

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Stationary platform        Carriage |
| [1.7] wherein the carriage has an upper surface aligned with a first plane; | Carriage has a planar upper surface.<br><br> |
| [1.8] a biasing member connected to the carriage,<br><br>[1.9] wherein the biasing member is adapted to provide a biasing force to the carriage; and | The biasing members are not clearly shown in pictures of accused product. However, below are knobs that are used to adjust resistance of the machine during exercise by connecting the biasing members to the carriage. |

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a biasing mechanism. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.10] a first support structure and a second support structure attached to the frame near the first end,<br><br>[1.11] wherein the first support structure and the second support structure are positioned on opposing sides of the longitudinal axis of the frame and extend upwardly from the frame, | The accused product includes handle support structures at both ends and on either side of longitudinal axis. The support structures extend up from the frame. |

Page 7 of 13

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>The support structures are attached near the rails, which the claim defines as part of the frame.<br><br> |
| [1.12] wherein the first support structure and the second support structure each include a plurality of surfaces at different angles configured to simultaneously support multiple surfaces of the exerciser, | The support structures each have multiple surfaces to support exerciser surfaces, such as feet, wrists, and hand grips.  The support structure can simultaneously support an exerciser's hand grip and wrists as depicted in Figure 9C of the '156 Patent. |

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Foot support on accused product:<br><br> |
| [1.13] wherein the first support structure and the second support structure are each configured to provide a plurality of locations to grasp by the exerciser and | The support structures each have multiple surfaces that can serve as a hand grip for an exerciser to grasp. |

Page 9 of 13

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.14] wherein the first support structure and the second support structure each include a first platform having an upper surface configured to support the wrists of the exerciser, | The support structures each have a portion to grip or support a wrist, which serves as a platform with an upper surface.<br><br> |

Page 10 of 13

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.15] wherein the upper surface of the first platform is aligned with a second plane,<br><br>[1.16] wherein the second plane is positioned above the first plane of the carriage;<br><br>[1.17] wherein the upper surface of the first platform is stationary; | The upper surface of the support platform that supports the wrist of a user is along a plane that is higher than the plane of the carriage.  The support platform does not move with the carriage.<br><br> |
| [1.18] wherein the first support structure and the second support structure each include a first handle; | The accused product includes several handles on the support structures. |

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Handles |
| [1.19] wherein the first handle is positioned below the upper surface of the first platform;<br><br>[1.20] wherein the upper surface of the first platform includes a first portion that is substantially parallel with respect to the longitudinal axis of the exercise machine; | Handle is lower than wrist platform.  Platform extends longitudinally.<br><br><br><br>Platform extends parallel to longitudinal axis.<br>Platform upper surface.<br>Handle |
| [1.21] wherein the first support structure and the second support structure each include an upper handle that extends | Each side of the accused product includes a handle extending up from the platform. |

39741528v1

**U.S. Pat. No. 9,981,156**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| upwardly from the upper surface of the first platform; | |
| [1.22] wherein the first support structure and the second support structure mirror one another. | The handles are symmetric on each side of the accused product. |

Page 13 of 13

39741528v1