# Exhibit 50

**U.S. Pat. No. 10,143,882**

<u>**Claim Chart for U.S. Patent No. 10,143,882**</u>

**Accused Product:**    M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:    Exercise Machine With Multiple Contact Surfaces

**Priority Date**:    October 21, 2015

**Issue Date**:    December 4, 2018

Page 1 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine with multiple contact surfaces, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [1.1] a frame having a first end, a second end and a longitudinal axis, | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.2] wherein the frame includes a rail; | Platform glides along two rails shown below.<br><br> |
| [1.3] a first stationary platform connected to the frame near the first end of the frame, | First platform is a stationary platform, as shown below where the center platform (called a carriage) slides relative to the stationary platform. |

Page 3 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.4] wherein the first stationary platform is configured to support a body part of an exerciser; | Stationary platform below supporting foot of a person exercising. |

Page 4 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  Stationary platform    Carriage |
| [1.5] a second stationary platform connected to the frame near the second end of the frame, | There are two platforms shown below:  Both are stationary.   2nd Stationary platform    1st Stationary platform |
| [1.6] wherein the second stationary platform is configured to support a body part of an exerciser; | The two pictures below show both stationary platforms supporting a body part.  Note the different handle bar / grip configurations (called a supporting structure) in each picture.  This indicates that each picture is of a different end of the machine such that there is a first and second stationary platform. |

Page 5 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Stationary Platform        Supporting Structure |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.7] a carriage movably connected to the rail,<br><br>[1.8] wherein the carriage is movable between the first end and the second end of the rail and | Carriage slides on the rail between positions. |

Page 7 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.9] wherein the carriage has an upper surface; | The carriage has an upper surface. |

Page 9 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.10] a biasing member connected to the carriage,<br><br>[1.11] wherein the biasing member is adapted to provide a biasing force to the carriage; and | The biasing members are not clearly shown in pictures of accused product. However, below are knobs that are used to adjust resistance of the machine during exercise by connecting the biasing members to the carriage.<br><br><br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a biasing mechanism. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.12] a first support structure and a second support structure attached to the frame near the first end,<br><br>[1.13] wherein the first support structure and the second support structure are positioned on | The accused product includes handle support structures at both ends and on either side of longitudinal axis. The support structures extend up from the frame. |

Page 10 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| opposing sides of the frame and extend upwardly from the frame, | The support structures are attached near the rails, which the claim defines as part of the frame. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.14] wherein the first support structure and the second support structure each include a plurality of surfaces at different angles relative to the longitudinal axis configured to simultaneously support multiple surfaces of the exerciser, | The support structures, which are symmetrical on each side of the longitudinal axis, each have multiple surfaces to support exerciser surfaces, such as feet, wrists, and hand grips.  The support structure can simultaneously support an exerciser's hand grip and wrists as depicted in Figure 9C of the '882 Patent. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  Foot support on accused product: |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.15] wherein the first support structure and the second support structure are each configured to provide a plurality of locations to grasp by the exerciser and | The support structures have multiple hand grips for an exerciser.<br><br> |
| [1.16] wherein the first support structure and the second support structure each include a first support platform having an upper surface configured to support the wrists of the exerciser, | The support structures have an element that supports wrists, as shown below, that is a support platform having an upper surface. |

Page 14 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Claim 9 recites an upper surface of the support platform is flat. Claim differentiation prevents reading this limitation into claim 1 to prevent a cylindrical element from being the support platform. |
| [1.17] wherein the upper surface of the first support platform is positioned above the upper surface of the carriage; | The wrist supports have an upper surface that is above the carriage. |

Page 15 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.18]  wherein the upper surface of the first support platform is elongated and narrow, <br><br> [1.19] wherein the upper surface of the first support platform has a length and a width, <br><br> [1.20] wherein the length of the upper surface of the first support platform is greater than the width of the first support platform; | The wrist supports (*i.e.*, the support platform) are elongated with a narrow upper surface.  The support platforms have a length greater than the width. <br><br> |
| [1.21] wherein the first stationary platform is positioned between the first support structure and the second structure; | Both stationary platforms are between the support structures. |

Page 16 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.22] wherein the upper surface of the first support platform is stationary; | The support structures, including the support platforms, are stationary. |
| [1.23] wherein the first support structure and the second support structure each include a first handle,<br><br>[1.24] wherein the first handle is positioned below the upper surface of the first support platform and<br><br>[1.25] wherein the first handle is substantially vertically orientated; | The support structures include multiple hand grips that serve as handles, including at least two that are vertically oriented and below the wrist supports (*i.e.*, the support platform). |

