# Exhibit 52

**U.S. Pat. No. 10,850,155**

**Claim Chart for U.S. Patent No. 10,850,155**

**Accused Product:**     M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:     Exercise Machine With Multiple Contact Surfaces

**Priority Date**:     October 21, 2015

**Issue Date**:     December 1, 2020

Page 1 of 14

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | The accused product is an exercise machine sold by LANRI Fitness on Alibaba.  The product specification identifies it as made of Aluminum/Aluminum Alloy with applications including "Yoga, Exercise, Fitness, Body, pilates studio, strength flexibility balance." The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first end, a second end and a longitudinal axis, | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

Page 2 of 14

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |
| [1.2] wherein the frame includes at least one rail; | Platform glides along two rails shown below. |

Page 3 of 14

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.3] a first stationary platform connected to the frame near the first end of the frame, | First platform is a stationary platform, as shown below where the center platform (called a carriage) slides relative to the stationary platform. |
| [1.4] wherein the first stationary platform is configured to support a body part of an exerciser; | Stationary platform below supporting foot of a person exercising. |

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.5] a second stationary platform connected to the frame near the second end of the frame, | There are two platforms shown below: Both are stationary.<br><br> |
| [1.6] wherein the second stationary platform is configured to support a body part of the exerciser; | The two pictures below show both stationary platforms supporting a body part.  Note the different handlebar / grip configurations (called a supporting structure) in each picture.  This indicates that each picture is of a different end of the machine such that there is a first and second stationary platform. |

Page 5 of 14

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| | <br><br>Stationary Platform          Supporting Structure |

Page 6 of 14

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Stationary Platform    Supporting Structure |
| [1.7] a carriage movably connected to the at least one rail, <br><br> [1.8] wherein the carriage has an upper surface; | The carriage slides along the rails and has an upper surface. |

Page 7 of 14

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| |  |

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.9] a biasing member connected to the carriage,<br><br>[1.10] wherein the biasing member is adapted to provide a biasing force to the carriage; and | The biasing members are not clearly shown in pictures of accused product.  However, below are knobs that are used to adjust resistance of the machine during exercise by connecting the biasing members to the carriage.<br><br><br><br>Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilized springs as a biasing mechanism.  *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.11] a first support structure and a second support structure attached to the frame near the first end,<br><br>[1.12] wherein the first support structure and the second support structure are | The accused product includes handle support structures at both ends and on either side of longitudinal axis.  The support structures extend up from the frame.  The support structures attach near the rails, which the claim defines as part of the frame. |

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| positioned on opposing sides of the frame and extend upwardly from the frame, and | |
| [1.13] wherein the first support structure and the second support structure are each configured to provide a plurality of locations to grasp by the exerciser; | The support structures have multiple hand grips for an exerciser. |

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.14] wherein the first support structure and the second support structure each include a first support platform having an upper surface configured to support wrists of the exerciser,<br><br>[1.15] wherein the upper surface of the first support platform is stationary,<br><br>[1.16] wherein the upper surface of the first support platform is positioned above the upper surface of the carriage, | The support structures have an element that supports wrists, as shown below, that is a support platform having an upper surface. |

Page 11 of 14

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br><br>Claim 6 recites that the support platform upper surface is flat.  Claim differentiation precludes reading this limitation into the claim so as to preclude a cylindrical / tubular element from being a support structure.<br><br>The supporting structures, including the support platforms, are stationary and located above the carriage. |
| [1.17] wherein the upper surface of the first support platform is elongated and narrow,<br><br>[1.18] wherein the upper surface of the first support platform has a length and a width, and<br><br>[1.19] wherein the length of the upper surface of the first support platform is | The wrist supports (*i.e.*, the support platforms) are tubes with a narrow upper surface.  The support platforms have a length greater than the width. |

Page 12 of 14

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
| --- | --- |
| **Claim Element** | **Product Analysis** |
| greater than the width of the upper surface of the first support platform; | Upper surface of support platforms are elongated and narrow |
| [1.20] wherein the first support structure and the second support structure each include a lower gripping handle, [1.21] wherein the lower gripping handle extends downwardly from the respective first support platform; | The support structures have lower and upper handles for gripping. The lower handles extend downward from the wrist supports / support platform. Upper Handles, Lower Handles, Support Platform |
| [1.22] wherein the first support structure and the second support structure each include an upper handle, | Upper handles extend upward away from the support platform. |

#39742042v1

**U.S. Pat. No. 10,850,155**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.23] wherein the upper handle extends upwardly from the respective first support platform; | |
| [1.24] wherein the first stationary platform is positioned between the first support structure and the second support structure. | Both stationary platforms are between the support structures.<br> |

Page 14 of 14

#39742042v1