# Exhibit 54

**U.S. Pat. No. 11,318,346**

**Claim Chart for U.S. Patent No. 11,318,346**

**Accused Product:**    M3k+ sold by Hunan Lanri Technology Co., Ltd.

https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1

https://www.instagram.com/p/DOV7bbjEXmh/

https://www.instagram.com/p/DSYYSHUEXJL/

**Title**:    Exercise Machine With Multiple Contact Surfaces

**Priority Date**:    October 21, 2015

**Issue Date**:    May 3, 2022

39742123v1

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.0] An exercise machine, comprising: | **PRESENT**. The accused product is an exercise machine sold by LANRI Fitness on Alibaba.[1] The product images show a machine plainly designed for physical exercise.<br><br> |
| [1.1] a frame having a first end, a second end and a longitudinal axis, | The product images show an elongated frame structure with two distinct ends. The frame is made of Aluminum/Aluminum Alloy and has overall dimensions of 3200 mm in length × 820 mm in width × 830 mm in height, confirming it is an elongated structure with first and second ends along its longitudinal axis. |

---

[1] *See* https://www.alibaba.com/product-detail/Professional-Adjustable-Machine-Commercial-Pilates-Reformer_1601576613106.html?spm=a2756.trade-list-buyer.0.0.6fe476e94APwJ1.

39742123v1

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br>Longitudinal Axis |
| [1.2] wherein the frame includes at least one rail; | Platform glides along two rails shown below.<br><br><br>Rails |
| [1.3] a stationary platform connected to the frame near the first end of the frame, | First platform is a stationary platform, as shown below where the center platform (called a carriage) slides relative to the stationary platform. |

Page 3 of 10

39742123v1

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | <br> |
| [1.4] wherein the stationary platform is configured to support a body part of an exerciser; | Stationary platform below supporting foot of a person exercising.<br> |

Page 4 of 10

39742123v1

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.5] a carriage movably connected to the at least one rail,<br><br>[1.6] wherein the carriage has an upper surface; | Carriage slides on the rail between positions.<br><br> |
| [1.7] a biasing member connected to the carriage,<br><br>[1.8] wherein the biasing member is adapted to provide a biasing force to the carriage; and | The biasing members are not clearly shown in pictures of accused product.  However, below are knobs that are used to adjust resistance of the machine during exercise by connecting the biasing members to the carriage. |

Page 5 of 10

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | Additionally, testimony presented in *Lagree Fitness, Inc. & Lagree Techs., Inc. v. Studio Physique, LLC*, Case No. 2:25-CV-10834 (C.D. Cal. 2025) confirmed that the accused product utilizes springs as a biasing mechanism. *See* Dkt. No. 27-3, Declaration of A. Wollett ¶ 6; Dkt. 28-1, Declaration of S. Lagree ¶¶ 46-48. |
| [1.9] a first support structure and a second support structure attached to the frame near the first end,<br><br>[1.10] wherein the first support structure and the second support structure are positioned on opposing sides of the frame and extend upwardly from the frame, and | The accused product includes handle support structures at both ends and on either side of longitudinal axis. The support structures extend up from the frame. The support structures appear to attach near the rails, which the claim defines as part of the frame. |

39742123v1

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.11] wherein the first support structure and the second support structure are each configured to provide a plurality of locations to grasp by the exerciser; | The support structures have multiple hand grips for an exerciser.<br> |

39742123v1

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.12] wherein the first support structure and the second support structure each include a first support platform having an upper surface configured to support wrists of the exerciser,<br><br>[1.13] wherein the upper surface of the first support platform is stationary,<br><br>[1.14] wherein the upper surface of the first support platform is positioned above the upper surface of the carriage, | The support structures have a cylindrical element that supports wrists, as shown below. The cylindrical element is a support platform having an upper surface.<br><br><br><br>The supporting structures, including the support platforms, are stationary and located above the carriage. |
| [1.15] wherein the upper surface of the first support platform is elongated and narrow,<br><br>[1.16] wherein the upper surface of the first support platform has a length and a width, and<br><br>[1.17] wherein the length of the upper surface of the first support platform is greater than the width of the upper surface of the first support platform; | The support structures have an element that supports wrists, as shown below, that is a support platform having an upper surface.<br><br> |

Page 8 of 10

39742123v1

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| [1.18] wherein the first support structure and the second support structure each include a lower gripping handle,<br><br>[1.19] wherein the lower gripping handle extends downwardly from the respective first support platform; | The support structures have lower and upper handles for gripping. The lower handles extend downward from the wrist supports / support platform.<br><br> |
| [1.20] wherein the first support structure and the second support structure each include an upper handle,<br><br>[1.21] wherein the upper handle extends upwardly from the respective first support platform; | Upper handles extend upward away from the support platform. |

Page 9 of 10

39742123v1

**U.S. Pat. No. 11,318,346**

| CLAIM 1 | |
|---|---|
| **Claim Element** | **Product Analysis** |
| | |
| [1.22] wherein the stationary platform is positioned between the first support structure and the second support structure. | Both stationary platforms are between the support structures.<br> |

Page 10 of 10

39742123v1