Page 17 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.26] wherein the first support structure and the second support structure each include an upper handle that extends upwardly from the first support platform. | Upper handles extend upward away from the support platform.<br> |

Page 18 of 50

#39741735v1

U.S. Pat. No. 10,143,882

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.0] An exercise machine with multiple contact surfaces, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba. The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise. |
| [35.1] a frame having a first end, a second end and a longitudinal axis, | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

Page 19 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [35.2] wherein the frame includes a rail; | Platform glides along two rails shown below. |

Page 20 of 50

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.3] a first stationary platform connected to the frame near the first end, | First platform is a stationary platform, as shown below where the center platform (called a carriage) slides relative to the stationary platform.<br><br><br><br> |
| [35.4] wherein the first stationary platform is configured to support a body part of an exerciser; | Stationary platform below supporting foot of a person exercising. |

Page 21 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [35.5] a second stationary platform connected to the frame near the second end, | There are two platforms shown below: Both are stationary. |

Page 22 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.6] wherein the second stationary platform is configured to support a body part of an exerciser; | The two pictures below show both stationary platforms supporting a body part.  Note the different handle bar / grip configurations (called a supporting structure) in each picture.  This indicates that each picture is of a different end of the machine such that there is a first and second stationary platform.<br><br><br><br>Stationary Platform        Supporting Structure |

Page 23 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [35.7] a carriage movably connected to the rail, | Carriage slides on the rail. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Stationary platform        Carriage |
| [35.8] wherein the carriage is movable between the first end and the second end of the rail and | Carriage slides on the rail between positions. |

Page 25 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.9] wherein the carriage has an upper surface; | The carriage has an upper surface. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.10] a biasing member connected to the carriage,<br><br>[35.11] wherein the biasing member is adapted to provide a biasing force to the carriage; and | The biasing members are not clearly shown in pictures of accused product. However, below are knobs that are used to adjust resistance of the machine during exercise by connecting the biasing members to the carriage. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a biasing mechanism. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [35.12] a first support structure and a second support structure attached to the frame near the first end,<br><br>[35.13] wherein the first support structure and the second support structure are positioned on | The accused product includes handle support structures at both ends and on either side of longitudinal axis. The support structures extend up from the frame. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| opposing sides of the frame and extend upwardly from the frame, | The support structures are attached near the rails, which the claim defines as part of the frame. |

Page 30 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.14] wherein the first support structure and the second support structure each include a plurality of surfaces at different angles relative to the longitudinal axis configured to simultaneously support multiple surfaces of the exerciser, | The support structures, which are symmetrical on each side of the longitudinal axis, each have multiple surfaces to support exerciser surfaces, such as feet, wrists, and hand grips. The support structure can simultaneously support an exerciser's hand grip and wrists as depicted in Figure 9C.<br><br>Foot support on accused product: |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.15] wherein the first support structure and the second support structure are each configured to provide a plurality of locations to grasp by the exerciser and | The support structures have multiple hand grips for an exerciser. |
| [35.16] wherein the first support structure and the second support structure each include a first support platform having an upper surface configured to support the wrists of the exerciser, | The support structures have an element that supports wrists, as shown below, that is a support platform having an upper surface. |

Page 32 of 50

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [35.17] wherein the upper surface of the first support platform is positioned above the upper surface of the carriage; | The wrist supports have an upper surface that is above the carriage. |

Page 33 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>Carriage<br>Wrist support upper surface |
| [35.18] wherein the upper surface of the first support platform is stationary;<br><br>[35.19] wherein the upper surface of the first support platform is elongated and narrow,<br><br>[35.20] wherein the upper surface of the first support platform has a length and a width,<br><br>[35.21] wherein the length of the upper surface of the first support platform is greater than the width of the first support platform; | The wrist supports (*i.e.*, the support platform) are elongated with a narrow upper surface.  The support platforms have a length greater than the width.  The entire support structure, including the support platform, is stationary.<br><br><br>Upper surface of support platforms are elongated and narrow |

Page 34 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [35.22] wherein the first stationary platform is positioned between the first support structure and the second structure; | Both stationary platforms are between the support structures.<br><br> |
| [35.23] wherein the first support structure and the second support structure each include a first handle,<br><br>[35.24] wherein the first handle is positioned below the upper surface of the first support platform; | The support structures include multiple hand grips that serve as handles, including at least two that are below the wrist supports (*i.e.*, the support platform).<br><br> |
| [35.25] wherein the first support structure and the second support structure each include an | Upper handles extend upward away from the support platform. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| CLAIM 35 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| upper handle that extends upwardly from the first support platform. | |

Page 36 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [46.0] An exercise machine with multiple contact surfaces, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [46.1] a frame having a first end, a second end and a longitudinal axis, | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

Page 37 of 50

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [46.2] wherein the frame includes a rail; | Platform glides along two rails shown below. |
| [46.3] a first stationary platform connected to the frame near the first end of the frame, | First platform is a stationary platform, as shown below where the center platform (called a carriage) slides relative to the stationary platform. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [46.4] wherein the first stationary platform is configured to support a body part of an exerciser; | Stationary platform below supporting foot of a person exercising. |

Page 39 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |

Stationary platform          Carriage |
| [46.5] a second stationary platform connected to the frame near the second end of the frame, | There are two platforms shown below:  Both are stationary.

2nd Stationary platform

1st Stationary platform |
| [46.6] wherein the second stationary platform is configured to support a body part of an exerciser; | The two pictures below show both stationary platforms supporting a body part.  Note the different handle bar / grip configurations (called a supporting structure) in each picture.  This indicates that each picture is of a different end of the machine such that there is a first and second stationary platform. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [46.7] a carriage movably connected to the rail,<br><br>[46.8] wherein the carriage is movable between the first end and the second end of the rail and | Carriage slides on the rail between positions. |

Page 42 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [46.9] wherein the carriage has an upper surface; | The carriage has an upper surface.<br> |
| [46.10] a biasing member connected to the carriage,<br><br>[46.11] wherein the biasing member is adapted to provide a biasing force to the carriage; and | The biasing members are not clearly shown in pictures of accused product.  However, below are knobs that are used to adjust resistance of the machine during exercise by connecting the biasing members to the carriage.<br> |

Page 44 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a biasing mechanism. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [46.12] a first support structure and a second support structure attached to the frame near the first end,<br><br>[46.13] wherein the first support structure and the second support structure are positioned on opposing sides of the frame and extend upwardly from the frame, | The accused product includes handle support structures at both ends and on either side of longitudinal axis. The support structures extend up from the frame. The support structures appear to attach near the rails, which the claim defines as part of the frame.<br><br><br><br>The support structures are attached near the rails, which the claim defines as part of the frame. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [46.14] wherein the first support structure and the second support structure each include a plurality of surfaces at different angles relative to the longitudinal axis configured to simultaneously support multiple surfaces of the exerciser, | The support structures, which are symmetrical on each side of the longitudinal axis, each have multiple surfaces to support exerciser surfaces, such as feet, wrists, and hand grips. The support structure can simultaneously support an exerciser's hand grip and wrists as depicted in Figure 9C.<br><br> |

Page 46 of 50

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Foot support on accused product: |
| [46.15] wherein the first support structure and the second support structure are each configured to provide a plurality of locations to grasp by the exerciser and | The support structures have multiple hand grips for an exerciser. |
| [46.16] wherein the first support structure and the second support structure each include a first support platform having an upper surface configured to support the wrists of the exerciser, | The support structures have an element that supports wrists, as shown below, that is a support platform having an upper surface. |

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [46.17] wherein the upper surface of the first support platform is positioned above the upper surface of the carriage;<br><br>[46.18] wherein the upper surface of the first support platform is stationary; | The wrist supports have an upper surface that is above the carriage. The support structures, including the support platforms, are stationary.<br><br> |
| [46.19] wherein the upper surface of the first support platform is elongated and narrow, | The wrist supports (*i.e.*, the support platform) are elongated tubes with a narrow upper surface. The support platforms have a length greater than the width. |

Page 48 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [46.20] wherein the upper surface of the first support platform has a length and a width,<br><br>[46.21] wherein the length of the upper surface of the first support platform is greater than the width of the first support platform; | Upper surface of support platforms are elongated and narrow |
| [46.22] wherein the first stationary platform is positioned between the first support structure and the second structure; | Both stationary platforms are between the support structures.<br><br>Support Structures<br>Stationary Platforms |
| [46.23] wherein the first support structure and the second support structure each include a first handle, | The support structures include multiple hand grips that serve as handles, including at least two that are below the wrist supports (*i.e.*, the support platform). |

Page 49 of 50

#39741735v1

**U.S. Pat. No. 10,143,882**

| Claim 46 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [46.24] wherein the first handle is positioned below the upper surface of the first support platform; | |
| [46.25] wherein the first support structure and the second support structure each include an upper handle that extends upwardly from the first support platform. | Upper handles extend upward away from the support platform.<br> |

Page 50 of 50

#39741735v1